UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANSELMO PALOMARES-PENA § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> GRACE A. WINFREY, Interim Field § <br> Office Director for Detention and § <br> Removal, Bureau of Immigration and § <br> Customs Enforcement, Department of § <br> Homeland Security, ARON § <br> CABRERA, Interim Deputy Field Office § <br> Director, Port Isabel Service Processing § <br> Center, and TOM RIDGE, Secretary § <br> Department of Homeland Security § <br>     Respondents § | B-04-059 <br><br> Case No. 91 241 238 |

## PETITION FOR WRIT OF HABEAS CORPUS

This is a petition for a writ of habeas corpus filed on behalf of Anselmo Palomares-Peña seeking declaratory and injunctive relief to remedy his unlawful detention and the impermissibly retroactive immigration charges against him. Petitioner Mr. Palomares-Peña is in the custody of Respondents Grace Winfrey and Aron Cabrera even though the laws being applied against him were not enacted until after his plea of guilty in state court in Rosenberg, Fort Bend County, Texas.

1

## CUSTODY

1.      Mr. Palomares-Peña is in the physical custody of Respondent Grace Winfrey, Interim Field Office Director for Detention and Removal, Bureau of Immigration and Customs Enforcement (ICE), the Department of Homeland Security (DHS), and Respondent Aron Cabrera, Interim Deputy Field Office Director for the Port Isabel Service Processing Center.  At the time of the filing of this petition, Petitioner is detained at Port Isabel Service Processing Center in Laredo, Texas.  Mr. Palomares-Peña is under the direct control of Respondents and their agents.

## JURISDICTION

2.      This action arises under the Constitution of the United States, the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1101 et seq., as amended by the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA"), Pub. L. No. 104-208, 110 Stat. 1570.  This Court has jurisdiction under 28 U.S.C. 2241, art. I , § 9, cl. 2 of the United States Constitution ("Suspension Clause") and 28 U.S.C. § 1331, as Petitioner is presently in custody under color of authority of the United States and such custody is in violation of the U.S. Constitution, laws, or treaties of the United States.  This Court may grant relief pursuant to 28 U.S.C. § 2241, and the All Writs Act, 28 U.S.C. § 1651.

## VENUE

3. Venue lies in the United States District Court for the Southern District of Texas, the judicial district in which Respondent Anselmo Palomares-Peña resides and where Petitioner is detained. 28 U.S.C. § 1391(e).

## PARTIES

4. Petitioner Anselmo Palomares-Peña is a Mexican national who was admitted to the United States as on January 18, 1988, as a Temporary Resident and in January, 1990 as a Permanent Legal Resident. He has been detained by Respondents since September 28, 2003, pursuant to 8 U.S.C. §1226(c) which permits the DHS to detain a person who has committed a crime, including the crime involving moral turpitude alleged in this case.

5. Respondent Grace A. Winfrey is the Interim Field Office Director for Detention and Removal, Bureau of Immigration and Customs Enforcement, Department of Homeland Security. Respondent Winfrey is a custodial official acting within the boundaries of the judicial district of the United States Court for the Southern District of Texas, McAllen Division. Pursuant to Respondent Winfrey's orders, Petitioner remains detained.

6. Respondent Aron Cabrera is the Interim Deputy Field Office Director for the Port Isabel Service Processing Center. He is Petitioner's immediate

3

custodian and resides in the judicial district of the United States Court for the Southern District of Texas, McAllen Division.

7. Respondent Tom Ridge is the Secretary of the U.S. Department of Homeland Security with offices in Washington, D.C. and, through his employees throughout the nation including in the judicial district of the United States Court for the Southern District of Texas, McAllen Division, seeks removal of Petitioner.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

8. Mr. Palomares-Peña has exhausted his administrative remedies to the extent required by law, and his only remedy is by way of this judicial action.

## STATEMENT OF FACTS

Petitioner Palomares-Peña was born in Mexico. The Deportation Officer is threatening deporatation this date without allowing time for filing of Petition and without notice.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner prays that this Court grant the following relief:

1. Assume jurisdiction over this matter

2. Declare unlawful Petitioner's detention pursuant to the stay of execution of the Immigration Judge's Order releasing Petitioner;

3. Order Petitioner's release from custody;

4. Award to Petitioner reasonable costs and attorney's fees; and,

5. Grant any other relief which this Court deems just and proper.

Respectfully submitted,

*[signature]*
Paula S. Waddle, Attorney in Charge
107 N. 3rd
Harlingen, TX 78550
(956) 425-6987
(956) 425-7434(fax)
State Bar No 26030400
Fed. I.D. No. 5674

ATTORNEYS FOR PETITIONER

## VERIFICATION OF COUNSEL

I, Paula Waddle, hereby certify that I am familiar with the case of the named petitioner and that the facts as stated above are true and correct to the best of my knowledge and belief.

*[signature]*
Paula Waddle