United States District Court
Southern District of Texas
FILED

MAY 2 8 2004

Michael N. Milby
Clerk of Court

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ANSELMO PALOMARES-PENA**<br>Petitioner, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| **GRACE A. WINFREY, Interim Field** | § | **Case No.  B-04-59** |
| **Office Director for Detention and** | § | |
| **Removal, Bureau of Immigration and** | § | **DHS  A No. 91 241 238** |
| **Customs Enforcement, Department of** | § | |
| **Homeland Security, AARON** | § | |
| **CABRERA, Interim Deputy Field Office** | § | |
| **Director, Port Isabel Service Processing** | § | |
| **Center, TOM RIDGE, Secretary** | § | |
| **Department of Homeland Security, and** | § | |
| **JOHN ASHCROFT, Attorney General** | § | |
| **of the United States,** | § | |
| Respondents | | |

## FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS

This is an amended petition for a writ of habeas corpus filed on behalf of Anselmo Palomares-Peña seeking declaratory and injunctive relief to remedy his unlawful detention and setting aside of Removal Order due to the impermissibly retroactive immigration charges against him. Petitioner Mr. Palomares-Peña is in the physical custody of Respondents Grace Winfrey and Aaron Cabrera and facing deportation from the United States even though the laws regarding custody and removal which are being applied against him were not enacted until after his plea of guilty in state court in Rosenberg, Fort Bend County, Texas.

### CUSTODY

1. Mr. Palomares-Peña is in the physical custody of Respondent Grace Winfrey, Interim Field Office Director for Detention and Removal, Bureau of Immigration and Customs Enforcement (ICE), the Department of Homeland Security (DHS), and Respondent Aaron Cabrera, Interim

1

Deputy Field Office Director for the Port Isabel Service  Processing Center.  At the time of the filing of this petition, Petitioner is detained at Port Isabel Service Processing Center, Rt. 3, Box 341, Los Fresnos, Texas  78566.  Mr. Palomares-Peña is under the direct control of Respondents and their agents.

## JURISDICTION

2.  This action arises under the Constitution of the United States, the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1101 et seq., as amended by the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA"), Pub. L. No. 104-208, 110 Stat. 1570. This Court has jurisdiction under 28 U.S.C. 2241, art. I , § 9, cl. 2 of the United States Constitution ("Suspension Clause") and 28 U.S.C. § 1331, as  Petitioner is presently in custody under color of authority of the United States and such custody is in violation of the U.S. Constitution, laws, or treaties of the United States.  This Court may grant relief pursuant to 28 U.S.C. § 2241, and the All Writs Act, 28 U.S.C. § 1651.

## VENUE

3.  Venue lies in the United States District Court for the Southern District of Texas, the judicial district in which Petitioner Anselmo Palomares-Peña is detained.  28 U.S.C. § 1391(e).

## PARTIES

4.  Petitioner Anselmo Palomares-Peña is a Mexican national who was first legally admitted to the United States  on January 18, 1988,  as a Temporary Resident and then in January, 1990, as a Permanent Legal Resident. He has lived in the U.S. since the 1970's.  He has been detained by Respondents since September 28, 2003, pursuant to 8 U. S. C. §1101(a)(13),  as an "arriving alien. " under 8 U. S. C. 1101 (a)(13).

5.  Respondent Grace A. Winfrey is the Interim Field Office Director for Detention and Removal, Bureau of Immigration and Customs Enforcement, Department of Homeland Security. Respondent Winfrey is a custodial official acting within the boundaries of the judicial district of the United States Court for the Southern District of Texas, Brownsville Division.   Pursuant to Respondent Winfrey's orders, Petitioner remains detained. She is sued  in her official capacity.

6. Respondent Aaron Cabrera is the Deputy Field Office Director for the Port Isabel Service

2

Processing Center. He is Petitioner's immediate custodian and resides in the judicial district of the United States Court for the Southern District of Texas, Brownsville Division. He is sued only in his official capacity.

7. Respondent Tom Ridge is the Secretary of the U.S. Department of Homeland Security with offices in Washington, D.C. and, through his employees throughout the nation including in the judicial district of the United States Court for the Southern District of Texas, Brownsville Division, seeks removal of Petitioner. He is sued only in his official capacity.

8. Respondent John Ashcroft is the Attorney General of the United States of America. He is sued only in his official capacity.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

9. Mr. Palomares-Peña has exhausted his administrative remedies to the extent required by law, and his only remedy is by way of this judicial action. On issues regarding his custody, because he is held as an "arriving alien" no immigration court is considered to have jurisdiction over him. With regard to the substantive removal issues involved in his case in chief, he exhausted his administrative remedies by appealing to the Board of Immigration Appeals (herein "BIA") following the denial of relief by the Immigration Judge.

## STATEMENT OF FACTS

10. Petitioner Mr. Palomares-Pena was born in Mexico and was admitted to the United States as a lawful permanent resident in January, 1990, having become a Temporary Resident in 1988. He has resided for about twenty-five (25) years with his family in Rosenberg, Fort Bend County, Texas, where he owns his home.

11. On September 28, 2003, agents of the DHS arrested Petitioner Mr. Palomares-Peña at the Pharr International Bridge, in Pharr, Texas, when he was returning to the United States after a brief, casual visit to Mexico to visit his elderly, ailing mother-in-law.

12. Petitioner's DHS detention was based on a single 1996 order of deferred adjudication for sexual assault under Texas law. The DHS asserts that Petitioner's conviction was for a crime involving moral turpitude. Based on the controlling law at the time of the conviction in 1996, pursuant *In Matter of Manrique*, 21 I&N Dec. 58 (BIA 1995), Petitioner was entitled to benefit

from a policy which treated his case analogous to that under to the Federal First Offenders Act. He also would have been eligible for relief under 212(c) if the immigration proceeding merits hearing had been held before April 1, 1997.

13. In addition, the DHS asserted that Mr. Palomares-Peña was an arriving alien as defined in 8 C.F.R. § 1.1(q). The DHS therefore considered him a lawful permanent resident seeking new admission as defined in INA § 101(a)(13)(C), 8 U.S.C. § 1101(a)(13)(C). Consequently, DHS has detained Petitioner since September 28, 2003, without bond.

14. On October 9, 2003, the DHS issued a (superseding) Notice to Appear (herein "NTA") to Petitioner Mr. Palomares-Peña. The DHS charged Petitioner with being inadmissible to the United States by reason of having been convicted of a crime involving moral turpitude. A copy of the Notice to Appear appends as Exhibit A hereto and by reference incorporated for all purposes.

15. On October 13, 2003, Immigration Judge David Ayala held a removal hearing to determine the legality of Petitioner's request for admission. At the hearing, Petitioner denied the charge of inadmissibility because he denies that the order of deferred adjudication is, in fact, a "conviction" as that word is now interpreted by caselaw.

16. On November 13, 2003, Petitioner filed and paid the fee for the application for relief under Sec. 212(c). A copy of the filed Application appends hereto as Exhibit B, Pages  -  , by reference herein incorporated for all purposes. His application for Cancellation of Removal was filed on December 3, 2003, as shown by the appended Exhibit C.

17. On December 4, 2003, the Immigration Judge determined that Petitioner had committed a crime involving moral turpitude. Although it was not alleged or charged in the NTA by the government, the Immigration Judge also found that Petitioner's single, 1996 offense constituted an aggravated felony making him ineligible for relief, and he ordered Petitioner's removal.

18. Petitioner has argued that he is *primafacie* eligible for 212(c) relief and entitled to an immigration merits hearing on such an application. Mr. Palomares-Peña further argues that the 2003 removal order is void and/or voidable as to him because he was denied a 212(c) hearing in an impermissible manner as determined by the U.S. Supreme Court in *INS vs. St. Cyr.* 121 S. Ct. 2271(2001). In addition and/or in the alternative, Petitioner has asserted and reasserts his position

4

that the finding that he committed an aggravated felony is an impermissible retroactive application of the law and that he remains eligible for cancellation of removal, for which he also filed the an application.    Petitioner has asserted and now  urges in this action that at various times in this circuit since the date of his guilty plea and in other circuits through the present, legal residents like him have received relief under immigration law based on one or the other of the identical applications he filed.

19. The Petitioner appealed and the BIA affirmed the Immigration Judge's decision without opinion on March 22, 2004, as shown by Exhibit D hereto.

20. Petitioner Mr. Palomares-Peña has a single Order of Deferred Adjudication, as shown by Exhibit E hereto.  Although he plead guilty for this offense, he has never had an adjudication of guilty on the charge made by any court, as he completed his term of deferred adjudication and was discharged by the state court without any adjudication of guilt, all prior to the beginning of proceedings.  According to the Affidavit of Mr. Palomares-Pena appended hereto as Exhibit F, he understood that by so pleading, upon completion of the deferred adjudication, he would be cleared of the charges.  He also states that he understood that his immigration status would not be affected.

21. Moreover, Petitioner Mr. Palomares-Peña has deep roots in the United States.  He has lived here about twenty-five (25) years and has many legal family members in Rosenberg, Texas, as well as throughout the nation.  He is not a flight risk or a danger to the community.  His continued detention has deprives his family of steady income and financial resources, and it has created emotional and psychological upheaval for members of his family here legally.  See Affidavits at Exhibits  F & G hereto.

22. There is no justification for Respondents' decision to detain him. He has no recent arrest and no conviction subsequent to 1996.  His detention can last several more months or even a year because there is no fixed deadline which applies to this case.  There is no better time for the Court to consider the merits of Petitioner Mr. Palomares-Peña's request for release.

## CLAIMS FOR RELIEF
I
COUNT ONE
### Constitutional   Claim

23. Petitioner alleges and incorporates by reference paragraphs 1 through 22 above.

24. Petitioner's detention and the order of removal violate his right to equal protection and to substantive and procedural due process guaranteed by the Fifth Amendment to the U.S. Constitution.

### A. Equal Protection

#### 1.Differing Results Depending of Federal or State Criminal Prosecution

25. Petitioner also claims, following the reasoning of *Lujan-Armendariz*, 222F. 3rd 728 (9th Cir. 2000). that the BIA's interpretation of the law as applied to this case violates equal protection because the Board interpretation turns on whether the immigrant was brought into state or federal court as to whether the Federal First Offender Act applies.

#### II. Differing Results in Different Circuit Court Jurisdictions

26. Given the national scope of U. S. immigration law, Mr. Palomares-Pena also asserts that it violates equal protection for the result of her case to hinge solely on the particular federal circuit in which removal proceedings are held. Had he been in immigration proceedings in the Ninth Circuit, for example, he would not have been subject to removal at all; had the proceedings been begun in the Third or Eleventh Circuits, he would have been eligible to apply for cancellation of removal. Petitioner would further show that other immigrants whose immigration proceedings arose within the Fifth Circuit, and who successfully transferred venue to other immigration courts located in certain other circuit courts have prevailed on their cancellation of removal claims.

#### III. Different Results Due to Timing of Proceedings

27. Mr. Palomares-Pena would show that the treatment of his case has depended on the timing of law changes and court rulings. Other varying results were also possible, based on court rulings in other cases, depending upon the date of hearing, date of law changes and date of court rulings. Some of these possibilities include:

6

| Timing of Statute/Court Decisions | Result |
|---|---|
| Until 1996 | Sec. 212(c) relief |
| Until 1999 | *Manrique* Relief |
| Between January, 1999-May 11, 2001 | Cancellation Hearing |

Petitioner believes that if he had received the cancellation of removal hearing outlined above he probably would have received the grant of the relief sought from the Immigration Court. Any appeal and further use of the court system would only have been by the DHS complaining of the grant of the requested relief in light of the use by the Immigration Judge of his discretion rather than on the timing of consideration of the case. It violates equal protection for the result of whether Petitioner is given an immigration court merits hearing and allowed the possibility of remaining in the United States, or instead is denied a merits hearing and barred from continued lawful permanent resident status, separated from his immediate and extended family and permanently barred from returning to the United States, based solely on the timing of immigration proceedings.

### B. Substantive Due Process

28. Petitioner Mr. Palomares-Pena further, and/or in the alternative, asserts that a deportation of him from the United States would violate a fundamental liberty interest which he has to live and work in the United States and a right to unite with his family within the United States. *Landon vs. Plasencia*, 459 U.S. 21, 34 (1982); *Bridges vs. Wixon*, 326, U.S. 326 U.S. 135, 154(1945). In *Plasencia*, the Court wrote:

> Plasencia's interest here is, without question, a weighty one. He stands to lose the right "to stay and live and work in this land of freedom...Further he may lose the right to rejoin her immediate family, a right that ranks high among the interests of the individual. *Op. cit.* P.34.

29. As a lawful permanent resident, Mr. Palomares-Pena enjoys the same Due Process rights, including substantive Due Process rights.

30. A violation of the constitutional protection to substantive due process exists when a provision, or a combination of a provision, such as exists in this case, operate together to create an unjustifiable conclusive presumption which is so broad that it does not meet a compelling state interest. *United States v. Salerno*, 481 U.S. 739, 747 (1987). In the instant case, the 1996 law

changes brought by the Antiterrorism and Effective Death Penalty Act of 1996 (herein AEDPA), the Illegal Immigration Reform and Immigrant Responsibility Act (herein IIRIRA), which redefined 8 U.S.C. Sec. 1101(a)(48)(A) regarding "conviction" and 8 U.S.C. 1229 B(a) which denied discretionary relief to anyone with an aggravated felony with the statutory and court established overly broad and variable definitions of the term, all create an unconstitutional presumption that all lawful permanent residents who have such a court adjudication should be barred from the United States, even when the state criminal system has determined that it is appropriate as a first time offender with a single criminal plea to receive deferred adjudication.

### C. Procedural Due Process

31. Petitioner Mr. Palomares-Pena, additionally and/or in the alternative, urges that the Board's decision deprives him of procedural due process as required by the U.S. Constitution. *Reno v. Flores*, 507 U.S. 292, 306 (1993). The Petitioner asserts an entitlement to "fair notice" of a law change. In Mr. Palomares -Pena's case, at the time of his criminal conduct, and at the time of his plea, his offense was not considered an aggravated felony under immigration law and relief was available. But by the time the removal proceedings began and the merits hearing was scheduled, and then later in the BIA by applying the law selectively and retroactively, no recourse but removal was available. This result could not have been contemplated at the time of Mr. Palomares-Pena's guilty plea. The concept of fair notice applies not just to criminal cases but also to civil penalties, such as removal. The U.S. Supreme Court has addressed the impermissible retroactive change in a civil penalty in *BMW vs. Gore*, 517 U.S. 559, 574, (1996). It stated:

> Elementary notice of fairness enshrined in this Court's constitutional jurisprudence dictate that a person receive fair notice not only of the conduct that will subject him to punishment but also of the severity of the penalty that a State may impose.

32. Because Mr. Palomares-Pena had no notice of the civil penalty facing him at the time he plead guilty and because the penalty is much harsher than it was at the time of either his criminal conduct and/or the date of his guilty plea, the law is imposed in a retroactively impermissible fashion. This legal permanent resident in the U.S. for years was without notice of the penalties facing him at the time of the 1996 guilty plea.

8

33.    To the extent that Petitioner's detention rests on these faulty bases of the government, the detention is unconstitutional.  Further the continued, post-order detention lacks constitutional foundation under the principles enunciated in *Zadvydas v. Davis*, 533 U.S. 678 (2001).

## II
## COUNT TWO
## Statutory  Claims

34. Petitioner alleges and incorporates by reference paragraphs 1 through 22 above.

35. Petitioner's continued detention pursuant to 8 C.F.R. § 1003.19(i)(2) violates the Immigration and Nationality Act to the extent Respondents contend that they have authority under such regulation to detain a lawful permanent resident alien for an excessive period of time, without any bond and where the alien is not a flight risk or a danger to the community.  Likewise, Petitioner alleges that the mandatory detention provision, 8 U.S.C. 1226(C)(1) does not apply to him, and it has not been applied to him.  Mr. Palomares-Pena further asserts that no statutory authority exists to detain an alien, such as Petitioner,  indefinitely into the future.

## III
## COUNT THREE
## International  Law  and  Treaty  Obligations

36.  As  an additional or alternative basis for the granting of the Writ of Habeas Corpus, Petitioner Mr. Palomares-Pena would show that the BIA decision violates international law and treaty obligations between the United States and Mexico, his birth place. *Universal Declaration of Human Rights*, U.N. Doc.A/811,  Part III Articles 13, 15 and 26 (1948).

## IV.
## COUNT FOUR
## BIA  Decision    Violates  Due  Process  and  Administrative  Procedures

37. The  BIA decision "affirms, without opinion, the results of the decision below." as shown in  Exhibit D appended hereto.  Thus, the decision stripping the Petitioner of his long-held legal status consists of two lines of type.  Such an opinion, without more, violates the due process

9

and the administrative procedure rights of Petitioner. This procedure interferes with his right to a reasoned decision and it also fails to provide this Honorable Court with any basis for the BIA decision which this Court might review. This Honorable Court cannot determine whether the agency abided by its own regulations in rendering its decision, or on what basis it affirmed the Immigration Court decision. In addition, because Petitioner raised new arguments with the BIA which were not argued before the Immigration Judge; because of the nature and manner of the BIA Decision, Petitioner urges that this Honorable Court cannot evaluate the legality of the BIA review, of the decision of the court below as well as of the new arguments raised by the Petitioner on appeal. Because of the failure of the BIA to render a reviewable decision, the Writ should issue.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner prays that this Court grant the following relief:

1. Assume jurisdiction over this matter;

2. Declare unlawful Petitioner's detention pursuant to the stay of execution of the Immigration Judge's Order releasing Petitioner;

3. Order Petitioner's release from custody;

4. Declare the 2003 Removal Order null and void;

5. Grant the Writ of Habeas Corpus;

6. Remand the case to the Immigration Court of a hearing on the merits of relief under either Sec. 212(c) or 240Aa,

7. Order that Petitioner's legal permanent residency card be restored; and/or

8. Grant any other relief which this Court deems just and proper.

Respectfully submitted,

Paula S. Waddle, Attorney in Charge
107 N. 3rd
Harlingen, TX 78550
(956) 425-6987
(956) 425-7434(fax)
State Bar No 26030400
Fed. I.D. No. 5674

ATTORNEY FOR PETITIONER

10

## VERIFICATION OF COUNSEL

I, Paula Waddle, hereby certify that I am familiar with the removal case of the named petitioner and that the facts as stated above are true and correct to the best of my knowledge and belief.

Paula S. Waddle

## CERTIFICATE OF SERVICE

I, Paula S. Waddle, hereby certify that a copy of the foregoing was mailed FIRST CLASS MAIL to Mr. Steve Schemmel, AUSA, 1701 W. Highway 83, Suite 600, TCB-Bentsen Tower, at McAllen, Texas 78501, on the 27th day of May, 2004.

Paula S. Waddle

11

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANSELMO PALOMARES-PENA | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | |
| GRACE A. WINFREY, Interim Field | § | Case No. B-04-59 |
| Office Director for Detention and | § | |
| Removal, Bureau of Immigration and | § | DHS: A No. 91 241 238 |
| Customs Enforcement, Department of | § | |
| Homeland Security, AARON CABRERA, | § | |
| Interim Deputy Field Office Director, | § | |
| Port Isabel Service Processing Center, | § | |
| TOM RIDGE, Secretary Department of | § | |
| Homeland Security, and | § | |
| JOHN ASHCROFT, Attorney General | § | |
| of the United States | § | |
| Respondents | | |

## APPENDIX

| DOCUMENT LETTER | DOCUMENT | PAGE NO. |
|---|---|---|
| A | Notice To Appear | 1 |
| B | 1st Offer of Documents (with 212(c) Application) | 2 to 52 |
| C | 2nd Offer of Documents (with Cancelation Application) | 53 to 64 |
| D | BIA Decision | 65 |
| E | Texas Judgment (Deferred Adjudication) | 66 to 67 |
| F | Declaration of Anselmo Palomares-Peña, Petitioner | 68 to 69 |
| G | Affidavit of Fact of Mrs. Palomares-Peña | 70 to 72 |

U.S. Department of Justice

Immigration and Naturalization Service

## Notice to Appear

**In removal proceedings under section 240 of the Immigration and Nationality Act**

File No: _____ A91 241 238 _____

In the Matter of:

Respondent:        Anselmo PALOMARES Pena        currently residing at:

**Port Isabel Service Processing Center, Route 3, Box 341, Los Fresnos, TX 78566**     (956) 547-1700

<span style="font-size:small">(Number, street, city, state and ZIP code)</span>      <span style="font-size:small">(Area code and phone number)</span>

☒ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☐ 3. You have been admitted to the United Sates, but are deportable for the reasons stated below.

The Service alleges that you:

1. **You are not a citizen or national of the United States;**
2. **You are a native of Mexico and a citizen of Mexico;**
3. **You were, on 06/18/96 convicted in the District Court (at) Fort Bend County, Texas for the offense of Sexual Assault, in violation of Texas Law.**
4. **On September 28, 2003 you applied for admission at the Port of Entry at Pharr, Texas as a returning Resident.**

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the   llowing provision (s) of law:

**Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act, as amended, in that you are an alien who has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.**

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to:   ☐ 8 CFR 208.30(f)(2)   ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: _____

**EOIR, 201 E. Jackson Street, Harlingen, Texas 78550**

<span style="font-size:small">(Complete Address of Immigration Court, Including Room Number, if any)</span>

on _____ **T.B.S.** _____ at _____ **T.B.S.** _____ to show why you should not be removed from the United States based on the

<span style="font-size:small">(Date)</span>       <span style="font-size:small">(Time)</span>

charge(s) set forth above.

Robert C. Adame

Supervisory Deportation Officer

<span style="font-size:small">(Signature and Title of Issuing Officer)</span>

Date: _____ October 9, 2003 _____      Los Fresnos, Texas

<span style="font-size:small">(City and State)</span>

**See reverse for important information**

Form I-862 (Rev. 4-1-97)

**EXHIBIT**

**A**



000001

"SUPERSEDES NTA DATED SEPTEMBER 28, 2003"

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**OFFICE OF THE IMMIGRATION JUDGE**
**HARLINGEN, TEXAS**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| PALOMARES-Pena, Anselmo | ) | IN REMOVAL PROCEEDINGS |
| A# 91 241 238 | ) | |
| | ) | |
| HARLINGEN DISTRICT | ) | |

**RESPONDENT'S 1ˢᵗ OFFER OF DOCUMENTS**

The respondent is filling an application for Advance Permission to Return to Unrelinquished Domicile under section 212(c) of the Immigration and Naturalization Act.

The respondent offers the attached documentation for admission in to the record of proceedings in this matter.

Respectfully.

Margarita Moreno
Accredited Representative
South Texas Immigration Council
107 N. 3ʳᵈ Street
Harlingen, Texas 78550
November 14, 2003



EXHIBIT
B

# INDEX OF DOCUMENTATION
## MATTER OF: PALOMARES-Pena, Anselmo
### FILE NO:: A#: 91 241 238

| DOCUMENT LETTER | DOCUMENT | PAGE NO. |
|---|---|---|
| A. . . . . . . . . . | List of Witnesses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 |
| B. . . . . . . . . . . | Application for Advance Permission to Return to Unreliquinshed Domicile (Form I-191). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 to 3 |
| C. . . . . . . . . . | Copy of Marriage Certificate between Anselmo Palomares and Maria L Vasquez with English Translation . . . . . . . . . . . . . . . . . . . . . . . . . | 4 to 6 |
| D . . . . . . . . | Copy of Resident Alien Card from Respondent's wife (Maria Luisa Palomares ) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Issue: Hardship and Residency | .7 |
| E. . . . . . . . . | Copy of Certificate of Birth from Respondent's son (Eduardo Anselmo Palomares ) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Issue: Hardship and Residency | 8 |
| F. . . . . . . . . . . | Copy of Certificate of Birth from respondent's son (Jorge H. Palomares). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Issue: Hardship and Residency | 9 |
| G. . . . . . . . . . | Copy of Resident Alien Card from Respondent's daughter (Aida Irasema Palomares) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Issue: Hardship and Resident | 10 |
| H. . . . . . . . . | Copy of Respondent's Release of Lien . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Issue: Equity and Residency | 11 to 12 |
| I. . . . . . . . . . . | Copy of Respondent's Tax Receipt and notice of Appraised Value. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Issue: Equity and Hardship | 13 to 14 |

000003

J . . . . . . . . . . ..Copies of Respondent's check stubs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15 to 17
        Issue: Equity and Residency

K. . . . . . . . . Copies of Respondent's Income Tax Return from the years 1996 to
        1999, and 2001 and 2002. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18 to 40
        Issue: Equity and Residency

L. . . . . . . . . Employment Letter from Troy Construction issued to Respondent. . . . . . . . . . . 41
        Issue: Equity and Residency

M. . . . . . . . Letter from Our Lady of Guadalupe Church issued to Respondent. . . . . . . .-. . . . 42
        Issue: Residency

N . . . . . . . . Letter from Fort Bend County Community Supervision and Corrections
        Department issued to Respondent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43
        Issue: Residency and Character

O . . . . . . . .Letter from Rose Mary Galvan - Schulze, Attorney at Law issued to
        Respondent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
        Issue: Residency and Character

P. . . . . . . . .Notarized Sworn Affidavit from Esteban Losoya, Sr.,  friend issued to
        Respondent . . . . . . . . . . . . . . . . . . . . . . . . . . .. . . . . . . . . . . . . . . . . . . . . . . . .45
        Issue: Residency and Character

Q. . . . . . . . Notarized Affidavit from Carlos Ramon , friend issued to respondent. . . . . . . . ..46
        Issue: Residency and Character

R. . . . . . . . . Certificate of Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . . . . . . . . . . 47

000004

# Respondent's List of Witnesses
## Matter of : PALOMARES-Pena, Anselmo
## File No: 91 241 238

Maria L. Palomares
1703 5th St.
Rosenberg, Texas 77471
(Wife)

Aida Hernandez
Rosenberg, Texas 77471
(Daughter)

Jorge Palomares
1703 5th St.
Rosenberg, Texas 77471
(Son)

Eduardo Palomares
1703 5th St.
Rosenberg, Texas 77471
(son)

Minerva Lozoya
1321 Brazos St.
Rosenberg, Texas 77471
(Sister in Law)

Bertha Palomares
RT. 36 Box 764B
Mission, Texas 78574
(Sister)

Enedelia Guzman
RR 36 Box 92FO
Mission, Texas 78574
Tel. (956) 585-3134
(Sister)

Elvia Mata
RT. 36 Box 590
Mission, Texas 78574
Tel. (956) 519-9459
(Niece)

Tomas Trevino
301 Greg St.
Pharr, Texas 78577
(Friend)

Yolanda Trevino
301 Greg St.
Pharr, Texas 78577
(Friend)

Jesus Garcia
Mission, Texas
(Friend)

000005

DOCUMENT   A   PAGE   1

OMB No. 1115-0032

**Application for Advance Permission
to Return to Unrelinquished Domicile**

U. S. Department Justice
Immigration and Naturalization Service

(See instructions on reverse. Please typewrite or print plainly in ink)

| FEE STAMP |
|---|
| 4236 001   11/12/03 12:13 |
| I-191   195.00 |

| Alien Registration No. | **A 91 241 238** |
|---|---|

| Date | **11/10/2003** |
|---|---|

(1) I hereby apply for permission to return to the United States under the authority continued in Section 212(c) of the Immigration and Nationality Act.

| MY NAME IS: | *(First)* | *(Middle)* | 4236 001  *(Last)* 11/12/03 12:13 |
|---|---|---|---|
| | **Anselmo** | | **PALOMARES-Pena**  50.00 |

| DATE OF BIRTH: *(Month, Day, Year)* | PLACE OF BIRTH: *(City, Province, Country)* | | I AM A CITIZEN OF: *(Country)* |
|---|---|---|---|
| **07/16/1953** | **Dr. Gonzalez,** | **Nuevo Leon,**  **Mexico** | **Mexican** |

| PRESENT ADDRESS: *(Street and number, apt. no., City, State, Country)* | | |
|---|---|---|
| **1703 5th St.,** | **Rosenburg,**  **Texas** | **USA** |

(2) I was lawfully admitted to the United States for permanent residence at:

| PORT: | DATE: *(Month, Day, Year)* | NAME OF VESSEL OR OTHER MEANS OF CONVEYANCE |
|---|---|---|
| **Houston, TX** | **01/19/88** | |

(3) Since that admission I have departed from and reentered the United States as follows:

| DEPARTED FROM THE UNITED STATES | | | RETURNED TO THE UNITED STATES | | | PURPOSE OF TRIP |
|---|---|---|---|---|---|---|
| Port | Date *(Month, Day, Year)* | Vessel or Other Means of Conveyance | Port | Date *(Month, Day, Year)* | Vessel or Other Means of Conveyance | |
| short cassual | visits | to Mexico | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

(4) During the past seven years I have resided at the following places: *(List present address first)*

| (Complete Address - Include Apt. No.) | | | From - | To - |
|---|---|---|---|---|
| 1703 5th St., | Rosenburg, | Texas | 1988 | Present time |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(5) During the past seven years I have been employed as follows *(List present employment first)*

| From - | To - | Employer's Name | Address | Occupation or Type of Business |
|---|---|---|---|---|
| 1977 | Present | Troy Construction | Houston, TX | Welder |
| | | | | |
| | | | | |
| | | | | |

(6) My immediate family consists of the following persons:

| Name | Relation | Date and Country of Birth | Citizen of | Present Address |
|---|---|---|---|---|
| Maria L. Palomares | spouse | 03/28/1946   Mexico | Mexico | Rosenburg, TX |
| Jorge H. Palomares | son | 03/08/1978   USA | USA | Rosenburg, TX |
| Aida I. Palomares | daughter | 10/30/1976   Mexico | Mexico | Fulshear, TX |
| Eduardo Palomares | son | 08/22/1980   USA | USA | Rosenburg, TX |

(7) I ___n/a___ depart(ed) temporarily from the United States on or about ___n/a___ and will remain
    *(Intend to or have)*                                                              *(Date)*

in ___n/a___ approximately ___n/a___ for the purpose of
        *(Country)*                              *(Length of Time)*

___n/a___ ; and expect to apply for admission at ___n/a___
                                                              *(Port)*

| RECEIVED | TRANS IN | RET'D-TRANS OUT | COMPLETED |
|---|---|---|---|
| | | | |

Form I-191 (Rev. 11/23/01)Y

(8) I believe I may be inadmissible to the United States for the following reasons:

On June 18, 1996 I was convicted in the District court at Fort Bend County, Texas for the offense of Sexual Assual.

I understand that the information herein contained may be used in any criminal or civil proceedings, including removal, hereafter instituted against me.

I certify that the statements above are true and correct to the best of my knowledge and belief.

*(Signature of Applicant)*

| SIGNATURE OF PERSON PREPARING FORM, IF OTHER THAN APPLICANT |
|---|
| I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge. |

a. Maldonado

*(Signature)*

SOUTH TEXAS IMMIGRATION COUNCIL, INC.,
107 N 3RD. ST.,
HARLINGEN,    *(Address)*    TX    78550

11/10/03
*(Date)*

Decision:

☐ Application granted upon the following terms and conditions:

DATE
OF
ACTION
DD

DISTRICT

## INSTRUCTIONS TO THE APPLICANT

### READ INSTRUCTIONS CAREFULLY - FEE WILL NOT BE REFUNDED

(A)  This form, when completely executed, should be submitted to the District Director of the Immigration office having jurisdiction over your place of permanent residence.

(B)  A fee of $195.00 must be paid for filing this application. It cannot be refunded, regardless of the action taken on the application. DO NOT MAIL CASH. ALL FEES MUST BE SUBMITTED IN THE EXACT AMOUNT. Payment by check or money order must be drawn on a bank or other institution located in the United States and be payable in United States currency. If applicant resides in Guam, check or money order must be payable to the "Treasurer Guam." If Applicant resides in the Virgin Islands, check or money order must be payable to the "Commissioner of Finance of the Virgin Islands." All other applicants must make the check or money order payable to the "Immigration and Naturalization Service." When check is drawn on account of a person other than the applicant, the name of the applicant must be entered on the face of the check. If application is submitted from outside the United States, remittance may be made by bank international money order or foreign draft drawn on a financial institution in the United States and payable to the Immigration and Naturalization Service in United States currency. Personal checks are accepted subject to collectibility. An uncollectible check will render the application and any document issued pursuant thereto invalid. A charge of $30.00 will be imposed if a check in payment of a fee is not honored by the bank on which it is drawn.

(C)  If the space provided in the form is insufficient to answer a question fully, you should attach a sheet(s) of paper containing your answer which should be numbered to correspond with the question.

(D)  In Part (3), where absences have been numerous as a resident alien border crosser or as a seaman, it will be sufficient to give the approximate number of such absences and the years covered hereby.

(E)  List specifically and in detail your reasons for possible inadmissibility. For example, if application is made because the applicant may be inadmissible due to conviction of crime, state in the application the designation of the crime, the date and place of its commission and of conviction therefore, and the sentence or other judgment of the court. In the case of disease, mental or physical defect or other disability, give exact description, duration thereof and date and place last treated.

(F)  If applicant is mentally incompetent or is under 14 years of age, the application shall be executed by his parent or guardian.

# UNITED MEXICAN STATES
# GOVERNMENT OF THE STATE OF TAMAULIPAS
# CIVIL REGISTRY

SEAL OF THE                                     CONTROL No.
UNITED MEXICAN STATES                 FILE     0135862

In the name of the free and sovereign State of **Tamaulipas** and as Director of the Civil Registry of the State.   I CERTIFY: that in the 1ˢᵗ Civil Registry of **Reynosa** there is recorded Marriage Certificate that contain the following Information:

## MARRIAGE CERTIFICATE

Office No: 1          Book No: 4                Act No: 769                Page No: 169

Registry Date: 08/30/1973           Place: Reynosa, Tamaulipas

## PARTIES

**NAME OF THE GROOM** : Anselmo Palomares
**PLACE OF BIRTH:** Dr. Gonzalez, Nuevo Leon, Mexico
**NATIONALITY:** Mexican                          **AGE:** 20

**NAME OF THE BRIDE** : Maria Luisa Vasquez
**PLACE OF BIRTH:**  Torreon, Coahuila, Mexico
**NATIONALITY:** Mexican                          **AGE:** 26

## PARENT'S OF THE GROOM

**FATHER'S NAME**     Genovevo Palomares          **NATIONALITY** Mexican
**MOTHER'S NAME**     Guadalupe Pena              **NATIONALITY** Mexican

## PARENT'S OF THE BRIDE

**FATHER'S NAME:**   Jose Vasquez                 **NATIONALITY** Mexican
**MOTHER'S NAME:**   Maria de Jesus Garcua        **NATIONALITY** Mexican

## WITNESSES OF THE PARTIES

**NAME:**  Fausto Montes      **NATIONALITY** : = = = = =     **AGE:**  52
**NAME:** Trinida Flores      **NATIONALITY:** = = = = =      **AGE :** 34
**NAME:** Juvenal Medina      **NATIONALITY:** = = = = =      **AGE:**  19
**NAME:** Baldomero A         **NATIONALITY:** = = = = =      **AGE**   34





EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE TAMAULIPAS, Y COMO OFICIAL 1o. DEL
REGISTRO CIVIL CERTIFICO QUE EN LA OFICIALIA 1era. DEL REGISTRO CIVIL EN REYNOSA
OBRA ASENTADA UNA ACTA DE MATRIMONIO QUE CONTIENE LOS SIGUIENTES DATOS:

# ACTA DE MATRIMONIO

OFICIALIA No. **1**     LIBRO No. **4**     ACTA No. **769**     FOJA No. **169**

FECHA DEL REGISTRO: **30/08/1973**     LUGAR: **REYNOSA, TAMAULIPAS**

CRIP DE EL: ═ ═ ═ ═ ═     CRIP DE ELLA: ═ ═ ═ ═ ═

NOMBRE DEL CONTRAYENTE: **ANSELMO PALOMARES**     NACIONALIDAD: **MEXICANA**
LUGAR DE NACIMIENTO: **, DR. GONZALEZ NUEVO LEON, MEXICO**     EDAD: **20 AÑOS**

NOMBRE DE LA CONTRAYENTE: **MARIA LUISA VASQUEZ**     NACIONALIDAD: **MEXICANA**
LUGAR DE NACIMIENTO: **. TORREON COAHUILA, MEXICO**     EDAD: **26 AÑOS**

PADRE DEL CONTRAYENTE: **GENOVEVO PALOMARES**     NACIONALIDAD: ═ ═ ═ ═ ═
MADRE DEL CONTRAYENTE: **GUADALUPE PEÑA**     NACIONALIDAD: ═ ═ ═ ═ ═

PADRE DE LA CONTRAYENTE: **JOSE VASQUEZ**     NACIONALIDAD: ═ ═ ═ ═ ═
MADRE DE LA CONTRAYENTE: **MARIA DE JESUS GARCIA**     NACIONALIDAD: ═ ═ ═ ═ ═

TESTIGO: **FAUSTINO MONTES**     NACIONALIDAD: ═ ═ ═ ═ ═     EDAD: **52 AÑOS**
TESTIGO: **TRINIDAD FLORES**     NACIONALIDAD: ═ ═ ═ ═ ═     EDAD: **34 AÑOS**

TESTIGO: **JUVENAL MEDINA**     NACIONALIDAD: ═ ═ ═ ═ ═     EDAD: **19 AÑOS**
TESTIGO: **BALDOMERO A.**     NACIONALIDAD: ═ ═ ═ ═ ═     EDAD: **34 AÑOS**

NOMBRE(S) DE LA(S) PERSONAS QUE DA(N) SU CONSENTIMIENTO POR MINORIA DE EDAD DE LO(S) CONTRAYENTE(S)
═ ═ ═ ═ ═ ═ ═ ═ ═

AUTORIZACION DE LA SECRETARIA DE GOBERNACION EN EL CASO DE CONTRAYENTE(S) EXTRANJEROS)
═ ═ ═ ═ ═ ═ ═ ═ ═

ESTE CONTRATO DE MATRIMONIO ESTA SUJETO AL REGIMEN DE     **SOCIEDAD CONYUGAL**

LA PRESENTE ACTA TIENE LAS SIGUIENTES ANOTACIONES.
═ ═ ═ ═ ═ ═ ═ ═ ═

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 31 DEL CODIGO CIVIL VIGENTE DEL ESTADO DE TAMAULIPAS, EN
REYNOSA A LOS 23 DIAS DEL MES DE OCTUBRE DEL 2003. DOY FE.

*... acuerdo Administrativo de la Direccion del Registro Civil del
Estado, de fecha 15 de Julio de 1999, y de la C. Oficial Primera
del Registro en esta Ciudad, firma esta acta el C. Arnulfo Perez
Alemán, Secretario en esta Oficialia.*

SELLO DEL
REGISTRO CIVIL



Gobierno del Estado de Tamaulipas
Secretaria General de Gobierno
OFICIALIA 1a DE REYNOSA

**0135862**

*ROSALBA TERAN DE ROBINSON*
OFICIAL 1o. DEL REGISTRO CIVIL



**RESIDENT ALIEN**

U.S. Department of Justice-Immigration and Naturalization Service

PALOMARES,MARIA LUISA
NAME

03 28 46
DOB

A091241239
ALIEN NUMBER

10 17 05
CARD EXPIRES

**ALIEN REGISTRATION RECEIPT CARD**
PERSON IDENTIFIED BY THIS CARD IS ENTITLED TO RESIDE PERMANENTLY AND WORK IN THE U.S.

TEMP RES ADJ DATE - 011988

W16 HOU 900123 582  5257556025

A1USA091241239<02<9510<<<<<<<<
4603281F0510176<<<<<DD05A48E2
PALOMARES<<MARIA<LUISA<<<<<<<<

# FORT BEND COUNTY

### 301 JACKSON STREET
### RICHMOND, TEXAS 77469-3108

TELEPHONE
281/341-8685

*Dianne Wilson, Ph.D.*
COUNTY CLERK AND
LOCAL REGISTRAR

STATE OF TEXAS — CERTIFICATE OF BIRTH — BIRTH NO

| | | | |
|---|---|---|---|
| **CHILD** | 1 NAME (Type or print) [a] First **Eduardo** [b] Middle **Anselmo** [c] Last **Palomares** | 2 DATE OF BIRTH **August 22, 1980** | |
| | 3 SEX **Male** | 4a PLACE OF BIRTH — COUNTY **Fort Bend** | 4b CITY OR TOWN [If outside city limits, give precinct no] **Richmond** |
| | 4c NAME OF HOSPITAL [If not in hospital, give street address] **603 Lettie Street** | 4d INSIDE CITY LIMITS? **Yes** | 5a THIS BIRTH SINGLE, TWIN, TRIPLET, ETC (Specify) **Single** | 5b IF TWIN OR TRIPLET, WAS CHILD BORN 1st, 2nd, 3rd (Specify) |

| | | | |
|---|---|---|---|
| **FATHER** | 6 NAME [a] First **Anselmo** [b] Middle [c] Last **Palomares** | | |
| | 7 RACE **Caucasian** | 8a IS FATHER OF SPANISH ORIGIN? **Yes** | 8b IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC **Mexican** |
| | 9 AGE [At time of this birth] **27** | 10 BIRTHPLACE [State or foreign country] **Mexico** | 11a USUAL OCCUPATION **Laborer** | 11b KIND OF BUSINESS OR INDUSTRY **Construction** |

| | | | |
|---|---|---|---|
| **MOTHER** | 12 MAIDEN NAME [a] First **Maria** [b] Middle **Luisa** [c] Last **Vasquez** | | |
| | 13 RACE **Caucasian** | 14a IS MOTHER OF SPANISH ORIGIN? **Yes** | 14b IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC **Mexican** |
| | 15 AGE [At time of this birth] **34** | 16 BIRTHPLACE [State or foreign country] **Mexico** | 17a USUAL OCCUPATION **Housewife** | 17b KIND OF BUSINESS OR INDUSTRY |
| | 18a RESIDENCE — STATE **Texas** | 18b COUNTY **Fort Bend** | 18c CITY OR TOWN [If outside city limits, show rural] **Rosenberg** ZIP CODE **77471** | 18d STREET ADDRESS [If rural, give location] **2111 Ave. E.** | 18e INSIDE CITY LIMITS? **Yes** |

| 19 Children previously born to the mother [Do not include this birth] | | 20 INFORMANT |
|---|---|---|
| a How many other children are now living? **2** | b How many other children were born alive, but are now dead? **1** | c How many children were born dead after 20 weeks pregnancy? **0** | **Maria Luisa Palomares** |

| | | |
|---|---|---|
| 21 I hereby certify that this child was born alive on the date stated above at **10:00 A. M** | 22a ATTENDANT'S SIGNATURE **Her mark: Rafael Hernandez** X **Her mark** | 22b ATTENDANT AT BIRTH M.D., D.O., C.N.M., MIDWIFE, OTHER (Specify) **Midwife** |
| | 22c ATTENDANT'S ADDRESS **603 Lettie St, Richmond, Texas** | 22d DATE SIGNED **10/7/80** |
| 23a REGISTRAR'S FILE NO | 23b DATE REC'D BY LOCAL REGISTRAR **10/7/80** | 23c SIGNATURE OF LOCAL REGISTRAR |

Witnesses to X mark

**32621**

This is to certify that this is a true and correct reproduction of the original record as recorded in this office.
Issued under authority of Section 191.051, Chapter 678, Health & Safety Code.

**000013**

DATE ISSUED
**OCT 2 0 2003**

*Dianne Wilson*
Dianne Wilson, Ph.D., County Clerk/Local Registrar
Fort Bend County, Texas

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Fort Bend County Clerk    Document: 2001 0006 0628/2001    Page 24 of 81

CERTIFICATION OF VITAL RECORD

# FORT BEND COUNTY

### 301 JACKSON STREET
### RICHMOND, TEXAS 77469-3108

TELEPHONE
281/341-8685

*Dianne Wilson*
COUNTY CLERK AND
LOCAL REGISTRAR

562

35-

STATE OF TEXAS — CERTIFICATE OF BIRTH

| | |
|---|---|
| 1. PLACE OF BIRTH — a. COUNTY: **Fort Bend** | 2. USUAL RESIDENCE OF MOTHER — a. STATE: **Texas**  b. COUNTY: **Fort Bend** |
| b. CITY OR TOWN: **Richmond** | c. CITY OR TOWN: **Richmond**  77469 |
| c. NAME OF HOSPITAL OR INSTITUTION: **603 Lottie Street** | d. STREET ADDRESS: **103 Mellon** |
| d. IS PLACE OF BIRTH INSIDE CITY LIMITS: YES [X]  NO [ ] | e. IS RESIDENCE INSIDE CITY LIMITS: YES [X]  NO [ ]   f. IS RESIDENCE ON A FARM: YES [ ] NO [X] |

CHILD
5. NAME: (a) First **Jorge**  (b) Middle **Horacio**  (c) Last **Palomares**    6. DATE OF BIRTH: **March 8, 1978**
6. SEX: **Male**    7. THIS BIRTH: SINGLE [X] TWIN [ ] TRIPLET [ ]    8. IF TWIN OR TRIPLET, WAS CHILD BORN: 1st [ ] 2nd [ ]

FATHER
7. NAME: (a) First **Anselmo**  (b) Middle **Eas**  (c) Last **Palomares**    8. COLOR OR RACE: **Caucasian**
9. AGE (At time of this birth): **26** YEARS  10. BIRTHPLACE (State or foreign country): **Mexico**  11a. USUAL OCCUPATION: **Laborer**  11b. KIND OF BUSINESS OR INDUSTRY: **Construction**

MOTHER
12. MAIDEN NAME: (a) First **Maria**  (b) Middle **Loiza.**  (c) Last **Vasquez**    13. COLOR OR RACE: **Caucasian**
14. AGE (At time of this birth): **31** YEARS  15. BIRTHPLACE (State or foreign country): **Mexico**  16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER (Do NOT include this child): 1
  a. How many OTHER children are now living: **1**  b. How many OTHER children were born alive but are now dead: **0**  c. How many children were born dead (fetal deaths after 20 weeks pregnancy): **0**

17. INFORMANT: *M. Luiza Palomares*

18. I hereby certify that this child was born alive on the date stated above at **2:30 P**
18a. ATTENDANT'S SIGNATURE: **Her mark: Rafael Hernandez**    19a. ATTENDANT AT BIRTH: M.D. [ ] D.O. [ ] MIDWIFE [X] OTHER [ ]
18b. ATTENDANT'S ADDRESS: **603 Lottie St., Richmond, Texas**    19b. DATE SIGNED: **6/1/78**

20a. REGISTRAR'S FILE NO.    20b. DATE REC'D BY LOCAL REGISTRAR: **6/1/78**    20c. REGISTRAR'S SIGNATURE

22278

**This is to certify that this is a true and correct reproduction of the original record as recorded in this office**
Issued under authority of Section 191.051, Chapter 678, Health & Safety Code.

000614

DATE ISSUED **MAY 2 3 2001**

*Dianne Wilson*
Dianne Wilson, County Clerk/Local Registrar
Fort Bend County, Texas

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY





## Release of Lien

**Date:** _June 28_, 2002

**Holder of Note and Lien:** VIOLA LINDEMANN MACHALA

**Holder's Mailing Address:**

> 2805 B. F. Terry Blvd.
> Rosenberg, Texas 77471
> Fort Bend County

**Note**

> **Date:** October 14, 1987
>
> **Original principal amount:** $14,500.00
>
> **Borrower:**   ANSELMO PALOMARES and wife MARIA PALOMARES
>
> **Lender:**     VIOLA LINDEMANN MACHALA

**Note and Lien Are Described in the Following Documents**:  In Vendor's Lien Deed dated October 14, 1987 from Viola Lindemann Machala to Anselmo Palomares, et ux recorded in Volume 1987 Page 1815 of the Official Records of Fort Bend County, Texas, and in Deed of Trust dated October 14, 1987 from Anselmo Palomares and wife Maria Palomares to Viola Lindemann Machala, recorded  in Volume 1987 Page 1818 of the Official Records of Fort Bend County, Texas.

**Property (including any improvements):**

> Lot Number One (1) in Block B of the First Hillyer Addition to the City of Rosenberg, Fort Bend County, Texas, according to the plat of said addition of record in the Plat Records of Fort Bend County, Texas, and being the same land described in Deed from Jim Hillyer to Ben H. Lindemann et ux, dated February 6, 1946 and recorded in volume 233, Page 407 of the Deed Records of Fort Bend County, Texas, to which refer in aid hereof.

> Holder of Note and Lien is the owner and holder of the Note and Lien described above.

> Holder of Note and Lien acknowledges payment in full of the Note and releases the Property from the Lien and from all liens held by Holder of Note and Lien, without regard to how they were created or evidenced.

> When the context requires, singular nouns and pronouns include the plural.

_Viola Lindemann Machala_
VIOLA LINDEMANN MACHALA

000016

DOCUMENT _H_ PAGE _11_

STATE OF TEXAS              )

COUNTY OF FORT BEND         )

This instrument was acknowledged before me on _June 28_____ , 2002, by VIOLA LINDEMANN MACHALA.



MARLENE McCARTY
Notary Public, State of Texas
My Commission Expires 12-31-2004

_Marlene McCarty_
Notary Public, State of Texas

PREPARED IN THE OFFICE OF:

SCHWARTZ & KALINOWSKI, L.L.P.
1821 Mons Avenue
Rosenberg, Texas  77471

AFTER RECORDING RETURN TO:

Neal Kalinowski
SCHWARTZ & KALINOWSKI, L.L.P.
1821 Mons Avenue
Rosenberg, Texas  77471

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

_Dianne Wilson_

2002 JUL 01  03:27 PM 2002069549
TD $9.00
DIANNE WILSON ,COUNTY CLERK
FORT BEND COUNTY, TEXAS

000017

DOCUMENT  H  PAGE 12



**MARSHA P. GAINES**
**FORT BEND COUNTY TAX ASSESSOR/ COLLECTOR**
**P O BOX 399, 500 LIBERTY ST., SUITE 101**
**RICHMOND, TEXAS 77406-0399**

**Certified Owner:**

PALOMARES ANSELMO & MARIA
1703 5TH ST
ROSENBERG , TX  77471-4415

**Legal Description:**

FIRST HILLYER ADDN, BLOCK B,
LOT l

Parcel Address:   0  1703 5TH.ST
Legal Acres:        0.0000

**> - -**                                                                                                                    **- - <**
**Deposit No:**       O21216G1
**Validation No:**   900000000058753                                                      Receipt Date:    12/16/2002
**Account No:**      3035-00-002-0010-901                                               Deposit Date:    12/16/2002
**Operator Code:**   YOLANDAV                                                            Print Date:      12/16/2002

| Year | Tax Unit Name | Tax Value | Tax Rate | Levy Paid | P&I | Atty Paid | Total |
|------|---------------|-----------|----------|-----------|-----|-----------|-------|
| 2002 | LAMAR C I S D | 20,560 | 1.664500 | 92.55 | 0.00 | 0.00 | 92.55 |
| 2002 | CITY OF ROSENBERG | 20,560 | 0.555000 | 114.11 | 0.00 | 0.00 | 114.11 |
| 2002 | FORT BEND CO DRAINAGE | 20,560 | 0.026200 | 4.08 | 0.00 | 0.00 | 4.08 |
| 2002 | FORT BEND CO GEN FND | 20,560 | 0.512540 | 79.75 | 0.00 | 0.00 | 79.75 |
| | | | | $290.49 | $0.00 | $0.00 | $290.49 |

**> - -**                                                                                                                    **- - <**
**CHECK NUMBER(S):**

**PAYMENT TYPE:**

| | |
|---|---|
| Checks: | $0.00 |
| Cash: | $290.49 |
| Credit Cards: | $0.00 |
| E-Fund Trans: | $0.00 |
| Others: | $0.00 |
| Total Applied: | $290.49 |
| Total Tendered:<br>(All Accounts) | $300.00 |
| Change Paid:<br>(All Accounts) | $9.51 |

*ACCOUNT PAID IN FULL*

**PAYER:**

PALOMARES ANSELMO & MARIA
1703 5TH ST
ROSENBERG , TX  77471-4415

000018
(281) 341-3710
(281) 341-3741
0

DOCUMENT   I    PAGE 13 Page 1 of 1

8831

**TROY CONSTRUCTION, LLP**

| ---EMPLOYEE--- | | SOCIAL SEC NO | PAY RATE | | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|---|
| ALOMAR | PALOMARES,A | 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 | 9.000 HW | | 09/28/03 | 088314 |
| | | | | | 22.56 | 1,130.95 |
| egular | 40.00 | 360.00 | 13,770.00 | Federal W/H | 42.01 | 1,633.47 |
| vertime | 9.00 | 121.50 | 5,616.00 | FICA | 9.82 | 382.11 |
| erDiem NonTX | .00 | .00 | 824.00 | MEDICARE | 11.97 | 466.83 |
| erDiem TXble | 49.00 | 196.00 | 6,960.00 | Health Ins. | | |

GROSS EARNINGS:      677.50    27,170.00 TOTAL DEDUCT:      86.36    3,613.36
NET EARNINGS:      591.14

**TROY CONSTRUCTION, LLP**

8811

| ---EMPLOYEE--- | | SOCIAL SEC NO | PAY RATE | | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|---|
| PALOMAR | PALOMARES,A | 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 | 9.000 HW | | 09/21/03 | 088102 |
| egular | 40.00 | 360.00 | 13,410.00 | Federal W/H | 80.46 | 1,108.39 |
| vertime | 32.00 | 432.00 | 5,494.50 | FICA | 66.96 | 1,591.46 |
| erDiem NonTX | .00 | .00 | 824.00 | MEDICARE | 15.66 | 372.29 |
| erDiem TXble | 72.00 | 288.00 | 6,764.00 | Health Ins. | 11.97 | 454.86 |

GROSS EARNINGS:    1,080.00    26,492.50 TOTAL DEDUCT:      175.05    3,527.00
NET EARNINGS:      904.95

000020

DOCUMENT ____J____ PAGE 15

Case 1:04-cv-00059    Document 2-3    Filed in TXSD on 05/28/2004    Page 30 of 81

| ---EMPLOYEE--- | | | SOCIAL SEC NO | PAY RATE | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|---|
| PALOMAR | PALOMARES,A | | 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 | 9.000 HW | 04/13/03 | 084062 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Regular | 40.00 | 360.00 | 5,220.00 | Federal W/H | 30.12 | 242.89 |
| Overtime | 10.00 | 135.00 | 1,188.00 | FICA | 43.09 | 511.88 |
| PerDiem NonTX | .00 | .00 | 824.00 | MEDICARE | 10.08 | 119.74 |
| PerDiem TXble | 50.00 | 200.00 | 1,848.00 | Health Ins. | 11.97 | 179.55 |

| GROSS EARNINGS: | 695.00 | 9,080.00 | TOTAL DEDUCT: | 95.26 | 1,054.06 |
|---|---|---|---|---|---|
| NET EARNINGS: | 599.74 | | | | |

## TROY CONSTRUCTION, LLP                    84558

| ---EMPLOYEE--- | | | SOCIAL SEC NO | PAY RATE | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|---|
| PALOMAR | PALOMARES,A | | 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 | 9.000 HW | 05/04/03 | 084558 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Regular | 40.00 | 360.00 | 6,210.00 | Federal W/H | 30.12 | 329.38 |
| Overtime | 10.00 | 135.00 | 1,593.00 | FICA | 43.09 | 633.36 |
| PerDiem NonTX | .00 | .00 | 824.00 | MEDICARE | 10.08 | 148.10 |
| PerDiem TXble | 50.00 | 200.00 | 2,408.00 | Health Ins. | 11.97 | 215.46 |

| GROSS EARNINGS: | 695.00 | 11,035.00 | TOTAL DEDUCT: | 95.26 | 1,326.03 |
|---|---|---|---|---|---|
| NET EARNINGS: | 599.74 | | | | |

## TROY CONSTRUCTION, LLP                    85019

| ---EMPLOYEE--- | | | SOCIAL SEC NO | PAY RATE | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|---|
| PALOMAR | PALOMARES,A | | 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 | 9.000 HW | 05/25/03 | 085019 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Regular | 40.00 | 360.00 | 7,290.00 | Federal W/H | 30.12 | 419.74 |
| Overtime | 10.00 | 135.00 | 1,998.00 | FICA | 43.09 | 762.36 |
| PerDiem NonTX | .00 | .00 | 824.00 | MEDICARE | 10.08 | 178.34 |
| PerDiem TXble | 50.00 | 200.00 | 3,008.00 | Health Ins. | 11.97 | 251.37 |

| GROSS EARNINGS: | 695.00 | 13,120.00 | TOTAL DEDUCT: | 95.26 | 1,616.81 |
|---|---|---|---|---|---|
| NET EARNINGS: | 599.74 | | | | |

000021
DOCUMENT          PAGE 16

PALOMAR    PALOMARES,A

| | | | | | PAY RATE | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|---|---|
| | | | | SOCIAL SEC NO | | 01/29/03 | 082221 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Regular | 40.00 | 36..00 | 1,368.00 | Federal W/H | | 7.77 | 15.54 |
| Overtime | 10.00 | 135.00 | 324.00 | FICA | | 30.69 | 104.91 |
| Per Diem | 50.00 | 200.00 | 704.00 | MEDICARE | | 7.18 | 24.54 |
| | | | | Health Ins. | | 11.97 | 47.88 |

| | | | | | | |
|---|---|---|---|---|---|---|
| GROSS EARNINGS: | 695.00 | 2,396.00 | TOTAL DEDUCT: | 57.61 | 192.87 |
| NET EARNINGS: | 637.39 | | | | |

---

## TROY CONSTRUCTION, LLP                                                    81541

| ----EMPLOYEE--- | | SOCIAL SEC NO | PAY RATE | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|
| PALOMAR | PALOMARES,A | 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 | 9.000 HW | 01/05/03 | 081541 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Regular | 32.00 | 288.00 | 288.00 | FICA | 17.86 | 17.86 |
| Per Diem | 32.00 | 128.00 | 128.00 | MEDICARE | 4.18 | 4.18 |
| | | | | Health Ins. | 11.97 | 11.97 |

| | | | | | |
|---|---|---|---|---|---|
| GROSS EARNINGS: | 416.00 | 416.00 | TOTAL DEDUCT: | 34.01 | 34.01 |
| NET EARNINGS: | 381.99 | | | | |

## TROY CONSTRUCTION, LLP                                                    82579

| ----EMPLOYEE--- | | SOCIAL SEC NO | PAY RATE | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|
| PALOMAR | PALOMARES,A | 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 | 9.000 HW | 02/09/03 | 082579 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Regular | 40.00 | 360.00 | 1,998.00 | Federal W/H | 17.27 | 32.81 |
| Overtime | 4.00 | 54.00 | 378.00 | FICA | 36.58 | 158.23 |
| PerDiem NonTX | .00 | .00 | 824.00 | MEDICARE | 8.56 | 37.02 |
| PerDiem TXble | 44.00 | 176.00 | 176.00 | Health Ins. | 11.97 | 71.82 |

000022

| | | | | | |
|---|---|---|---|---|---|
| GROSS EARNINGS: | 590.00 | 3,376.00 | TOTAL DEDUCT: | 74.38 | 299.86 |
| NET EARNINGS: | 515.62 | | | | |

DOCUMENT ___J___ PAGE __17__



Declaration Control Number (DCN)

| 00 | – | 764735 | – | | – | 7 | IRS Use Only — Do not write or staple in this space. |

Form **8453**

Department of the Treasury
Internal Revenue Service

## U.S. Individual Income Tax Declaration for Electronic Filing
For the year January 1 - December 31, 1996
► See Instructions.

OMB No. 1545-0936

**1996**

Use the IRS label. Otherwise, please print or type.

**L A B E L   H E R E**

| Your First Name and Initial | Last Name | Your Social Security Number |
|---|---|---|
| MARIA L | PALOMARES | 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 |

| If a Joint Return, Spouse's First Name and Initial | Last Name | Spouse's Social Security Number |
|---|---|---|

| Home Address (number and street). (If a P.O. box, see instructions.) | Apartment Number | Telephone Number (optional) |
|---|---|---|
| 1703 5TH STREET | | (281) 232-6985 |

| City, Town or Post Office | State | ZIP Code | |
|---|---|---|---|
| ROSENBERG | TX | 77471 | For Paperwork Reduction Act Notice, see instructions. |

### Part I — Tax Return Information (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1040, line 22; Form 1040A, line 14; Form 1040EZ, line 4) | 1 | 4,354. |
| 2 | Total tax (Form 1040, line 51; Form 1040A, line 28; Form 1040EZ, line 10) | 2 | 0. |
| 3 | Federal income tax withheld (Form 1040, line 52; Form 1040A, line 29a; Form 1040EZ, line 7) | 3 | 131. |
| 4 | Refund (Form 1040, line 60a; Form 1040A, line 31a; Form 1040EZ, line 11a) | 4 | 1,881. |
| 5 | Amount you owe (Form 1040, line 62; Form 1040A, line 33; Form 1040EZ, line 12) | 5 | |

### Part II — Direct Deposit of Refund (Optional — See instructions.)

Attach copy B of your Forms W-2, W-2G, and 1099-R here.

| 6 | Routing number | 044000037 | The first two digits of the routing number must be 01 through 12 or 21 through 32. |
|---|---|---|---|
| 7 | Account number | RALXXXXX461936679 | |

8  Type of account ........... [X] Checking   [ ] Savings

### Part III — Declaration of Taxpayer (Sign only if Part II is completed.)

9  [X]  I consent that my refund be directly deposited as designated in Part II, and declare that the information shown on lines 6 through 8 is correct. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

[ ]  I do not want direct deposit of my refund or am not receiving a refund.

If I have filed a balance due return, I understand that if the IRS does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint federal and state tax return and there is an error on my state return, I understand my federal return will be rejected.

Under penalties of perjury, I declare that the information I have given my ERO and the amounts in Part I above agree with the amounts on the corresponding lines of the electronic portion of my 1996 federal income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. I consent to my ERO sending my return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO and/or transmitter an acknowledgement of receipt of transmission and an indication of whether or not my return is accepted, and, if rejected, the reason(s) for the rejection. If the processing of my return or refund is delayed, I authorize the IRS to disclose to my ERO and/or transmitter the reason(s) for the delay, or when the refund was sent.

**Sign Here**

► X *Maria Palomares* | 2-8-97 ►    | Spouse's Signature. If a joint return, BOTH must sign.   Date
Your Signature          Date

### Part IV — Declaration of Electronic Return Originator (ERO) and Paid Preparer (See instructions.)

I declare that I have reviewed the above taxpayer's return and that the entries on Form 8453 are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The taxpayer will have signed this form before I submit the return. I will give the taxpayer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in Pub 1345, Handbook for Electronic Filers of Individual Income Tax Returns (Tax Year 1996). If I am also the Paid Preparer, under penalties of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I have any knowledge.

**ERO's Use Only**

| ERO's Signature ► *Robin Andrews* | Date 2-18-97 | Check if also paid preparer [X] | Check if self-employed [X] | Your Social Security No. 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 |
|---|---|---|---|---|

| Firm's Name (or yours if self-employed) and Address ► | ROBIN ANDREWS | | EIN 76-0483343 |
|---|---|---|---|
| | 808 Third Street | | |
| | Rosenberg | TX | ZIP Code 77471 |

Under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I have any knowledge.

**Paid Preparer's Use Only**

| Preparer's Signature ► | | Date | Check if self-employed [ ] | Preparer's SSN |
|---|---|---|---|---|

| Firm's Name (or yours if self-employed) and Address ► | | | EIN | |
|---|---|---|---|---|
| | | | ZIP Code | 060023 |

BAA    FDIA5901  10/18/96    Form 8453 (1996)

K  PAGE 18

FORM **1040**

Department of the Treasury — Internal Revenue Service

## U.S. Individual Income Tax Return **1996**

(99)  IRS use only – Do not write or staple in this space.

For the year Jan 1 - Dec 31, 1996, or other tax year beginning ____, 1996, ending ____, 19___

OMB No. 1545-0074

*Ma + Ma*

| **Label** (See instructions) | Your First Name: **MARIA**  MI: **L**  Last Name: **PALOMARES** | Your Social Security No. **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** |
|---|---|---|
| **Use the IRS label. Otherwise, please print or type.** | If a Joint Return, Spouse's First Name  MI  Last Name | Spouse's Social Security No. |
| | Home Address (number and street). If You Have a P.O. Box, See Instructions. **1703 5TH STREET**  Apartment No. | **For help finding line instructions, see instructions in the booklet.** |
| | City, Town or Post Office. If You Have a Foreign Address, See Instructions. **ROSENBERG**  State **TX**  ZIP Code **77471** | |

**Presidential Election Campaign** (See instructions.)

► Do you want $3 to go to this fund? ..................  Yes [ ]  No [X]

If a joint return, does your spouse want $3 to go to this fund? .......... Yes [ ]  No [ ]

Note: Checking 'Yes' will not change your tax or reduce your refund.

### Filing Status

Check only one box.

1 [ ] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's SSN above & full name here ... ► _____
4 [X] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ... ► _____
5 [ ] Qualifying widow(er) with dependent child (year spouse died ► 19___ ). (See instructions.)

### Exemptions

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a ..................

b [ ] **Spouse** ..................

No. of boxes checked on lines 6a & 6b: **1**

No. of your children on line 6c who:
• lived with you: **2**
• did not live with you due to divorce or separation (see instructions)

If more than 6 dependents, see the instructions for line 6c.

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number. If born in December 1996, see instructions | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1996 |
|---|---|---|---|
| EDDIE PALOMARES | 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 | SON | 12 |
| JORGE PALOMARES | 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 | SON | 12 |
| *Sandy Reyes* | *10-5-90* | *Daughter* | |

Dependents on line 6c not entered above: 

d Total number of exemptions claimed ..................

Add numbers entered on lines above ► **3**

### Income

**Attach Copy B of your Forms W-2, W-2G, & 1099-R here.**

If you did not get a W-2, see the instructions for line 7.

Enclose, but do not attach, any payment. Also, please enclose Form 1040-V (see the instructions for line 62).

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 .................. | 7 | 4,354. |
| 8a Taxable interest. Attach Schedule B if over $400 .................. | 8a | |
| b Tax-exempt interest. Do not include on line 8a ............  8b | | |
| 9 Dividend income. Attach Schedule B if over $400 .................. | 9 | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ..... | 10 | |
| 11 Alimony received .................. | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ .................. | 12 | |
| 13 Capital gain or (loss). If required, attach Schedule D .................. | 13 | |
| 14 Other gains or (losses). Attach Form 4797 .................. | 14 | |
| 15a Total IRA distributions .....  15a  b Taxable amount (see instrs) .. | 15b | |
| 16a Total pensions and annuities .....  16a  b Taxable amount (see instrs) .. | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Sch E ...... | 17 | |
| 18 Farm income or (loss). Attach Schedule F .................. | 18 | |
| 19 Unemployment compensation .................. | 19 | |
| 20a Social security benefits ......  20a  b Taxable amount (see instrs) .. | 20b | |
| 21 Other income. List type and amount — see instructions | 21 | |
| 22 Add the amounts in the far right column for lines 7 - 21. This is your **total income** ...... ► | 22 | 4,354. |

### Adjusted Gross Income

If line 31 is under $28,495 (under $9,500 if a child did not live with you), see the instructions for line 54.

| | | |
|---|---|---|
| 23a Your IRA deduction (see instructions) ..................  23a | | |
| b Spouse's IRA deduction (see instructions) ..................  23b | | |
| 24 Moving expenses. Attach Form 3903 or 3903-F ..........  24 | | |
| 25 One-half of self-employment tax. Attach Schedule SE .....  25 | | |
| 26 Self-employed health insurance deduction (see instructions) .  26 | | |
| 27 Keogh and self-employed SEP plans. If SEP, check .....  [ ]  27 | | |
| 28 Penalty on early withdrawal of savings ..................  28 | | |
| 29 Alimony paid. Recipient's SSN ►_____  29 | | |
| 30 Add lines 23a - 29 .................. | 30 | |
| 31 Subtract line 30 from line 22. This is your **adjusted gross income** .................. ► | 31 | 4,354. |

000024

BAA  For Privacy Act and Paperwork Reduction Act Notice, see instructions.

Form 1040 (1996)

FDIA0112  12/03/96

*K* PAGE *19*

Form 1040 (1996)    MARIA L PALOMAR    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    Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax Computation** | 32 | Amount from line 31 (adjusted gross income) | | 32 | 4,354. |

33a Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind
Add the number of boxes checked above and enter the total here ▶ 33a ☐

b If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ............ ▶ 33b ☐

34 Enter the larger of your: 

**Itemized deductions** from Schedule A, line 28, Or

**Standard deduction** shown below for your filing status. But see the instructions if you checked any box on line 33a or b or someone can claim you as a dependent.

● Single — $4,000 ● Married filing jointly or Qualifying widow(er) — $6,700
● Head of household — $5,900 ● Married filing separately — $3,350

| | | | |
|---|---|---|---|
| 34 | | 34 | 5,900. |
| 35 | Subtract line 34 from line 32 | 35 | -1,546. |

If you want the IRS to figure your tax, see the instructions for line 37.

| | | | |
|---|---|---|---|
| 36 | If line 32 is $88,475 or less, multiply $2,550 by the total number of exemptions claimed on line 6d. If line 32 is over $88,475, see the worksheet in the instructions for the amount to enter | 36 | 7,650. |
| 37 | **Taxable income.** Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- | 37 | 0. |
| 38 | **Tax.** See instructions. Check if total includes any tax from  a ☐ Form(s) 8814  b ☐ Form 4972 | 38 | 0. |

**Credits**

| | | | | |
|---|---|---|---|---|
| 39 | Credit for child and dependent care expenses. Attach Form 2441 | 39 | | |
| 40 | Credit for the elderly or the disabled. Attach Sch R | 40 | | |
| 41 | Foreign tax credit. Attach Form 1116 | 41 | | |
| 42 | Other. Check if from ........ a ☐ Form 3800  b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (spec) | 42 | | |
| 43 | Add lines 39 through 42 | | 43 | |
| 44 | Subtract line 43 from line 38. If line 43 is more than line 38, enter -0- | | 44 | 0. |

**Other Taxes**

| | | | |
|---|---|---|---|
| 45 | Self-employment tax. Attach Schedule SE | 45 | |
| 46 | Alternative minimum tax. Attach Form 6251 | 46 | |
| 47 | SS and Medicare tax on tip income not reported to employer. Attach Form 4137 | 47 | |
| 48 | Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 | 48 | |
| 49 | Advance earned income credit payments from Form(s) W-2 | 49 | |
| 50 | Household employment taxes. Attach Schedule H | 50 | |
| 51 | Add lns 44 - 50. This is your **total tax** | 51 | 0. |

**Payments**

Attach Forms W-2, W-2G, and 1099-R to page 1.

| | | | | |
|---|---|---|---|---|
| 52 | Federal income tax withheld from Forms W-2 and 1099 | 52 | 131. | |
| 53 | 1996 estimated tax payments and amount applied from 1995 return | 53 | | |
| 54 | **Earned income credit.** Attach Schedule EIC if you have a qualifying child. Nontaxable earned income: amount ..... ▶ and type .... ▶ | 54 | 1,750. | |
| 55 | Amount paid with Form 4868 (request for extension) | 55 | | |
| 56 | Excess social security and RRTA tax withheld (see instrs) | 56 | | |
| 57 | Other payments. Check if from ... a ☐ Form 2439  b ☐ Form 4136 | 57 | | |
| 58 | Add lines 52 - 57. These are your **total payments** | | 58 | 1,881. |

**Refund**

Have it sent directly to your bank account! See instructions and fill in 60b, c, and d.

| | | | |
|---|---|---|---|
| 59 | If line 58 is more than line 51, subtract line 51 from line 58. This is the amount you **Overpaid** | 59 | 1,881. |
| 60a | Amount of line 59 you want **Refunded to You** | 60a | 1,881. |

▶ b Routing number .. 044000037   c Type: ☒ Checking  ☐ Savings
▶ d Account number .. RALXXXXX461936679

| | | | |
|---|---|---|---|
| 61 | Amount of line 59 you want Applied to Your 1997 Estimated Tax ▶ | 61 | |

**Amount You Owe**

| | | | |
|---|---|---|---|
| 62 | If line 51 is more than line 58, subtract line 58 from line 51. This is the **Amount You Owe.** For details on how to pay and use Form 1040-V, see instructions | 62 | |
| 63 | Estimated tax penalty. Also include on line 62 | 63 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Keep a copy of this return for your records.

| Your Signature ▶ | Date | Your Occupation UNEMPLOYED |
|---|---|---|
| Spouse's Signature. If a Joint Return, BOTH Must Sign. | Date | Spouse's Occupation |

**Paid Preparer's Use Only**

| Preparer's Signature ▶ | Date 02/18/97 | Check if self-employed ☒ | Preparer's Social Security No. 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 |
|---|---|---|---|
| Firm's Name (or yours if self-employed) and Address ▶ | ROBIN ANDREWS 808 Third Street Rosenberg " | | EIN 76-0483343  TX  ZIP Code 77471 |

FDIA0112  11/25/96

000325

DOCUMENT ___K___ PAGE 20

**Schedule EIC**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service  (99)

**Earned Income Credit**
**(Qualifying Child Information)**

▶ Attach to Form 1040A or 1040.
▶ See Instructions.

OMB No. 1545-0074

**1996**
43

| Name(s) shown on return: First and Initial(s) | Last | Your Social Security Number |
|---|---|---|
| MARIA L | PALOMARES | 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 |

## Before You Begin ...

- See the instructions for Form 1040A, line 29c, or Form 1040, line 54, to find out if you can take this credit.
- If you can take the credit, fill in the Earned Income Credit Worksheet in the Form 1040A or Form 1040 instructions to figure your credit. But if you want the IRS to figure it for you, **see the instructions.**

Then, you must complete and attach Schedule EIC only if you have a qualifying child.

## Information About Your Qualifying Child or Children

If you have more than two qualifying children, you only have to list two to get the maximum credit.

| **Caution:** *If you do not attach Schedule EIC and fill in all the lines that apply, it will take us longer to process your return and issue your refund.* | | **(a) Child 1** | | **(b) Child 2** | |
|---|---|---|---|---|---|
| | | First name | Last name | First name | Last name |
| 1  Child's name ............................................. | | EDDIE | PALOMARES | JORGE | PALOMARES |
| 2  Child's year of birth ................................. | | 19 80 | | 19 78 | |
| 3  If child was born **before 1978** and — | | | | | |
| a was **under age 24** at the end of 1996 **and** a student, check the 'Yes' box, Or ..................... | | ☐ Yes | | ☐ Yes | |
| b was permanently and totally disabled, check the 'Yes' box ............................................ | | ☐ Yes | | ☐ Yes | |
| 4  Enter the child's social security number. If born in December 1996, see instructions ...................... | | 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 | | 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 | |
| 5  Child's relationship to you (for example, son, grandchild, etc) ..... | | SON | | SON | |
| 6  Number of months child lived with you in the United States in 1996 ........ | | 12  months | | 12  months | |

**TIP** Do you want the earned income credit added to your take-home pay in 1997? To see if you qualify, get **Form W-5** from your employer or by calling the IRS at 1-800-TAX-FORM (1-800-829-3676).

**BAA  For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.**                Schedule EIC (Form 1040A or 1040) 1996

000026

DOCUMENT ___K___ PAGE __21__

FDIA7401  10/22/96

TAX PAYER COPY

**Declaration Control Number (DCN)**

00 – 764735 – – 8

IRS Use Only – Do not write or staple in this space.

Form **8453**

Department of the Treasury
Internal Revenue Service

## U.S. Individual Income Tax Declaration for Electronic Filing
For the year January 1 - December 31, 1997
► See instructions.

OMB No. 1545-0936

**1997**

| | |
|---|---|
| Your First Name and Initial | MARIA L |
| Last Name | PALOMARES |
| Your Social Security Number | 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 |
| If a Joint Return, Spouse's First Name and Initial | ANSELMO P |
| Last Name | PALOMARES |
| Spouse's Social Security No. | 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 |
| Home Address (number and street). (If a P.O. box, see instructions.) | 1703 5TH STREET |
| Apartment Number | |
| Telephone Number (optional) | (281) 232-6985 |
| City, Town or Post Office | ROSENBERG |
| State | TX | ZIP Code | 77471 |

For Paperwork Reduction Act Notice, see instructions.

### Part I — Tax Return Information (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1040, line 22; Form 1040A, line 14; Form 1040EZ, line 4) | 1 | 17,588. |
| 2 | Total tax (Form 1040, line 53; Form 1040A, line 28; Form 1040EZ, line 10) | 2 | 13. |
| 3 | Federal income tax withheld (Form 1040, line 54; Form 1040A, line 29a; Form 1040EZ, line 7) | 3 | 134. |
| 4 | Refund (Form 1040, line 62a; Form 1040A, line 31a; Form 1040EZ, line 11a) | 4 | 2,588. |
| 5 | Amount you owe (Form 1040, line 64; Form 1040A, line 33; Form 1040EZ, line 12) | 5 | |

### Part II — Direct Deposit of Refund (Optional — See instructions.)

Attach copy B of Forms W-2, W-2G, and 1099-R here.

6 Routing number ............... 044000037

The routing number must be nine digits, and the first two must be 01 through 12 or 21 through 32.

7 Account number ............... RALXXXXX461936679

8 Type of account ............... [X] Checking   [ ] Savings

### Part III — Declaration of Taxpayer (Sign only if Part I is completed.)

9 a [X] I consent that my refund be directly deposited as designated in Part II, and declare that the information shown on lines 6 through 8 is correct. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

b [ ] I do not want direct deposit of my refund or am not receiving a refund.

If I have filed a balance due return, I understand that if the IRS does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint federal and state tax return and there is an error on my state return, I understand my federal return will be rejected.

Under penalties of perjury, I declare that the information I have given my ERO and the amounts in Part I above agree with the amounts on the corresponding lines of the electronic portion of my 1997 federal income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. I consent to my ERO sending my return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO and/or transmitter an acknowledgment of receipt of transmission and an indication of whether or not my return is accepted, and, if rejected, the reason(s) for the rejection. If the processing of my return or refund is delayed, I authorize the IRS to disclose to my ERO and/or transmitter the reason(s) for the delay, or when the refund was sent.

**Sign Here**

► Your Signature   Date
► Spouse's Signature. If a joint return, BOTH must sign.   Date

### Part IV — Declaration of Electronic Return Originator (ERO) and Paid Preparer (See instructions.)

I declare that I have reviewed the above taxpayer's return and that the entries on Form 8453 are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The taxpayer will have signed this form before I submit the return. I will give the taxpayer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in Pub 1345, Handbook for Electronic Filers of Individual Income Tax Returns (Tax Year 1997). If I am also the Paid Preparer, under penalties of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and, to the best of my knowledge and belief, they are true, correct, and complete. This paid preparer declaration is based on all information of which I have any knowledge.

**ERO's Use Only**

| | | Date | Check if also paid preparer [X] | Check if self-employed [X] | Your Social Security No. 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 |
|---|---|---|---|---|---|
| ERO's Signature ► | | | | | |
| Firm's Name (or yours if self-employed) and Address ► | ROBIN ANDREWS 808 Third St Rosenberg | | | TX | EIN 76-0483343  ZIP Code 77471 |

Under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and, to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I have any knowledge.

**Paid Preparer's Use Only**

| | | Date | Check if self-employed | Preparer's SSN |
|---|---|---|---|---|
| Preparer's Signature ► | | | | |
| Firm's Name (or yours if self-employed) and Address ► | | | EIN | ZIP Code |

000027

BAA   FDIA5901  10/29/97   Form 8453 (1997)

DOCUMENT K PAGE 22

Form **1040**

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return** **1997**   (99)   IRS use only – Do not write or staple in this space.

For the year Jan 1 – Dec 31, 1997, or other tax year beginning _____, 1997, ending _____, 19___   OMB No. 1545-0074

| Label (See instructions.) | | |
|---|---|---|
| Your First Name: MARIA | MI: L | Last Name: PALOMARES |

Your Social Security No. **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**

Use the IRS label. Otherwise, please print or type.

| If a Joint Return, Spouse's First Name: ANSELMO | MI: P | Last Name: PALOMARES |
|---|---|---|

Spouse's Social Security No. **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**

Home Address (number and street). If You Have a P.O. Box, See Instructions.   Apartment No.

**1703 5TH STREET**

For help finding line instructions, see instructions in the booklet.

City, Town or Post Office. If You Have a Foreign Address, See Instructions.   State   ZIP Code

**ROSENBERG**   TX   77471

**Presidential Election Campaign** (See instructions.)

|  | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | X |
| If a joint return, does your spouse want $3 to go to this fund? | | X |

Note: Checking 'Yes' will not change your tax or reduce your refund.

**Filing Status**

Check only one box.

1. ☐ Single
2. ☒ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's SSN above & full name here ... _____
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ► _____
5. ☐ Qualifying widow(er) with dependent child (year spouse died ► 19___ ). (See instructions.)

**Exemptions**

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a

b ☒ Spouse

No. of boxes checked on 6a and 6b ... **2**

| c Dependents: (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1997 |
|---|---|---|---|
| EDDIE PALOMARES | 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 | SON | 12 |
| SANDY REYES | 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 | DAUGHTER | 12 |
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on 6c who: ● lived with you ... **2**  ● did not live with you due to divorce or separation (see instructions) ...

Dependents on line 6c not entered above ...

If more than six dependents, see instructions.

Add numbers entered on lines above ► 

d Total number of exemptions claimed ............... **4**

**Income**

Attach Copy B of your Forms W-2, W-2G, & 1099-R here.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 17,588. |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a ...... 8b | | |
| 9 | Dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions ...... 15a   b Taxable amount (see instrs) | 15b | |
| 16a | Total pensions and annuities ..... 16a   b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits ...... 20a   b Taxable amount (see instrs) | 20b | |
| 21 | Other income. List type and amount — see instructions | 21 | |
| 22 | Add the amounts in the far right column for lines 7 - 21. This is your **total income** ► | 22 | 17,588. |

**Adjusted Gross Income**

If line 32 is under $29,290 (under $9,770 if a child did not live with you), see EIC in the instructions.

| 23 | IRA deduction (see instructions) | 23 | |
|---|---|---|---|
| 24 | Medical savings account deduction. Attach Form 8853 | 24 | |
| 25 | Moving expenses. Attach Form 3903 or 3903-F | 25 | |
| 26 | One-half of self-employment tax. Attach Schedule SE | 26 | |
| 27 | Self-employed health insurance deduction (see instructions) | 27 | |
| 28 | Keogh and self-employed SEP and SIMPLE plans | 28 | |
| 29 | Penalty on early withdrawal of savings | 29 | |
| 30a | Alimony paid.  b Recipient's SSN ... ► | 30a | |
| 31 | Add lines 23 - 30a | 31 | |
| 32 | Subtract line 31 from line 22. This is your **adjusted gross income** ► | 32 | 17,588. |

BAA For Privacy Act and Paperwork Reduction Act Notice, see instructions.   FDIA0112  12/10/97   Form **1040** (1997)

00 0328

DOCUMENT   K   PAGE 23

Form 1040 (1997)    MARIA L & ANSELMO P PALOMARES    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    Page 2

| | | | | |
|---|---|---|---|---|
| **Tax Computation** | 33 | Amount from line 32 (adjusted gross income) | 33 | 17,588. |
| | 34a | Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind Add the number of boxes checked above and enter the total here ▶ 34a | | |
| | b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ▶ 34b ☐ | | |
| | 35 | Enter the larger of your: | | |
| | | **Itemized deductions** from Schedule A, line 28, Or | | |
| | | **Standard deduction** shown below for your filing status. But see the instructions if you checked any box on line 34a or 34b or someone can claim you as a dependent. | | |
| | | • Single — $4,150  • Married filing jointly or Qualifying widow(er) — $6,900 | 35 | 6,900. |
| | | • Head of household — $6,050  • Married filing separately — $3,450 | | |
| | 36 | Subtract line 35 from line 33 | 36 | 10,688. |
| If you want the IRS to figure your tax, see instructions. | 37 | If line 33 is $90,900 or less, multiply $2,650 by the total number of exemptions claimed on line 6d. If line 33 is over $90,900, see the worksheet in the instructions for the amount to enter | 37 | 10,600. |
| | 38 | **Taxable income.** Subtract line 37 from line 36. If line 37 is more than line 36, enter -0- | 38 | 88. |
| | 39 | **Tax.** See instrs. Check if any tax from  a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | 39 | 13. |
| **Credits** | 40 | Credit for child and dependent care expenses. Attach Form 2441 ..... 40 | | |
| | 41 | Credit for the elderly or the disabled. Attach Sch R ......... 41 | | |
| | 42 | Adoption credit. Attach Form 8839 ................. 42 | | |
| | 43 | Foreign tax credit. Attach Form 1116 ............... 43 | | |
| | 44 | Other. Check if from .... a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) 44 | | |
| | 45 | Add lines 40 through 44 | 45 | |
| | 46 | Subtract line 45 from line 39. If line 45 is more than line 39, enter -0- ▶ | 46 | 13. |
| **Other Taxes** | 47 | Self-employment tax. Attach Schedule SE | 47 | |
| | 48 | Alternative minimum tax. Attach Form 6251 | 48 | |
| | 49 | SS and Medicare tax on tip income not reported to employer. Attach Form 4137 | 49 | |
| | 50 | Tax on qualified retirement plans (including IRAs) and MSAs. Attach Form 5329 if required | 50 | |
| | 51 | Advance earned income credit payments from Form(s) W-2 | 51 | |
| | 52 | Household employment taxes. Attach Schedule H | 52 | |
| | 53 | Add lns 46 - 52. This is your total tax ▶ | 53 | 13. |
| **Payments** | 54 | Federal income tax withheld from Forms W-2 and 1099 ...... 54 | 134. | |
| | 55 | 1997 estimated tax payments and amount applied from 1996 return ........ 55 | | |
| Attach Forms W-2, W-2G, and 1099-R to page 1. | 56a | **Earned income credit.** Attach Schedule EIC if you have a qualifying child. b Nontaxable earned income: amount ▶ and type .... ▶ 56a | 2,467. | |
| | 57 | Amount paid with Form 4868 (request for extension) .. 57 | | |
| | 58 | Excess social security and RRTA tax withheld (see instrs) .. 58 | | |
| | 59 | Other payments. Check if from ..... a ☐ Form 2439 b ☐ Form 4136 ................. 59 | | |
| | 60 | Add lines 54, 55, 56a, 57, 58, and 59. These are your total payments ▶ | 60 | 2,601. |
| **Refund** Have it directly deposited! See instructions and fill in 62b, 62c, and 62d. | 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **Overpaid** | 61 | 2,588. |
| | 62a | Amount of line 61 you want **Refunded to You** ▶ | 62a | 2,588. |
| | ▶ b | Routing number .. 044000037   c Type: ☒ Checking   ☐ Savings | | |
| | ▶ d | Account number .. RALXXXXX461936679 | | |
| | 63 | Amount of line 61 you want Applied to Your 1998 Estimated Tax ▶ 63 | | |
| **Amount You Owe** | 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the **Amount You Owe.** For details on how to pay, see instructions | 64 | |
| | 65 | Estimated tax penalty. Also include on line 64 .... 65 | | |

**Sign Here**
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your Signature ▶ | Date | Your Occupation UNEMPLOYED |
|---|---|---|
| Spouse's Signature. If a Joint Return, BOTH Must Sign. ▶ | Date | Spouse's Occupation CONSTRUCTION |

**Paid Preparer's Use Only**

| Preparer's Signature ▶ | Date 02/12/98 | Check if self-employed ☒ | Preparer's Social Security No. 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 |
|---|---|---|---|
| Firm's Name (or yours if self-employed) and Address ▶ | ROBIN ANDREWS 808 Third St Rosenberg | TX | EIN 76-0483343 |
| | | | ZIP Code 77471 |

FDIA0112  12/30/97

Form 1040 (1997)

00029

DOCUMENT **K** PAGE **24**

**Schedule EIC**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service

## Earned Income Credit
## (Qualifying Child Information)

▶ Attach to Form 1040A or 1040.
▶ See instructions.

OMB No. 1545-0074

**1997**

43

| Name(s) Shown on Return: First and Initial(s) | Last | Your Social Security Number |
|---|---|---|
| MARIA L & ANSELMO P | PALOMARES | 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 |

## Before You Begin ...

- See the instructions for Form 1040A, line 29c and 29d, or Form 1040, lines 56a and 56b, to find out if you can take this credit.
- If you can take the credit, fill in the Earned Income Credit Worksheet in the Form 1040A or Form 1040 instructions to figure your credit. But if you want the IRS to figure it for you, see the instructions.

**Then, you must complete and attach Schedule EIC only if you have a qualifying child.**

### Information About Your Qualifying Child or Children
If you have more than two qualifying children, you only have to list two to get the maximum credit.

| Caution: *If you do not attach Schedule EIC and fill in all the lines that apply, it will take us longer to process your return and issue your refund.* | Child 1 | | Child 2 | |
|---|---|---|---|---|
| | First name | Last name | First name | Last name |
| 1  Child's name .......................................... | EDDIE | PALOMARES | SANDY | REYES |
| 2  Child's year of birth ................................... | 1980 | | 1990 | |
| 3  If child was born **before 1979** and — | | | | |
| **a** was **under age 24** at the end of 1997 and a student, check the 'Yes' box, Or ..................... | ☐ Yes | | ☐ Yes | |
| **b** was permanently and totally disabled (see instructions), check the 'Yes' box ...................... | ☐ Yes | | ☐ Yes | |
| 4  Enter the child's social security number ...... | 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 | | 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 | |
| 5  Child's relationship to you (for example, son, grandchild, etc) ..................... | SON | | DAUGHTER | |
| 6  Number of months child lived with you in the United States in 1997 ..................... | 12    months | | 12    months | |

**Tip** ▶ Do you want the earned income credit added to your take-home pay in 1998? To see if you qualify, get **Form W-5** from your employer or by calling the IRS at 1-800-TAX-FORM (1-800-829-3676).

**BAA  For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.**                    Schedule EIC (Form 1040A or 1040) 1997

FDIA7401  10/16/97

000030

DOCUMENT  **K**  PAGE **25**

Declaration Control Number (DCN)

| 00 | – | 764735 | – | 10040 | – | 9 |

IRS Use Only – Do not write or staple in this space.

Form **8453**

Department of the Treasury
Internal Revenue Service

## U.S. Individual Income Tax Declaration for Electronic Filing

For the year January 1 - December 31, 1998

► See instructions.

OMB No. 1545-0936

**1998**

Use the IRS label. Otherwise, please print or type.

| | | | |
|---|---|---|---|
| Your First Name and Initial | Last Name | | Your Social Security Number |
| MARIA L | PALOMARES | | 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 |
| If a Joint Return, Spouse's First Name and Initial | Last Name | | Spouse's Social Security No. |
| ANSELMO P | PALOMARES | | 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 |

Home Address (number and street). (If a P.O. box, see instructions.)  —  Apartment Number

1703 5TH STREET

City, Town or Post Office — State — ZIP Code

ROSENBERG — TX — 77471

▲ **Important!** ▲

You must enter your social security number(s) above

Telephone Number (optional)

(281) 232-6985

### Part I — Tax Return Information (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1040, line 22; Form 1040A, line 14; Form 1040EZ, line 4) | 1 | 19,256. |
| 2 | Total tax (Form 1040, line 56; Form 1040A, line 34; Form 1040EZ, line 10) | 2 | 0. |
| 3 | Federal income tax withheld (Form 1040, line 57; Form 1040A, line 35; Form 1040EZ, line 7) | 3 | 205. |
| 4 | Refund (Form 1040, line 66a; Form 1040A, line 41a; Form 1040EZ, line 11a) | 4 | 2,484. |
| 5 | Amount you owe (Form 1040, line 68; Form 1040A, line 43; Form 1040EZ, line 12) | 5 | |

### Part II — Declaration of Taxpayer (Sign only if Part I is completed.)

Attach copy B of Forms W-2, W-2G, and 1099-R here.

6 a [X] I consent that my refund be directly deposited as designated in the electronic portion of my 1998 federal income tax return. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

  b [ ] I do not want direct deposit of my refund or I am not receiving a refund.

  c [ ] I authorize (1) the U.S. Treasury and its designated Financial Agents to initiate an ACH debit (automatic withdrawal) entry to my financial institution account designated in the electronic portion of my 1998 federal income tax return for payment of my federal taxes owed, and (2) my financial institution to debit the entry to my account. I also authorize the financial institutions involved in the processing of my electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to my payment.

If I have filed a balance due return, I understand that if the IRS does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint federal and state tax return and there is an error on my state return, I understand my federal return will be rejected.

Under penalties of perjury, I declare that the information I have given my ERO and the amounts in Part I above agree with the amounts on the corresponding lines of the electronic portion of my 1998 federal income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. I consent to my ERO sending my return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO and/or transmitter an acknowledgment of receipt of transmission and an indication of whether or not my return is accepted, and, if rejected, the reason(s) for the rejection. If the processing of my return or refund is delayed, I authorize the IRS to disclose to my ERO and/or transmitter the reason(s) for the delay, or when the refund was sent.

**Sign Here**

► Your Signature *[signature]*  Date 2-9-9*   Spouse's Signature. If a joint return, BOTH must sign. *[signature]*  Date 2-9-99

### Part III — Declaration of Electronic Return Originator (ERO) and Paid Preparer (See instructions.)

I declare that I have reviewed the above taxpayer's return and that the entries on Form 8453 are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The taxpayer will have signed this form before I submit the return. I will give the taxpayer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in Pub 1345, Handbook for Electronic Return Originators of Individual Income Tax Returns. If I am also the Paid Preparer, under penalties of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This paid preparer declaration is based on all information of which I have any knowledge.

**ERO's Use Only**

| | | | | |
|---|---|---|---|---|
| ERO's Signature ► *[signature]* | Date 2-8-99 | Check if also paid preparer [X] | Check if self-employed [X] | Your Social Security No. 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 |
| Firm's Name (or yours if self-employed) and Address ► | ROBIN ANDREWS | | EIN | 76-0483343 |
| | 808 Third St | | | |
| | Rosenberg | TX | ZIP Code | 77471 |

Under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I have any knowledge.

**Paid Preparer's Use Only**

| | | | | |
|---|---|---|---|---|
| Preparer's Signature ► | | Date | Check if self-employed | Preparer's SSN |
| Firm's Name (or yours if self-employed) and Address ► | | | EIN | |
| | | | ZIP Code | |

BAA For Paperwork Reduction Act Notice, see instructions.   FDIA5901  11/30/98

Form 8453 (1998)

000031

DOCUMENT **K** PAGE **40**

Form **1040**

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return** **1998**    (99)    IRS only — Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan 1–Dec 31, 1998, or other tax year beginning , 1998, ending , 19

| | | |
|---|---|---|
| **Label** (See instructions.) | Your First Name: MARIA  MI: L  Last Name: PALOMARES | **Your Social Security Number** 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 |
| **Use the IRS label. Otherwise, please print or type.** | If a Joint Return, Spouse's First Name: ANSELMO  MI: P  Last Name: PALOMARES | **Spouse's Social Security Number** 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 |
| | Home Address (number and street). If You Have a P.O. Box, See Instructions.   Apartment No. 1703 5TH STREET | ▲ **Important!** ▲ You must enter your social security number(s) above. |
| | City, Town or Post Office. If You Have a Foreign Address, See Instructions.   State ZIP Code ROSENBERG   TX 77471 | |

**Presidential Election Campaign** (See instructions.)

| | Yes | No | |
|---|---|---|---|
| Do you want $3 to go to this fund? ............................ | | X | Note: Checking 'Yes' will not change your tax or reduce your refund. |
| If a joint return, does your spouse want $3 to go to this fund? ............ | | X | |

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's SSN above & full name here .... ▶ _____
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ... ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See instructions.)

**Exemptions**

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a ....................

b ☒ **Spouse**

No. of boxes checked on 6a and 6b ..... **2**

No. of your children on 6c who:
● lived with you ..... **2**
● did not live with you due to divorce or sep- aration (see instructions)

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| EDDIE PALOMARES | 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 | Son | |
| SANDY REYES | 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 | Daughter | X |
| | | | |
| | | | |

If more than six dependents, see instructions.

Dependents on 6c not entered above

Add numbers entered on lines above ▶ **4**

d Total number of exemptions claimed

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see instructions.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 ..... | | 7 | 19,256. |
| 8a Taxable interest. Attach Schedule B if required . | | 8a | |
| b Tax-exempt interest. Do not include on line 8a . | 8b | | |
| 9 Ordinary dividends. Attach Schedule B if required . | | 9 | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) .. | | 10 | |
| 11 Alimony received | | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ | | 12 | |
| 13 Capital gain or (loss). Attach Schedule D | | 13 | |
| 14 Other gains or (losses). Attach Form 4797 | | 14 | |
| 15a Total IRA distributions . 15a | b Taxable amount (see instrs) | 15b | |
| 16a Total pensions & annuities . 16a | b Taxable amount (see instrs) | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 17 | |
| 18 Farm income or (loss). Attach Schedule F | | 18 | |
| 19 Unemployment compensation . | | 19 | |
| 20a Social security benefits . 20a | b Taxable amount (see instrs) | 20b | |
| 21 Other income. List type & amount — see instrs | | 21 | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | | 22 | 19,256. |

**Adjusted Gross Income**

If line 33 is under $30,095 (under $10,030 if a child did not live with you), see EIC in the instructions.

| | | | |
|---|---|---|---|
| 23 IRA deduction (see instructions) | 23 | | |
| 24 Student loan interest deduction (see instructions) .. | 24 | | |
| 25 Medical savings account deduction. Attach Form 8853 .... | 25 | | |
| 26 Moving expenses. Attach Form 3903 | 26 | | |
| 27 One-half of self-employment tax. Attach Schedule SE ..... | 27 | | |
| 28 Self-employed health insurance deduction (see instructions) .. | 28 | | |
| 29 Keogh and self-employed SEP and SIMPLE plans ....... | 29 | | |
| 30 Penalty on early withdrawal of savings ... | 30 | | |
| 31a Alimony paid. b Recipient's SSN ... ▶ | 31a | | |
| 32 Add lines 23 through 31a | | 32 | |
| 33 Subtract line 32 from line 22. This is your adjusted gross income ▶ | | 33 | 19,256. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

FDIA0112 11/02/98

Form 1040 (1998)

000032

DOCUMENT K PAGE 27

Form 1040 (1998)    MARIA L & ANSEL.. J P PALOMARES      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    Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 34 Amount from line 33 (adjusted gross income) | | 34 | 19,256. |
| | 35a Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind. | | | |
| |    Add the number of boxes checked above and enter the total here ► 35a | | | |
| |   b If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ► 35b ☐ | | | |
| **Standard Deduction for Most People** | 36 Enter the larger of your itemized deductions from Schedule A, line 28, Or standard deduction shown on the left. But see instructions to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent | | 36 | 7,100. |
| **Single:** $4,250 | 37 Subtract line 36 from line 34 | | 37 | 12,156. |
| **Head of household:** $6,250 | 38 If line 34 is $93,400 or less, multiply $2,700 by the total number of exemptions claimed on line 6d. If line 34 is over $93,400, see the worksheet in the instructions for the amount to enter | | 38 | 10,800. |
| **Married filing jointly or Qualifying widow(er):** $7,100 | 39 Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | 39 | 1,356. |
| | 40 Tax. See instructions. Check if any tax from a ☐ Form(s) 8814   b ☐ Form 4972 | | 40 | 204. |
| **Married filing separately:** $3,550 | 41 Credit for child and dependent care expenses. Attach Form 2441 | 41 | | |
| | 42 Credit for the elderly or the disabled. Attach Schedule R | 42 | | |
| | 43 Child tax credit (see instructions) | 43 | 204. | |
| | 44 Education credits. Attach Form 8863 | 44 | | |
| | 45 Adoption credit. Attach Form 8839 | 45 | | |
| | 46 Foreign tax credit. Attach Form 1116 if required | 46 | | |
| | 47 Other. Check if from .... a ☐ Form 3800   b ☐ Form 8396 c ☐ Form 8801   d ☐ Form (specify) | 47 | | |
| | 48 Add lines 41 through 47. These are your total credits | | 48 | 204. |
| | 49 Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- | | 49 | 0. |
| **Other Taxes** | 50 Self-employment tax. Attach Schedule SE | | 50 | |
| | 51 Alternative minimum tax. Attach Form 6251 | | 51 | |
| | 52 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 52 | |
| | 53 Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | | 53 | |
| | 54 Advance earned income credit payments from Form(s) W-2 | | 54 | |
| | 55 Household employment taxes. Attach Schedule H | | 55 | |
| | 56 Add lines 49-55. This is your total tax | | 56 | 0. |
| **Payments** | 57 Federal income tax withheld from Forms W-2 and 1099 | 57 | 205. | |
| | 58 1998 estimated tax payments and amount applied from 1997 return | 58 | | |
| **Attach Forms W-2 and W-2G to page 1. Also attach Form 1099-R if tax was withheld.** | 59a Earned income credit. Attach Schedule EIC if you have a qualifying child. | | | |
| |   b Nontaxable earned income: amount ► _____ and type .. ► _____ | 59a | 2,279. | |
| | 60 Additional child tax credit. Attach Form 8812 | 60 | | |
| | 61 Amount paid with Form 4868 (request for extension) | 61 | | |
| | 62 Excess social security and RRTA tax withheld (see instrs) | 62 | | |
| | 63 Other payments. Check if from .. a ☐ Form 2439 b ☐ Form 4136 | 63 | | |
| | 64 Add lines 57, 58, 59a, and 60 through 63. These are your total payments | | 64 | 2,484. |
| **Refund** | 65 If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you Overpaid | | 65 | 2,484. |
| **Have it directly deposited! See instructions and fill in 66b, 66c, and 66d.** | 66a Amount of line 65 you want Refunded to You | | 66a | 2,484. |
| | ► b Routing number .... 044000037   ► c Type: ☒ Checking ☐ Savings | | | |
| | ► d Account number .... RALXXXXX461936679 | | | |
| | 67 Amount of line 65 you want Applied to Your 1999 Estimated Tax ► 67 | | | |
| **Amount You Owe** | 68 If line 56 is more than line 64, subtract line 64 from line 56. This is the Amount You Owe. For details on how to pay, see instructions | | 68 | |
| | 69 Estimated tax penalty. Also include on line 68 | 69 | | |

| | | | |
|---|---|---|---|
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| **Joint return?** **See instructions.** | Your Signature ► | Date | Your Occupation UNEMPLOYED | Daytime Telephone Number (optional) |
| **Keep a copy for your records.** | Spouse's Signature. If a Joint Return, Both Must Sign ► | Date | Spouse's Occupation CONSTRUCTION | |

| | | | | |
|---|---|---|---|---|
| **Paid Preparer's Use Only** | Preparer's Signature ► | Date 02/08/99 | Check if self-employed ☒ | Preparer's Social Security No. 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 |
| | Firm's Name (or yours if self-employed) and Address ► | ROBIN ANDREWS 808 Third St Rosenberg,    TX | | EIN 76-0483343 ZIP Code 77471 |

FDIA0112   11/11/98         Form 1040 (1998)

00033

| **Schedule EIC**<br>(Form 1040A or 1040)<br>Department of the Treasury<br>Internal Revenue Service    (99) | **Earned Income Credit**<br>**(Qualifying Child Information)**<br>► Attach to Form 1040A or 1040.<br>► See instructions. | OMB No. 1545-0074<br>**1998**<br>43 |

| Name(s) Shown on Return | Your Social Security Number |
|---|---|
| MARIA L & ANSELMO P PALOMARES | 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 |

**Before You Begin ...**

- See the instructions for Form 1040A, line 37a and 37b, or Form 1040, lines 59a and 59b, to find out if you can take this credit.

- If you can take the credit, fill in the Earned Income Credit Worksheet in the Form 1040A or Form 1040 instructions to figure your credit. But if you want the IRS to figure it for you, see the instructions.

**Then,** you must complete and attach Schedule EIC only if you have a qualifying child.

## Information About Your Qualifying Child or Children

If you have more than two qualifying children, you only have to list two to get the maximum credit.

| **Caution:** *If you do not attach Schedule EIC and fill in all the lines that apply, it will take us longer to process your return and issue your refund.* | Child 1 | | Child 2 | |
|---|---|---|---|---|
| | First name | Last name | First name | Last name |
| 1  Child's name .............................................. | EDDIE | PALOMARES | SANDY | REYES |
| 2  Child's year of birth | 1980 | | 1990 | |
| 3  If the child was born before 1980 and — | | | | |
| a was under age 24 at the end of 1998 and a student, check 'Yes,' Or ............................ | ☐ Yes | | ☐ Yes | |
| b was permanently and totally disabled (see instructions), check 'Yes' ........................ | ☐ Yes | | ☐ Yes | |
| 4  Enter the child's social security number | 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 | | 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 | |
| 5  Child's relationship to you (for example, son, grandchild, etc) | Son | | Daughter | |
| 6  Number of months child lived with you in the United States in 1998 | 12  months | | 12  months | |

> **TIP** Do you want the earned income credit added to your take-home pay in 1999? To see if you qualify, get **Form W-5** from your employer or by calling the IRS at 1-800-TAX-FORM (1-800-829-3676).

| BAA  For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions. | Schedule EIC (Form 1040A or 1040) 1998 |

FDIA7401  07/09/98

000034

DOCUMENT _K_ PAGE _29_

Declaration Control Number (DCN)

`00` – `764735` – `10099` – `0`

IRS Use Only — Do not write or staple in this space.

COP

Form **8453**

Department of the Treasury
Internal Revenue Service

**U.S. Individual Income Tax Declaration
for an IRS e-file Return**
For the year January 1 - December 31, 1999
► See instructions.

OMB No. 1545-0936

**1999**

| | | | |
|---|---|---|---|
| Use the IRS label. Otherwise, please print or type. | Your First Name and Initial<br>MARIA L | Last Name<br>PALOMARES | Your Social Security Number<br>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 |
| | If a Joint Return, Spouse's First Name and Initial<br>ANSELMO P | Last Name<br>PALOMARES | Spouse's Social Security Number<br>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 |
| | Home Address (number and street). If you have a P.O. box, see instructions.<br>1703 5TH STREET | Apartment Number | ▲ **Important!** ▲<br>You must enter your social security number(s) above. |
| | City, Town or Post Office<br>ROSENBERG | State ZIP Code<br>TX 77471 | Telephone Number (optional)<br>(281) 232-6985 |

**Part I** **Tax Return Information** (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1040, line 22; Form 1040A, line 14; Form 1040EZ, line 4) | 1 | 15,974. |
| 2 | Total tax (Form 1040, line 56; Form 1040A, line 34; Form 1040EZ, line 10) | 2 | 0. |
| 3 | Federal income tax withheld (Form 1040, line 57; Form 1040A, line 35; Form 1040EZ, line 7) | 3 | 55. |
| 4 | Refund (Form 1040, line 66a; Form 1040A, line 41a; Form 1040EZ, line 11a) | 4 | 3,131. |
| 5 | Amount you owe (Form 1040, line 68; Form 1040A, line 43; Form 1040EZ, line 12) | 5 | |

**Part II** **Declaration of Taxpayer** (Sign only after Part I is completed.)

6a [X] I consent that my refund be directly deposited as designated in the electronic portion of my 1999 federal income tax return. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

b [ ] I do not want direct deposit of my refund or I am not receiving a refund.

c [ ] I authorize the U.S. Treasury and its designated Financial Agents to initiate an ACH debit (automatic withdrawal) entry to my financial institution account indicated for payment of my federal taxes owed, and my financial institution to debit the entry to my account. This authorization is to remain in full force and effect until the U.S. Treasury's Financial Agents receive notification from me of the termination. To revoke this payment authorization, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of my electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to my payment.

If I have filed a balance due return, I understand that if the IRS does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint federal and state tax return and there is an error on my state return, I understand my federal return will be rejected.

Under penalties of perjury, I declare that the information I have given my ERO and the amounts in Part I above agree with the amounts on the corresponding lines of the electronic portion of my 1999 federal income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. I consent to my ERO sending my return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO and/or transmitter an acknowledgment of receipt of transmission and an indication of whether or not my return is accepted, and, if rejected, the reason(s) for the rejection, and, if I am applying for a refund anticipation loan or similar product, an indication of a refund offset. If the processing of my return or refund is delayed, I authorize the IRS to disclose to my ERO and/or transmitter the reason(s) for the delay, or when the refund was sent.

**Sign Here**

► X *Maria Palomares*   Your Signature   Date 2-14-00   ► X *Anselmo P. Palomares*   Spouse's Signature. If a joint return, both must sign.   Date 2-15-00

**Part III** **Declaration of Electronic Return Originator (ERO) and Paid Preparer** (See instructions.)

I declare that I have reviewed the above taxpayer's return and that the entries on Form 8453 are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The taxpayer will have signed this form before I submit the return. I will give the taxpayer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in Pub 1345, Handbook for Electronic Return Originators of Individual Income Tax Returns. If I am also the paid preparer, under penalties of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This paid preparer declaration is based on all information of which I have any knowledge.

| | | | | |
|---|---|---|---|---|
| **ERO's Use Only** | ERO's Signature ► *Robin Andrews* | Date 2-14-00 | Check if also paid preparer [X]   Check if self-employed [X] | ERO's SSN or PTIN<br>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 |
| | Firm's Name (or yours if self-employed) and Address ► ROBIN ANDREWS<br>808 Third St<br>Rosenberg   TX | | | EIN 76-0483343<br>ZIP Code 77471 |

Under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I have any knowledge.

| | | | | |
|---|---|---|---|---|
| **Paid Preparer's Use Only** | Preparer's Signature ► | Date | Check if self-employed [ ] | Preparer's SSN or PTIN |
| | Firm's Name (or yours if self-employed) and Address ► | | | EIN<br>ZIP Code |

000035

BAA  For Paperwork Reduction Act Notice, see instructions.   FDIA5901  12/09/99

DOCUMENT

Form **8453** (1999)

Form **1040**

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return 1999** | (99) | IRS use only — Do not write or staple in this space.

For the year Jan 1–Dec 31, 1999, or other tax year beginning , 1999, ending | OMB No. 1545-0074

| **Label** (See instructions.) | Your First Name: MARIA | MI: L | Last Name: PALOMARES | Your Social Security Number: 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 |
|---|---|---|---|---|

Use the IRS label. Otherwise, please print or type.

If a Joint Return, Spouse's First Name: ANSELMO | MI: P | Last Name: PALOMARES | Spouse's Social Security Number: 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

Home Address (number and street). If You Have a P.O. Box, See instructions. | Apartment No.
1703 5TH STREET

▲ **Important!** ▲ You must enter your social security number(s) above.

City, Town or Post Office. If You Have a Foreign Address, See Instructions. | State: TX | ZIP Code: 77471
ROSENBERG

**Presidential Election Campaign** (See instructions.)

| | Yes | No | Note: Checking 'Yes' will not change your tax or reduce your refund. |
|---|---|---|---|
| Do you want $3 to go to this fund? | | X | |
| If a joint return, does your spouse want $3 to go to this fund? | | X | |

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's SSN above & full name here ... ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ... ►
5 ☐ Qualifying widow(er) with dependent child (year spouse died ► 19 ). (See instructions.)

**Exemptions**

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a

No. of boxes checked on 6a and 6b: **2**

b ☒ Spouse

No. of your children on 6c who:
● lived with you: **2**

c Dependents:

| (1) First name — Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| EDDIE PALOMARES | 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 | Son | |
| SANDY REYES | 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 | Daughter | X |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see instructions.

● did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

Add numbers entered on lines above: **4**

d Total number of exemptions claimed

**Income**

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 15,974. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ... ► | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions | 15a | b Taxable amount (see instrs) | 15b | |
| 16a | Total pensions & annuities | 16a | b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | b Taxable amount (see instrs) | 20b | |
| 21 | Other income. List type & amount (see instrs) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | 15,974. |

**Adjusted Gross Income**

| 23 | IRA deduction (see instructions) | 23 | |
| 24 | Student loan interest deduction (see instructions) | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see instructions) | 28 | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ... ► | 31a | |
| 32 | Add lines 23 through 31a | 32 | |
| 33 | Subtract line 32 from line 22. This is your adjusted gross income ► | 33 | 15,974. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

Form 1040 (1999)

FDIA0112 11/16/99

000036

DOCUMENT **K** PAGE 31

Form 1040 (1999)   MARIA L & ANSE   P PALOMARES                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    Page 2

| | | | | |
|---|---|---|---:|---:|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) .................... | 34 | 15,974. |
| | 35a | Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind. Add the number of boxes checked above and enter the total here ........... ► 35a | | |
| **Standard Deduction for Most People** | b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ............ ► 35b ☐ | | |
| | 36 | Enter your **itemized deductions** from Schedule A, line 28, **Or standard deduction** shown on the left. But see instructions to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent ........ | 36 | 7,200. |
| **Single:** $4,300 | 37 | Subtract line 36 from line 34 ................................ | 37 | 8,774. |
| **Head of household:** $6,350 | 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet in the instructions for the amount to enter ............ | 38 | 11,000. |
| | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- ...... | 39 | 0. |
| **Married filing jointly or Qualifying widow(er):** $7,200 | 40 | Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814 ☐ Form 4972 ......... ► | 40 | 0. |
| | 41 | Credit for child and dependent care expenses. Attach Form 2441 ..... | 41 | |
| | 42 | Credit for the elderly or the disabled. Attach Schedule R ..... | 42 | |
| **Married filing separately:** $3,600 | 43 | Child tax credit (see instructions) ..................... | 43 | 0. |
| | 44 | Education credits. Attach Form 8863 ................. | 44 | |
| | 45 | Adoption credit. Attach Form 8839 .................. | 45 | |
| | 46 | Foreign tax credit. Attach Form 1116 if required ........ | 46 | |
| | 47 | Other. Check if from — a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 47 | |
| | 48 | Add lines 41 through 47. These are your total credits ................... | 48 | 0. |
| | 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ............ | 49 | 0. |
| **Other Taxes** | 50 | Self-employment tax. Attach Schedule SE ............... | 50 | |
| | 51 | Alternative minimum tax. Attach Form 6251 ............... | 51 | |
| | 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| | 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required ...... | 53 | |
| | 54 | Advance earned income credit payments from Form(s) W-2 ............... | 54 | |
| | 55 | Household employment taxes. Attach Schedule H ............... | 55 | |
| | 56 | Add lines 49-55. This is your total tax ................... | 56 | 0. |
| **Payments** | 57 | Federal income tax withheld from Forms W-2 and 1099 ...... 57 | 55. | |
| | 58 | 1999 estimated tax payments and amount applied from 1998 return ..... 58 | | |
| | 59a | Earned income credit. Attach Schedule EIC if you have a qualifying child. | | |
| | b | Nontaxable earned income: amount . ► and type . ► 59a | 3,076. | |
| | 60 | Additional child tax credit. Attach Form 8812 ......... 60 | | |
| | 61 | Amount paid with request for extension to file (see instructions) ......... 61 | | |
| | 62 | Excess social security and RRTA tax withheld (see instrs) ... 62 | | |
| | 63 | Other payments. Check if from ..... a ☐ Form 2439 b ☐ Form 4136 ............... 63 | | |
| | 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ............ ► | 64 | 3,131. |
| **Refund** Have it directly deposited! See instructions and fill in 66b, 66c, and 66d. | 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **Overpaid** ......... | 65 | 3,131. |
| | 66a | Amount of line 65 you want **Refunded to You** ............... ► | 66a | 3,131. |
| | | ► b Routing number ....... 044000037   ► c Type: ☒ Checking  ☐ Savings ► d Account number ....... RAL03XXX461936679 | | |
| | 67 | Amount of line 65 you want Applied to Your 2000 Estimated Tax ...... ► 67 | | |
| **Amount You Owe** | 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **Amount You Owe**. For details on how to pay, see instructions ............... ► | 68 | |
| | 69 | Estimated tax penalty. Also include on line 68 ......... 69 | | |

**Sign Here**
Joint return?
See instructions.
Keep a copy
for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your Signature ► | Date | Your Occupation UNEMPLOYED | Daytime Telephone Number (optional) |
|---|---|---|---|
| Spouse's Signature. If a Joint Return, Both Must Sign. ► | Date | Spouse's Occupation CONSTRUCTION | |

**Paid Preparer's Use Only**

| Preparer's Signature ► | Date 02/14/2000 | Check if self-employed ☒ | Preparer's SSN or PTIN 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 |
|---|---|---|---|
| Firm's Name (or yours if self-employed) and Address ► | ROBIN ANDREWS 808 Third St Rosenberg | TX | EIN 76-0483343 ZIP Code 77471 |

FDIA0112  11/15/99                          Form 1040 (1999)

DOCUMENT   K   PAGE 32   000037

**Schedule EIC**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service

**Earned Income Credit**
**Qualifying Child Information**

*Complete and attach to Form 1040A or 1040*
*only if you have a qualifying child.*

OMB No. 1545-0074

**1999**

43

Name(s) Shown on Return
MARIA L & ANSELMO P PALOMARES

Your Social Security Number
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

**Before you begin:** See the instructions for Form 1040A, lines 37a and 37b, or Form 1040, lines 59a and 59b, to make sure that (1) you can take the EIC and (2) you have a qualifying child.

**Caution:**
- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.
- If you do not enter the child's correct social security number on line 4, at the time we process your return, we may reduce or disallow your EIC.

| Qualifying Child Information | Child 1 | Child 2 |
|---|---|---|
| **1 Child's name** If you have more than two qualifying children, you only have to list two to get the maximum credit .............. | First name: EDDIE  Last name: PALOMARES | First name: SANDY  Last name: REYES |
| **2 Child's year of birth** ............................... | Year 1980  *If born after 1980, skip lines 3a and 3b; go to line 4.* | Year 1990  *If born after 1980, skip lines 3a and 3b; go to line 4.* |
| **3 If the child was born before 1981 —** | | |
| a Was the child under age 24 at the end of 1999 and a student? ................... | [X] Yes. *Go to line 4.*   [ ] No. *Continue* | [ ] Yes. *Go to line 4.*   [ ] No. *Continue* |
| b Was the child permanently and totally disabled during any part of 1999? ................... | [ ] Yes. *Continue*   [ ] No. *The child is not a qualifying child.* | [ ] Yes. *Continue*   [ ] No. *The child is not a qualifying child.* |
| **4 Child's social security number (SSN)** The child must have an SSN as defined in the Form 1040A or Form 1040 instructions unless the child was born and died in 1999. If your child was born and died in 1999 and did not have an SSN, enter 'Died' on this line and attach a copy of the child's birth certificate ................... | 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 | 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 |
| **5 Child's relationship to you** (for example, son, daughter, grandchild, foster child, etc) ................... | Son | Daughter |
| **6 Number of months child lived with you in the United States during 1999** | | |
| • If the child lived with you for more than half of 1999 but less than 7 months, enter '7'. | | |
| • If the child was born or died in 1999 and your home was the child's home for the entire time he or she was alive during 1999, enter '12' ................... | 12 months  *Do not enter more than 12 months.* | 12 months  *Do not enter more than 12 months.* |

Do you want part of the EIC added to your take-home pay in 2000? To see if you qualify, get Form W-5 from your employer or by calling the IRS at 1-800-TAX-FORM (1-800-829-3676).

**BAA For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.**      Schedule EIC (Form 1040A or 1040) 1999

000038

DOCUMENT __K__ PAGE __33__

FDIA7401   11/11/99

Form **1040**

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return** **2001** (99) IRS use only — Do not write or staple in this space.

For the year Jan 1 – Dec 31, 2001, or other tax year beginning , 2001, ending , 20    OMB No. 1545-0074

| **Label** (See instructions.) | | | | |
|---|---|---|---|---|
| Your First Name | MARIA | MI L | Last Name PALOMARES | Your Social Security Number 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 |
| If a Joint Return, Spouse's First Name | ANSELMO | MI P | Last Name PALOMARES | Spouse's Social Security Number 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 |

**Use the IRS label. Otherwise, please print or type.**

Home Address (number and street). If You Have a P.O. Box, See Instructions.    Apartment No.
1703 5TH STREET

City, Town or Post Office. If You Have a Foreign Address, See Instructions.    State  ZIP Code
ROSENBERG    TX  77471

▲ **Important!** ▲
You must enter your social security number(s) above.

**Presidential Election Campaign** (See instructions) ▶ Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ........ ▶

|  | You | Spouse |
|---|---|---|
|  | ☐ Yes ☒ No | ☐ Yes ☒ No |

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's SSN above & full name here ... ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See instructions.)

**Exemptions**

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a ..................................

b ☒ **Spouse** ..................................................................

No. of boxes checked on 6a and 6b .... **2**

No. of your children on 6c who:
• lived with you ..... **1**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| SANDY REYES | 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 | Daughter | ☒ |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If more than six dependents, see instructions.

• did not live with you due to divorce or separation (see instrs) ...

Dependents on 6c not entered above ...

Add numbers entered on lines above. ▶ **3**

d Total number of exemptions claimed ..................................

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ..................... | 7 | 17,647. |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required ..................... | 8a |  |
| b | Tax-exempt interest. Do not include on line 8a ... 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ.. | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here .... ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions ..... 15a | b Taxable amount (see instrs) .. | 15b | |
| 16a | Total pensions & annuities . 16a | b Taxable amount (see instrs) .. | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .. | 17 | |
| 18 | Farm income or (loss). Attach Schedule F .................... | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits ..... 20a | b Taxable amount (see instrs) .. | 20b | |
| 21 | Other income | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 17,647. |

**Adjusted Gross Income**

| 23 | IRA deduction (see instructions)........................... | 23 | | |
|---|---|---|---|---|
| 24 | Student loan interest deduction (see instructions) ......... | 24 | | |
| 25 | Archer MSA deduction. Attach Form 8853 ............... | 25 | | |
| 26 | Moving expenses. Attach Form 3903 ................... | 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE ....... | 27 | | |
| 28 | Self-employed health insurance deduction (see instructions) . | 28 | | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans .......... | 29 | | |
| 30 | Penalty on early withdrawal of savings .................. | 30 | | |
| 31a | Alimony paid b Recipient's SSN .... ▶ | 31a | | |
| 32 | Add lines 23 through 31a ..................... | | 32 | |
| 33 | Subtract line 32 from line 22. This is your adjusted gross income ..... ▶ | | 33 | 17,647. |

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    Form 1040 (2001)

FDIA0112  12/10/01

000039

DOCUMENT *K* PAGE 34

Form 1040 (2001)    MARIA L & ANS. O P PALOMARES                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    Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 34 Amount from line 33 (adjusted gross income) .................... | 34 | | 17,647. |
| **Standard Deduction for —** | 35a Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind. | | | |
| • People who checked any box on line 35a or 35b or who can be claimed as a dependent, see instructions. | Add the number of boxes checked above and enter the total here ► 35a ☐ | | | |
| | b If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ► 35b ☐ | | | |
| | 36 Itemized deductions (from Schedule A) or your standard deduction (see left margin) ........... | 36 | | 7,600. |
| | 37 Subtract line 36 from line 34 ................................. | 37 | | 10,047. |
| | 38 If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet in the instructions ........ | 38 | | 8,700. |
| • All others: Single: $4,550 | 39 Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- .......... | 39 | | 1,347. |
| | 40 Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ...... | 40 | | 201. |
| Head of household, $6,650 | 41 Alternative minimum tax (see instructions). Attach Form 6251 ........... | 41 | | |
| | 42 Add lines 40 and 41 ................................. ► | 42 | | 201. |
| Married filing jointly or Qualifying widow(er), $7,600 | 43 Foreign tax credit. Attach Form 1116 if required ........... | 43 | | |
| | 44 Credit for child and dependent care expenses. Attach Form 2441 ....... | 44 | | |
| | 45 Credit for the elderly or the disabled. Attach Schedule R ..... | 45 | | |
| Married filing separately, $3,800 | 46 Education credits. Attach Form 8863 ............... | 46 | | |
| | 47 Rate reduction credit. See the worksheet ............... | 47 | | |
| | 48 Child tax credit (see instructions) ............... | 48 | 201. | |
| | 49 Adoption credit. Attach Form 8839 ............... | 49 | | |
| | 50 Other credits from a ☐ Form 3800 b ☐ Form 8396 | | | |
| | c ☐ Form 8801 d ☐ Form (specify) | 50 | | |
| | 51 Add lines 43 through 50. These are your total credits ................... | 51 | | 201. |
| | 52 Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- ......... ► | 52 | | 0. |
| **Other Taxes** | 53 Self-employment tax. Attach Schedule SE ..................... | 53 | | |
| | 54 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 ......... | 54 | | |
| | 55 Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required ...... | 55 | | |
| | 56 Advance earned income credit payments from Form(s) W-2 ............ | 56 | | |
| | 57 Household employment taxes. Attach Schedule H ............... | 57 | | |
| | 58 Add lines 52-57. This is your total tax ..................... ► | 58 | | 0. |
| **Payments** If you have a qualifying child, attach Schedule EIC. | 59 Federal income tax withheld from Forms W-2 and 1099 ...... | 59 | 106. | |
| | 60 2001 estimated tax payments and amount applied from 2000 return ..... | 60 | | |
| | 61a Earned income credit (EIC) ............... | 61a | 1,703. | |
| | b Nontaxable earned income ....... 61b | | | |
| | 62 Excess social security and RRTA tax withheld (see instrs) ...... | 62 | | |
| | 63 Additional child tax credit. Attach Form 8812 ......... | 63 | 399. | |
| | 64 Amount paid with request for extension to file (see instructions) ..... | 64 | | |
| FDIA0112  12/10/01 | 65 Other payments. Check if from ..... a ☐ Form 2439 | | | |
| | b ☐ Form 4136 ..................... | 65 | | |
| | 66 Add lines 59, 60, 61a, and 62 through 65. These are your total payments ......... ► | 66 | | 2,208. |
| **Refund** Direct deposit? See instructions and fill in 68b, 68c, and 68d. | 67 If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you overpaid ......... | 67 | | 2,208. |
| | 68a Amount of line 67 you want refunded to you ............. | 68a | | 2,208. |
| | ► b Routing number ......... ► c Type: ☐ Checking ☐ Savings | | | |
| | ► d Account number ......... | | | |
| | 69 Amount of line 67 you want applied to your 2002 estimated tax ► 69 | | | |
| **Amount You Owe** | 70 Amount you owe. Subtract line 66 from line 58. For details on how to pay, see instructions ......... | 70 | | |
| | 71 Estimated tax penalty. Also include on line 70 ...... 71 | | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ........ ☒ Yes. Complete the following. ☐ No | | | |
| | Designee's Name ► Preparer    Phone No. ►    Personal Identification Number (PIN) ► | | | |

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your Signature | Date | Your Occupation HOMEMAKER | Daytime Phone Number |
|---|---|---|---|
| Spouse's Signature. If a Joint Return, Both Must Sign. | Date | Spouse's Occupation CONSTRUCTION | |

**Paid Preparer's Use Only**

| Preparer's Signature ► | Date 02/20/2002 | Check if self-employed ☒ | Preparer's SSN or PTIN 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 |
|---|---|---|---|
| Firm's Name (or yours if self-employed) ► Address, and ZIP Code | Robin Andrews | | |
| | 808 3rd Street | EIN 76-0483343 | |
| | Rosenberg    TX 774710632 | Phone No. (281) 342-8611 | |

Form **1040** (2001)

DOCUMENT   K   PAGE 35

**Schedule EIC**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service  (99)

**Earned Income Credit**
**Qualifying Child Information**

*Complete and attach to Form 1040A or 1040*
*only if you have a qualifying child.*

OMB No. 1545-0074

**2001**

**43**

Name(s) Shown on Return

MARIA L & ANSELMO P PALOMARES

Your Social Security Number

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

*Before you begin:*  See the instructions for Form 1040A, lines 39a and 39b, or Form 1040, lines 61a and 61b, to make sure that (a) you can take the EIC and (b) you have a qualifying child.

**Caution:**
- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

| Qualifying Child Information | Child 1 | | Child 2 | |
|---|---|---|---|---|
| | First name | Last name | First name | Last name |
| **1  Child's name** If you have more than two qualifying children, you only have to list two to get the maximum credit .............. | SANDY | REYES | | |
| **2  Child's SSN** The child must have an SSN as defined in the Form 1040A or Form 1040 instructions unless the child was born and died in 2001. If your child was born and died in 2001 and did not have an SSN, enter 'Died' on this line and attach a copy of the child's birth certificate ................ | 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 | | | |
| **3  Child's year of birth** .............................. | Year 1990 *If born after 1982, skip lines 4a and 4b; go to line 5.* | | Year _____ *If born after 1982, skip lines 4a and 4b; go to line 5.* | |
| **4  If the child was born before 1983 —** | | | | |
| **a** Was the child under age 24 at the end of 2001 and a student? ......................................... | ☐ Yes. *Go to line 5.* ☐ No. *Continue* | | ☐ Yes. *Go to line 5.* ☐ No. *Continue* | |
| **b** Was the child permanently and totally disabled during any part of 2001? ...................... | ☐ Yes. *Continue* ☐ No. *The child is not a qualifying child.* | | ☐ Yes. *Continue* ☐ No. *The child is not a qualifying child.* | |
| **5  Child's relationship to you** (for example, son, daughter, grandchild, foster child, etc) ...................................... | Daughter | | | |
| **6  Number of months child lived with you in the United States during 2001** • If the child lived with you for more than half of 2001 but less than 7 months, enter '7'. • If the child was born or died in 2001 and your home was the child's home for the entire time he or she was alive during 2001, enter '12' ................... | 12 months *Do not enter more than 12 months.* | | _____ months *Do not enter more than 12 months.* | |

**TIP**  You may also be able to take the additional child tax credit if your child (a) was under age 17 at the end of 2001, (b) is claimed as your dependent on line 6c of Form 1040A or Form 1040, and (c) is a U.S. citizen or resident alien. For more details see the instructions for line 40 of Form 1040A or line 63 of Form 1040.

**BAA  For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.**    Schedule EIC (Form 1040A or 1040) 2001

FDIA7401  12/10/01

000041

DOCUMENT K  PAGE 36

**Form 8812**

Department of the Treasury
Internal Revenue Service

# Additional Child Tax Credit

*Complete and attach to Form 1040 or Form 1040A.*

OMB No. 1545-1620

**2001**

Attachment
Sequence No. **47**

Name(s) Shown on Return

MARIA L & ANSELMO P PALOMARES

Your Social Security Number

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

**Part I   All Filers**

| | | | |
|---|---|---|---|
| 1 | Enter the amount from line 1 of your Child Tax Credit Worksheet in the Form 1040 or Form 1040A instructions. If you used Publication 972, enter the amount from line 8 of the worksheet on page 3 of the publication ........................ | **1** | 600. |
| 2 | Enter the amount from Form 1040, line 48, or Form 1040A, line 31 ......................... | **2** | 201. |
| 3 | Subtract line 2 from line 1. If zero, stop; you cannot take this credit ..................... | **3** | 399. |

| | | | |
|---|---|---|---|
| 4 | Enter your total taxable earned income. See the instructions ............. | **4** | 17,647. |

5   Is the amount on line 4 more than $10,000?

☐ **No.** Leave line 5 blank and enter -0- on line 6.

☒ **Yes.** Subtract $10,000 from the amount on line 4. Enter the result .......... | **5** | 7,647. |

| | | | |
|---|---|---|---|
| 6 | Multiply the amount on line 5 by 10% (.10) and enter the result ......................... | **6** | 765. |

**Next.** Do you have three or more qualifying children?

☒ **No.** If line 6 is zero, **stop;** you cannot take this credit. Otherwise, skip Part II and enter the **smaller** of line 3 or line 6 on line 13.

☐ **Yes.** If line 6 is equal to or more than line 3, skip Part II and enter the amount from line 3 on line 13. Otherwise, go to line 7.

**Part II   Certain Filers Who Have Three or More Qualifying Children**

| | | | |
|---|---|---|---|
| 7 | Enter the total of the withheld social security and Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If you worked for a railroad, see the instructions ................................. | **7** | |
| 8 | **1040 filers:** Enter the total of the amounts from Form 1040, lines 27 and 54, plus any uncollected social security and Medicare or RRTA taxes included on line 58. | **8** | |
| | **1040A filers:** Enter -0-. | | |
| 9 | Add lines 7 and 8 ................................. | **9** | |
| 10 | **1040 filers:** Enter the total of the amounts from Form 1040, lines 61a and 62. | | |
| | **1040A filers:** Enter the total of the amount from Form 1040A, line 39a, plus any excess social security and RRTA taxes withheld that you entered to the left of line 41 (see instructions) | **10** | |
| 11 | Subtract line 10 from line 9. If zero or less, enter -0- .................. | **11** | |
| 12 | Enter the larger of line 6 or line 11 here ................................. | **12** | |

**Next,** enter the **smaller** of line 3 or line 12 on line 13.

**Part III   Your Additional Child Tax Credit**

| | | | |
|---|---|---|---|
| 13 | This is your additional child tax credit .................................... | **13** | 399. |

Enter this amount on
Form 1040, line 63, or
Form 1040A, line 40.

**BAA   For Paperwork Reduction Act Notice, see instructions.**

Form 8812 (2001)

FDIA3001   11/15/01

000042

DOCUMENT K PAGE 37

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2002** (99) IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

| Label | For year Jan. 1–Dec. 31, 2002, or other tax year beginning , 2002, ending , 20 | |
|---|---|---|

| **Label** (See instructions on page 21.) Use the IRS label. Otherwise, please print or type. | Your first name and initial **ANSELMO P** | Last name **PALMARES** | Your social security number **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** |
|---|---|---|---|
| | If a joint return, spouse's first name and initial **MARIA** | Last name **PALMARES** | Spouse's social security no. **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** |
| | Home address (number and street). If you have a P.O. box, see page 21. **1703 5TH** | | ▲ **Important!** ▲ |
| | City, town or post office, state, and ZIP code. If you have a foreign address, see page 21. **ROSENBERG, TEXAS       77471** | | You must enter your SSN(s) above. |

**Presidential Election Campaign** (See page 21.) ▶ Note. Checking "Yes" will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund? . . . . ▶

**You** ☐ Yes ☒ No   **Spouse** ☐ Yes ☒ No

**Filing Status**

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying child). (See pg 21.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ) (See page 21.)

**Exemptions**

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a . . . . . . . . . . . .

b ☒ **Spouse** . . . . . . . . . . . . . . . . . . . . . .

No. of boxes checked on 6a and 6b: **2**

c **Dependents:**

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see pg 22) |
|---|---|---|---|
| SANDY   REYES | 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 | SON | ☒ |
| | | | |
| | | | |
| | | | |
| | | | |

If more than five dependents, see page 22.

No. of children on 6c who • lived with you: **1**
• did not live with you due to divorce or separation (see page 22)
Dependents on 6c not entered above

Add numbers on lines above ▶ **3**

d Total number of exemptions claimed

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . | 7 | 32,159. |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required . . . . | 8a | |
| b | Tax-exempt interest. Do not include on line 8a . | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required . . . | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . | 14 | |
| 15a | IRA distributions . . . 15a   b Taxable amount (see page 25) | 15b | C |
| 16a | Pensions and annuities . 16a   b Taxable amount (see page 25) | 16b | C |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . | 19 | |
| 20a | Social security benefits . 20a   0   b Taxable amount (see page 27) | 20b | C |
| 21 | Other income. List type and amount (see page 29) | 21 | |
| 22 | Add amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 32,159. |

**Adjusted Gross Income**

| 23 | Educator expenses (see page 29) . . . . . | 23 | |
|---|---|---|---|
| 24 | IRA deduction (see page 29) . . . . . | 24 | |
| 25 | Student loan interest deduction (see page 31) . . | 25 | |
| 26 | Tuition and fees deduction (see page 32) . . | 26 | |
| 27 | Archer MSA deduction. Attach Form 8853 . . | 27 | |
| 28 | Moving expenses. Attach Form 3903 . . . . | 28 | |
| 29 | One-half of self-employment tax. Attach Schedule SE | 29 | |
| 30 | Self-employed health insurance deduction (see page 33) | 30 | |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | 31 | |
| 32 | Penalty on early withdrawal of savings . . . | 32 | |
| 33a | Alimony paid  b Recipient's SSN ▶ | 33a | |
| 34 | Add lines 23 through 33a . . . . . . . . | 34 | C |
| 35 | Subtract line 34 from line 22. This is your adjusted gross income ▶ | 35 | 32,159. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 76.

Copyright 2002 by HowardSoft

Form **1040** 2002

DOCUMENT **K** PAGE **38**

000043

Form 1040 (2002)    ARSELM PALOMARES & MARIA PALOMAR    461 93-3315    Page 2

| Tax and Credits | 36 | Amount from line 35 (adjusted gross income) | | | | 36 | 32,159. |
|---|---|---|---|---|---|---|---|
| **Standard Deduction for--** | 37a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 37a | | | | | |
| • People who checked any box on line 37a or 37b or who can be claimed as a dependent, see page 34. | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 34 and check here ▶ 37b ☐ | | | | | |
| | 38 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | | | 38 | 7,850. |
| | 39 | Subtract line 38 from line 36 | | | | 39 | 24,309. |
| • All others: | 40 | If line 36 is $103,000 or less, multiply $3,000 by the total number of exemptions claimed on line 6d. If line 36 is over $103,000, see the worksheet on page 35 | | | | 40 | 9,000. |
| Single, $4,700 | 41 | Taxable income. Subtract line 40 from line 39. If line 40 is more than line 39, enter -0- | | | | 41 | 15,309. |
| Head of household, $6,900 | 42 | Tax (see page 36). Check if any is from: a ☐ Form(s) 8814   b ☐ Form 4972 | | | | 42 | 1,699. |
| | 43 | Alternative minimum tax (see page 37). Attach Form 6251 | | | | 43 | |
| Married filing jointly or Qualifying widow(er), $7,850 | 44 | Add lines 42 and 43 | | | ▶ | 44 | 1,699. |
| | 45 | Foreign tax credit. Attach Form 1116 if required | 45 | | | | |
| | 46 | Credit for child and dependent care expenses. Attach Form 2441 | 46 | | | | |
| Married filing separately, $3,925 | 47 | Credit for the elderly or the disabled. Attach Schedule R | 47 | | | | |
| | 48 | Education credits. Attach Form 8863 | 48 | | | | |
| | 49 | Retirement savings contributions credit. Attach Form 8880 | 49 | | | | |
| | 50 | Child tax credit (see page 39) | 50 | 600. | | | |
| | 51 | Adoption credit. Attach Form 8839 | 51 | | | | |
| | 52 | Credits from: a ☐ Form 8396   b ☐ Form 8859 | 52 | | | | |
| | 53 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify | 53 | | | | |
| | 54 | Add lines 45 through 53. These are your total credits | | | | 54 | 600. |
| | 55 | Subtract line 54 from line 44. If line 54 is more than line 44, enter -0- | | | ▶ | 55 | 1,099. |
| Other Taxes | 56 | Self-employment tax. Attach Schedule SE | | | | 56 | |
| | 57 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | | | 57 | |
| | 58 | Tax on qualified plans, including IRAs, & other tax-favored accts. Attach Form 5329 if required | | | | 58 | |
| | 59 | Advance earned income credit payments from Form(s) W-2 | | | | 59 | |
| | 60 | Household employment taxes. Attach Schedule H | | | | 60 | |
| | 61 | Add lines 55 through 60. This is your total tax | | | ▶ | 61 | 1,099. |
| Payments | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 1,405. | | | |
| | 63 | 2002 estimated tax payments & amt. applied from 2001 return | 63 | | | | |
| If you have a qualifying child, attach Schedule EIC. | 64 | Earned income credit (EIC) | 64 | | | | |
| | 65 | Excess social security & tier 1 RRTA tax withheld (see page 56) | 65 | | | | |
| | 66 | Additional child tax credit. Attach Form 8812 | 66 | | | | |
| | 67 | Amount paid with request for extension to file (see page 56) | 67 | | | | |
| | 68 | Other payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 68 | | | | |
| | 69 | Add lines 62 through 68. These are your total payments | | | ▶ | 69 | 1,405. |
| Refund | 70 | If line 69 is more than line 61, subtract line 61 from line 69. This is the amount you overpaid | | | | 70 | 306. |
| Direct deposit? See page 56 ▶ and fill in 71b, 71c, and 71d | 71a | Amount of line 70 you want refunded to you | | | | 71a | 306. |
| | b | Routing number ▶ | c Type: ☐ Checking ☐ Savings | | | | |
| | d | Account number | | | | | |
| | 72 | Amt. of line 70 you want applied to your 2003 estimated tax ▶ | 72 | | | | |
| Amount You Owe | 73 | Amount you owe. Subtract line 69 from line 61. For details on how to pay, see page 57 ▶ | | | | 73 | |
| | 74 | Estimated tax penalty (see page 57) | 74 | | | | |
| Third Party Designee | | Do you want to allow another person to discuss this return with the IRS (see page 58)? ☐ Yes. Complete the following ☒ No | | | | | |
| | | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ | | | |

| Sign Here | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge | | | |
|---|---|---|---|---|
| Joint return? See page 21 | Your signature *Maria Palomares* | Date 2.18.03 | Your occupation CONST | Daytime phone number |
| Keep a copy for your records | Spouse's signature. If a joint return BOTH must sign | Date | Spouse's occupation HOMEMAKER | |

| Paid Preparer's Use Only | Preparer's signature *Eugene Mendieta* | Date 2/18/03 | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | Commercial Bookkeeping 2609 Avenue H Rosenberg, TX 77471 | EIN 74-1849920 | Phone no. 281-342-4575 |

Copyright 2002 by HowardSoft    Form 1040 2002

COPY

Declaration Control Number (DCN)

| 00 | 764735 | 10148 | 2 |

IRS Use Only — Do not write or staple in this space.

Form **8453**

## U.S. Individual Income Tax Declaration for an IRS *e-file* Return
For the year January 1 - December 31, 2001
► See instructions.

OMB No. 1545-0936

**2001**

Department of the Treasury
Internal Revenue Service

| | | |
|---|---|---|
| L A B E L | Your First Name and Initial | Last Name | Your Social Security Number |
| | MARIA L | PALOMARES | 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 |
| | If a Joint Return, Spouse's First Name and Initial | Last Name | Spouse's Social Security Number |
| | ANSELMO P | PALOMARES | 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 |

Use the IRS label. Otherwise, please print or type.

H E R E

Home Address (number and street). If you have a P.O. box, see instructions.    Apartment Number

1703 5TH STREET

City, Town or Post Office      State   ZIP Code

ROSENBERG      TX   77471

▲ **Important!** ▲
You must enter your social security number(s) above.

Daytime Phone Number

### Part I   Tax Return Information (whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 33; Form 1040A, line 19; Form 1040EZ, line 4) | 1 | 17,647. |
| 2 | Total tax (Form 1040, line 58; Form 1040A, line 36; Form 1040EZ, line 11) | 2 | 0. |
| 3 | Federal income tax withheld (Form 1040, line 59; Form 1040A, line 37; Form 1040EZ, line 8) | 3 | 106. |
| 4 | Refund (Form 1040, line 68a; Form 1040A, line 43a; Form 1040EZ, line 12a) | 4 | 2,208. |
| 5 | Amount you owe (Form 1040, line 70; Form 1040A, line 45; Form 1040EZ, line 13) | 5 | |

### Part II   Declaration of Taxpayer (Sign only after Part I is completed.)

**6a** [X] I consent that my refund be directly deposited as designated in the electronic portion of my 2001 federal income tax return. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

**b** [ ] I do not want direct deposit of my refund **or** I am not receiving a refund.

**c** [ ] I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax. I further understand that this authorization may apply to subsequent federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate subsequent payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If I have filed a balance due return, I understand that if the IRS does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint federal and state tax return and there is an error on my state return, I understand my federal return will be rejected.

Under penalties of perjury, I declare that the information I have given my ERO and the amounts in Part I above agree with the amounts on the corresponding lines of the electronic portion of my 2001 federal income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. I consent to my ERO sending my return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO and/or transmitter an acknowledgement of receipt of transmission and an indication of whether or not my return is accepted, any indication of a refund offset, and, if rejected, the reason(s) for the rejection. If the processing of my return or refund is delayed, I authorize the IRS to disclose to my ERO and/or transmitter the reason(s) for the delay, or when the refund was sent.

**Sign Here**

Your Signature     *Maria Palomares*     Date   2-20-02     ► Spouse's Signature. If a joint return, both must sign.   Date   2-20-0~

### Part III   Declaration of Electronic Return Originator (ERO) and Paid Preparer (See instructions.)

I declare that I have reviewed the above taxpayer's return and that the entries on Form 8453 are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The taxpayer will have signed this form before I submit the return. I will give the taxpayer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in Pub 1345, Handbook for Authorized IRS *e-file* Providers of Individual Income Tax Returns. If I am also the paid preparer, under penalties of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This paid preparer declaration is based on all information of which I have any knowledge.

| ERO's Use Only | ERO's Signature | *Robin Andrews* | Date 2-20-02 | Check if also paid preparer [X] | Check if self-employed [X] | ERO's SSN or PTIN 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 |
|---|---|---|---|---|---|---|
| | Firm's Name (or yours if self-employed), Address, and ZIP Code | Robin Andrews | | | EIN | 76-0483343 |
| | | 808 3rd Street | | | | |
| | | Rosenberg    TX   77471-0632 | | | Phone No. | (281) 342-8611 |

Under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I have any knowledge.

| Paid Preparer's Use Only | Preparer's Signature | | Date | Check if self-employed | Preparer's SSN or PTIN |
|---|---|---|---|---|---|
| | Firm's Name (or yours if self-employed), Address, and ZIP Code | | | EIN | |
| | | | | Phone No. | |

BAA For Paperwork Reduction Act Notice, see instructions.    FDIA5901   12/12/01      Form 8453 (2001)

DOCUMENT **K** PAGE **40**

000045



**TROY CONSTRUCTION**

October 9, 2003

To Whom It May Concern:

Anselmo Palomares Pena, 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, has been in the employment of Troy Construction since the late 1970's. Anselmo has always been a dependable and hard working employee. His knowledge of the job and safety record in exemplary. Anselmo is considered a valued employee.

David Dacus
President

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS
ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.

SIGNED _____    11/14/03
                                      DATE
NAME: BENIGNO PEÑA, ACCREDITED REPRESENTATIVE
AGENCY: SOUTH TEXAS IMMIGRATION COUNCIL
AGENCY ADDRESS: 103 N. 3RD HARLINGEN, TEXAS 78550
DATE OF AGENCY RECOGNITION: JUNE 24, 1977
DATE OF REPRESENTATIVE ACCREDITATION: 3/28/02



# OUR LADY OF GUADALUPE CHURCH

### BASILIAN FATHERS



October 10, 2003

To Whom It May Concern,

This letter is to verify that Anselmo and Maria Palomarez have lived in the Rosenberg area for at least 27 years. They have been parishioners for 27 years, at Our Lady of Guadalupe Catholic Church, in Rosenberg, TX.

Sincerely,

Rev. C-E. Lynch C.S.B.

Rev. Charles E. Lynch C.S.B.

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS
ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.

SIGNED _____ 11/14/03
                                    DATE
NAME: BENIGNO PEÑA, ACCREDITED REPRESENTATIVE
AGENCY: SOUTH TEXAS IMMIGRATION COUNCIL
AGENCY ADDRESS: 103 N. 3RD HARLINGEN, TEXAS 78550
DATE OF AGENCY RECOGNITION: JUNE 24, 1977
DATE OF REPRESENTATIVE ACCREDITATION: 3/28/02

**FORT BEND COUNTY**
**COMMUNITY SUPERVISION AND CORRECTIONS DEPARTMENT**
**4520 READING RD. ST. B**
**Rosenberg, Texas  77471**
**281-633-7200**

Leighton Iles                                                                          Director

OCTOBER 20, 2003

ANSELMO C.  PALOMARES                                                     C#27006

Was placed on **DEFFERED ADJUDICATED**   probation in Fort Bend County on
**JUNE 18, 1996**   for the offense **SEXUAL ASSAULT – FELONY - 2.**  Termination
date was **JUNE 17, 2000.**  All terms and conditions of probation were completed as
outlined by court by Mr. Palomares,  although there was no filing of an official document
terminating probation.

Sincerely,

Terri Green
Supervisor

cc:da

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS
ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.

SIGNED                              DATE 11/14/03

NAME: BENIGNO PEÑA, ACCREDITED REPRESENTATIVE
AGENCY: SOUTH TEXAS IMMIGRATION COUNCIL
AGENCY ADDRESS: 103 N. 3RD HARLINGEN, TEXAS 78550
DATE OF AGENCY RECOGNITION: JUNE 24, 1977
DATE OF REPRESENTATIVE ACCREDITATION: 3/28/03

# ROSE MARY GALVAN-SCHULZE

ATTORNEY AT LAW

P.O. BOX 1293

RICHMOND, TEXAS 77406

(281)633-0074

FAX (281)633-8421

October 20, 2003

I represented Mr. Anselmo Palamarez, in cause no. 27006, for the offense of sexual assault.

Mr. Palamarez completed deferred adjudication granted to him on 6-18-96

*Rose Mary Galvan-Schulze*

Rose Mary Galvan-Schulze

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS
ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.

_____        11/4/03
SIGNED                       DATE

NAME: BENIGNO PEÑA, ACCREDITED REPRESENTATIVE
AGENCY: SOUTH TEXAS IMMIGRATION COUNCIL
AGENCY ADDRESS: 103 N. 3RD HARLINGEN, TEXAS 78550
DATE OF AGENCY RECOGNITION: JUNE 24, 1977
DATE OF REPRESENTATIVE ACCREDITATION: 3/28/02

October 21, 2003

Esteban Losoya, Sr.
1321 Brazos St.
Rosenberg, TX 77471

Re: Anselmo Palomarez Peña

To whom it may concern:

I Esteban Losoya, Sr. attest that Anselmo Palomarez Peña is a hard working family oriented individual that I've known since the year 1972. If any other information is needed, please feel free to contact me at (281) 341-1880.

Kindest Regards,

*Esteban Losoya Sr.*

Esteban Losoya, Sr.

SUBSCRIBED AND SWORN BEFORE ME
THIS _____ DAY OF _____ 2003

NOTARY PUBLIC

DORA A. SANCHEZ
Notary Public
State of Texas
My Commission Expires
April 24, 2006

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.

SIGNED _____    DATE 11/14/03

NAME: BENIGNO PEÑA, ACCREDITED REPRESENTATIVE
AGENCY: SOUTH TEXAS IMMIGRATION COUNCIL
AGENCY ADDRESS: 103 N. 3RD HARLINGEN, TEXAS 78550
DATE OF AGENCY RECOGNITION: JUNE 24, 1977
DATE OF REPRESENTATIVE ACCREDITATION: 3/28/02

DOCUMENT P  PAGE 45

000050

Carlos Ramon
P.O. Box 1521
Rosenberg, Tx. 77471

To Whom It May Concern:

I, Carlos Ramon, have known Anselmo Palomares Pena for seven years. He is a
very dependable and reliable friend. He is a current resident of the United States of
America and has lived and been a productive citizen in the Rosenberg community for
fifteen years. I have known him to always keep employment as a forklift operator. I can
verify that Anselmo has completed his probationary period without any incident.

If you have any questions, please contact me at 281-238-4988.

Thank you,

Carlos Ramon

*Carlos Ramon*

VERONICA TORRES
Notary Public, State of Texas
My Commission Expires 08-06-05

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS
ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.

SIGNED _____    4/14/03
                          DATE

*Veronica Torres*

*October 20, 2003*

NAME: BENIGNO PEÑA, ACCREDITED REPRESENTATIVE
AGENCY: SOUTH TEXAS IMMIGRATION COUNCIL
AGENCY ADDRESS: 103 N. 3RD HARLINGEN, TEXAS 78550
DATE OF AGENCY RECOGNITION: JUNE 24, 1977
DATE OF REPRESENTATIVE ACCREDITATION: 3/28/02

DOCUMENT ___Q___ PAGE 46

000051

## CERTIFICATION OF SERVICE

I, Margarita Moreno, hereby certify that a copy of foregoing was mailed first class mail to the Trial Attorney's office for the Bureau of Immigration and Custom Enforcement at P.O. Box 1711, Harlingen, Texas 78551 on November 14 , 2003 and that I am the Representative of Record having submitted the required Notice of Appearance.

Respectfully,

Margarita Moreno,
Representative of Record
South Texas Immigration Council, Inc.
107 N. 3rd. St.
Harlingen, Texas 78550
(956) 425-6987

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
HARLINGEN, TEXAS

IN THE MATTER OF                    )
                                    )
PALOMARES-Pena, Anselmo             )        IN REMOVAL PROCEEDINGS
A# 91 241 238                       )
                                    )
HARLINGEN DISTRICT                  )

RESPONDENT'S 2ND OFFER OF DOCUMENTS

The respondent is filling an application for Advance Permission to Return to
Unrelinquished Domicile under section 212(c) of the Immigration and Naturalization Act.

The respondent offers the attached documentation for admission in to the record of
proceedings in this matter.

Respectfully.

Margarita Moreno
Accredited Representative
South Texas Immigration Council
107 N. 3rd Street
Harlingen, Texas 78550
December 3, 2003



EXHIBIT
C

000053

INDEX OF DOCUMENTATION
MATTER OF: PALOMARES-Pena, Anselmo
FILE NO:: A#: 91 241 238

| DOCUMENT LETTER | DOCUMENT | PAGE NO. |
|---|---|---|
| S. . . . . . . . . . . | Application for Cancellation of Removal for Certain Permanent Residents Form EOIR 42A. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | .48 to 56 |
| T. . . . . . . . . . | Certificate of Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . . . . . . . . . | 57 |

000054

OMB 5-0001;Expires 08/31/05

**U.S. Department of Justice**
Executive Office for Immigration Review

**Application for Cancellation of Removal**
**for Certain Permanent Residents**

| | |
|---|---|
| **PLEASE READ ADVICE AND INSTRUCTIONS BEFORE FILLING IN FORM**<br><br>**PLEASE TYPE OR PRINT** | Fee Stamp |

## PART 1 - INFORMATION ABOUT YOURSELF

| | |
|---|---|
| 1) My present true name is:  *(Last, First, Middle)*<br>**PALOMARES-PENA       ANSELMO** | 2) Alien Registration Number:<br>**91 241 238** |
| 3) My name given at birth was:  *(Last, First, Middle)*<br>**PALOMARES-PENA ANSELMO** | 4) Birth Place:  *(City, Country)*<br>**DR. GONZALEZ        MEXICO** |

| 5) Date of Birth:  *(Month, Day, Year)*<br>**07/16/1953** | 6) Gender:<br>☒ Male   ☐ Female | 7) Height: | 8) Hair Color: | 9) Eye Color: |
|---|---|---|---|---|

| 10) Current Nationality & Citizenship:<br>**MEXICO** | 11) Social Security Number:<br>**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** | 12) Home Phone Number:<br>**956-424-3611** | 13) Work Phone Number: |
|---|---|---|---|

| 14) I currently reside at:<br><br>*Apt. number and/or in care of*<br>**1703 5TH ST.**<br>*Number and Street*<br>**ROSENBURG,        TEXAS                    77471**<br>*City or Town                  State                        ZIP Code* | 15) I have been known by these additional name(s):<br><br>**NONE** |
|---|---|

16) I have resided in the following locations in the United States: (List PRESENT ADDRESS FIRST, and work back in time for at least 7 years.)

| Street and Number   - Apt. or Room #   - City or Town   -   State   -   ZIP Code | Resided From:<br>*(Month, Day, Year)* | Resided To:<br>*(Month, Day, Year)* |
|---|---|---|
| **1703 5TH ST.                    ROSENBURG,        TEXAS        77471** | **1988** | PRESENT |
| | | |
| | | |
| | | |

## PART 2 - INFORMATION ABOUT THIS APPLICATION

17) I, the undersigned, hereby request that my removal be cancelled under the provisions of section 240A(a) of the Immigration and Nationality Act (INA). I believe that I am eligible for this relief because I have been a lawful permanent resident alien for 5 or more years, have 7 years of continuous residence in the United States, and have not been convicted of an aggravated felony. I was admitted as or adjusted to the status of an alien lawfully admitted for permanent residence on ___**1990**___

*(date)*

at ___**HOUSTON, TEXAS**___

*(place)*

Form EOIR–42A
August 2002

DOCUMENT ___5___ PAGE ___

**000055**

| | |
|---|---|
| 18)My first arrival into the United States was under the name of: *(Last, First, Middle)*  **PALOMARES-PENA    ANSELMO** | 19)My first arrival to the United States was on: *(Month, Day, Year)*  **1976** |

20) Place or port of first Arrival: *(Place or Port, City, and State)*
**HIDALGO, TEXAS**

21) I :
- ☐ was admitted as a lawful permanent resident.
- ☐ was admitted as a nonimmigrant. Specify visa type: _____
- ☒ entered without inspection.
- ☐ other - specify _____

| | |
|---|---|
| 22)  If admitted as a nonimmigrant, period for which admitted: *(Month, Day, Year)* I I    **N/A** | 23)My last extension of stay in the United States expired on: *(Month, Day, Year)*  **N/A** |

24) Since the date of my first arrival, I departed from and returned to the United States at the following places and on the following dates:
*(Please list all departures regardless of how briefly you were absent from the United States)*
**If you have never departed from the United States since your original date of arrival, please mark an X in this box: ☐**

| | Port of Departure *(Place or Port, City and State)* | Departure Date *(Month, Day, Year)* | Purpose of Travel | Destination |
|---|---|---|---|---|
| 1 | **SHORT VISITS ABROAD** | | | **MEXICO** |
| | Port of Return *(Place or Port, City and State)* | Return Date *(Month, Day, Year)* | Manner of Return | Inspected & Admitted? ☐ Yes ☐ No |
| 2 | Port of Departure *(Place or Port, City and State)* | Departure Date *(Month, Day, Year)* | Purpose of Travel | Destination |
| | Port of Return *(Place or Port, City and State)* | Return Date *(Month, Day, Year)* | Manner of Return | Inspected & Admitted? ☐ Yes ☐ No |

25) Have you ever departed the United States:
 a) under an order of deportation, exclusion or removal? ------ ☐ Yes ☒ No
 b) pursuant to a grant of voluntary departure? ---------------- ☐ Yes ☒ No

## PART 4 - INFORMATION ABOUT YOUR MARITAL STATUS AND SPOUSE *(Continued on page 3)*

| | | |
|---|---|---|
| 26) I am not married: ☒  I am married: ☐ | 27) If married, the name of my spouse is: *(Last, First, Middle)*  **PALOMARES    MARIA    L** | 28) Date of marriage: *(Month, Day, Year)*  **09/01/1973** |

| | |
|---|---|
| 29) The marriage took place in: *(City and Country)*  **REYNOSA, MEXICO** | 30) Birth place of spouse: *(City and Country)*  **TORREON,                          MEXICO** |

| | |
|---|---|
| 31) My spouse currently resides at:  Apt. number and/or in care of  **1703 5TH ST**  Number and Street  **ROSENBURG    TEXAS    77471**  City or Town    State/Country    ZIP Code | 32) Birth date of spouse: *(Month, Day, Year)*  **03/28/1946**  33) My spouse is a citizen of: *(Country)*  **MEXICO** |

34) If your spouse is other than a native born United States citizen, answer the following:
 He/she arrived in the United States at: *(Place or Port, City and State)* **HOUSTON, TEXAS** .
 He/she arrived in the United States on: *(Month, Day, Year)* **01/23/1990** .
 His/her alien registration number is: A# **091 241 239** .
 He/she was naturalized on: *(Month, Day, Year)* **N/A** at **N/A** .
 *(City and State)*

35) My spouse ☐ - is ☒ - is not employed. If employed, please give salary and the name and address of the place(s) of employment.

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* |
|---|---|
| **N/A** | $ |
| | $ |
| | $ |

36) I ☐ -have ☒ -have not been previously married: *(If previously married, list the name of each prior spouse, the dates on which each marriage began and ended, the place where the marriage terminated, and describe how each marriage ended.)*

| Name of prior spouse: *(Last, First, Middle)* | Date marriage began: Date marriage ended: | Place marriage ended: *(City and Country)* | Description or manner of how marriage was terminated or ended: |
|---|---|---|---|
| N/A | | | |

| Name of prior spouse: *(Last, First, Middle)* | Date marriage began: Date marriage ended: | Place marriage ended: *(City and Country)* | Description or manner of how marriage was terminated or ended: |
|---|---|---|---|
| N/A | | | |

37) Have you been ordered by any court, or are otherwise under any legal obligation, to provide child support and/or spousal maintenance as a result of a separation and/or divorce? ☐ - Yes ☒ - No

# PART 5 - INFORMATION ABOUT YOUR EMPLOYMENT AND FINANCIAL STATUS

38) Since my arrival into the United States, I have been employed by the following named persons or firms: *(Please begin with present employment and work back in time. Any periods of unemployment or school attendance should be specified.)*

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* | Type of Work Performed | Employed From: *(Month, Day, Year)* | Employed To: *(Month, Day, Year)* |
|---|---|---|---|---|
| TROY CONSTRUCTION MISSOURI CITY, TEXAS | $ 500.00 | WELDER | 1977 | PRESENT |
| | $ | | | |
| | $ | | | |
| | $ | | | |

39) If self-employed, describe the nature of the business, the name of the business, its address, and net income derived therefrom:

N/A

40) My assets (and if married, my spouse's assets) in the United States and other countries, not including clothing and household necessities, are:

| Self | | Jointly Owned with Spouse | |
|---|---|---|---|
| Cash, Stocks, and Bonds | $ | Cash, Stocks, and Bonds | $ 0 |
| Real Estate | $ 30,000.00 | Real Estate | $ 0 |
| Automobile (value minus amount owed)- | $ | Automobile (value minus amount owed)- | $ 0 |
| Other (describe on line below)- | $ | Other (describe on line below)- | $ 0 |
| TOTAL | $ 30,000.00 | TOTAL | $ 0 |

41) I ☐ -have ☒ -have not received public or private relief or assistance (e.g. Welfare, Unemployment Benefits, Medicaid, AFDC, etc.). If you have, please give full details including the type of relief or assistance received, place, date for which relief or assistance was received, and total amount received during this time: _____

N/A

42) Please list each of the years in which you have filed an income tax return with the Internal Revenue Service: _____

1987 TO PRESENT

43) I have ___3___ (number of) children. Please list information for each child below, include assets and earnings information for children over the age of 16 who have separate incomes:

| Name of Child: (Last, First, Middle) Child's Alien Registration Number: | Citizen of What Country: Birth Date: (Month, Day, Year) | Now Residing At: (City and Country) Birth Place: (City and Country) | Immigration Status of Child |
|---|---|---|---|
| PALOMARES  JORGE<br>A#:NONE<br>Estimated Total of Assets: $ 0 | USA<br>03/08/1978<br>Estimated Average Weekly Earnings: $ 0 | ROSENBURG, TEXAS<br>RICHMOND          TEXAS | USC |
| PALOMARES  AIDA<br>A#:091 241 240<br>Estimated Total of Assets: $ 0 | MEXICO<br>10/30/1976<br>Estimated Average Weekly Earnings: $ 0 | FULSHEAR, TEXAS<br>REYNOSA          MEXICO | LPR |
| PALOMARES  EDUARDO<br>A#:NONE<br>Estimated Total of Assets: $ 0 | USA<br>08/22/1980<br>Estimated Average Weekly Earnings: $ 0 | ROSENBURG, TEXAS<br>RICHMOND          TEXAS | USC |

44) If your application is denied, would your spouse and all of your children accompany you to your:

Country of Birth -        ☐ Yes   ☒ No

Country of Nationality -    ☐ Yes   ☒ No

Country of Last Residence -  ☐ Yes   ☒ No

If you answered "No" to any of the responses, please explain: _____

I DON'T THINK MY FAMILY WILL FALLOW ME TO MEXICO,

MY WIFE AND MY CHILDREN HAVE A BETTER LIFE HER IN

THE UNITED STATES

45) Members of my family, including my spouse and/or child(ren) ☒- have ☐- have not received public or private relief or assistance (e.g., Welfare, Unemployment Benefits, Medicaid, AFDC, etc.). If any member of your immediate family has received such relief or assistance, please give full details including identity of person(s) receiving relief or assistance, place, dates for which relief or assistance was received, and total amount received during this time: _____

1993 RECEIVED $200.00 ON FOOD STAMPS FOR ABOUT 6 MONTHS FOR ONE OF MY CHILDREN

46) Please give the requested information about your parents, brothers, sisters, aunts, uncles. and grandparents. As to residence, show street address, city, and state, if in the United States; otherwise show only country:

| Name: (Last, First, Middle) Alien Registration Number: | Citizen of What Country: Birth Date: (Month, Day, Year) | Relationship to Me: Birth Place: (Place and Country) | Immigration Status of Listed Relative |
|---|---|---|---|
| PENA DE PALOMARES GUADALUPE<br>A#:NONE<br>Complete Address of Current Residence: REYNOSA TAMPS  MEXICO | MEXICO<br>UNK | MOTHER<br>DR. GONZALEZ   MEXICO | NONE |
| PLOMARES  GENOVEVO<br>A#:UNK<br>Complete Address of Current Residence: DECEASED | MEXICO<br>04/09/1931 | FATHER<br>DR. GONZALEZ   MEXICO | LPR |

47) I ☐ - have ☒ - have not entered the United States as a crewman after June 30, 1964.

48) I ☐ - have ☒ - have not been admitted as, or after arrival in the United States acquired the status of, an exchange alien.

49) I ☐ - have ☒ - have not submitted address reports as required by section 265 of the Immigration and Nationality Act.

50) I ☒ - have ☐ - have never (either in the United Stated or in any foreign country) been arrested, summoned into court as a defendant, convicted, fined, imprisoned, placed on probation, or forfeited collateral for an act involving a felony, misdemeanor, or breach of any public law or ordinance(including, but not limited to, traffic violations or driving incidents involving alcohol). *(If answer is in the affirmative, please give a brief description of each offense including the name and location of the offense, date of conviction, any penalty imposed, any sentence imposed, and the time actually served).* _____

**ON JUNE 1996 I WAS CONVICTED IN THE DISTRICT COURT AT FORT BEND COUNTY, TEXAS FOR THE OFFENSE OF SEXUAL ASSAULT.**

_____
_____
_____

51) Have you ever served in the Armed Forces of the United States? ☐ - Yes ☒ - No. If "Yes" please state branch *(Army, Navy, etc.)* and service number. _____ N/A _____

Place of entry on duty: *(City, and State)* ____ N/A ____

Date of entry on duty: *(Month, Day, Year)* ____ N/A ____ Date of discharge: *(Month, Day, Year)* ____ N/A ____

Type of discharge: *(Honorable, Dishonorable, etc.)* ____ N/A ____

I served in active duty status from: *(Month, Day, Year)* ____ N/A ____ to *(Month, Day, Year)* ____ N/A ____

52) Have you ever left the United States or the jurisdiction of the district where you registered for the draft to avoid being drafted into the military or naval forces of the United States? ☐ Yes ☒ No

53) Have you ever deserted from the military or naval forces of the United Stated while the United Stated was at war? ☐ Yes ☒ No

54) If male, did you register under the Selective Service (Draft) Law of 1917, 1918, 1948, 1951, or later Draft Laws? ☐ Yes ☒ No If "Yes," please give date, Selective Service number, local draft board number, and your last draft classification: _____

55) Were you ever exempted from service because of conscientious objection, alienage, or any other reason? ☐ Yes ☐ No

56) Please list your present or past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or any other place since your 16th birthday. Include any foreign military service in this part. If none, write "NONE". Include the name of the organization, location, nature of the organization, and the dates of membership.

| Name of Organization | Location of Organization | Nature of Organization | Member From: *(Month, Day, Year)* | Member To: *(Month, Day, Year)* |
|---|---|---|---|---|
| N/A | N/A | N/A | | |
| | | | | |
| | | | | |
| | | | | |

Form EOIR-42A

DOCUMENT ___S___ PAGE ___52___

000059

**57) Have you ever:**

- [ ] Yes  ☒ No    been ordered deported, excluded, or removed?
- [ ] Yes  ☒ No    overstayed a grant of voluntary departure from an Immigration Judge or the Immigration and Naturalization Service (INS)?
- [ ] Yes  ☒ No    failed to appear for deportation or removal?

**58) Have you ever been:**

- [ ] Yes  ☒ No    a habitual drinker?
- [ ] Yes  ☒ No    one whose income is derived principally from illegal gambling?
- [ ] Yes  ☒ No    one who has given false testimony for the purpose of obtaining immigration benefits?
- [ ] Yes  ☒ No    engaged in prostitution or unlawful commercialized vice?
- [ ] Yes  ☒ No    involved in a serious criminal offense and asserted immunity from prosecution?
- [ ] Yes  ☒ No    a polygamist?
- [ ] Yes  ☒ No    one who aided and/or abetted another to enter the United States illegally?
- [ ] Yes  ☒ No    a trafficker of a controlled substance, or a knowing assister, abettor, conspirator, or colluder with others in any such controlled substance offense (not including a single offense of simple possession of 30 grams or less of marijuana)?
- [ ] Yes  ☒ No    inadmissible or deportable on security-related grounds under sections 212(a)(3) or 237(a)(4) of the INA?
- [ ] Yes  ☒ No    one who has ordered, incited, assisted, or otherwise participated in the persecution of an individual on account of his or her race, religion, nationality, membership in a particular social group, or political opinion?
- [ ] Yes  ☒ No    a person previously granted relief under sections 212(c) or 244(a) of the INA or whose removal has previously been cancelled under section 240A of the INA?

**59) The following certificates or other supporting documents are attached hereto as a part of this application;** *(Refer to the Instruction Sheet for documents which **should be attached**).*

SEE ATTACHMENT

Form EOIR–42A

## APPLICATION NOT TO BE SIGNED BELOW UNTIL APPLICANT APPEARS BEFORE AN IMMIGRATION JUDGE

I do swear or affirm that the contents of the above application, including the documents attached hereto, are true to the best of my knowledge, and that this application is now signed by me with my full, true name.

_____

*(Complete and true signature of applicant or parent or guardian)*

Subscribed and sworn to before me by the above-named applicant at _____

_____

*Immigration Judge*

_____

*Date: (Month, Day, Year)*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was: ☐ - delivered in person, ☐ - mailed first class, postage prepaid

on _____ *(Month, Day, Year)* to _____

*(INS District Counsel and Address)*

_____

_____

_____

*Signature of Applicant (or attorney or representative)*

*Please use a separate sheet for additional entries*

(7)

Form EOIR-42A

DOCUMENT ___S___ PAGE ___54___

000061

Addendum to EOIR-42A Page 4, Item 46

NAME :ENEDELIA GUZMAN
ALIEN # UNK
CITIZEN OF WHAT COUNTRY:  MEXICO
BIRTH DATE:   07/06/1949
RELATIONSHIP: SISTER
BIRTH PLACE:   DR. GONZALEZ NL. MEXICO
CURRENT RESIDENCY:  MISSION, TEXAS
IMMIGRATION STATUS: LPR


NAME :  BERTHA PALOMARES
ALIEN #  UNK
CITIZEN OF WHAT COUNTRY:  MEXICO
BIRTH DATE:  05/04/1951
RELATIONSHIP: SISTER
BIRTH PLACE:   DR. GONZALEZ, NL. MEXICO
CURRENT RESIDENCY:   REYNOSA, MEXICO
IMMIGRATION STATUS: LPR


NAME :  FRANCISCA PALOMARES
ALIEN #  NONE
CITIZEN OF WHAT COUNTRY:  MEXICO
BIRTH DATE:   UNK
RELATIONSHIP:   SISTER
BIRTH PLACE:    DR. GONZALEZ, NL. MEXICO
CURRENT RESIDENCY:  LPR
IMMIGRATION STATUS: NONE


NAME :  JOSE RODRIGUEZ
ALIEN #  UNK
CITIZEN OF WHAT COUNTRY:  MEXICO
BIRTH DATE:   03/13/1959
RELATIONSHIP: BROTHER
BIRTH PLACE:  DR. GONZALEZ, NL. MEXICO
CURRENT RESIDENCY: PHARR, TEXAS
IMMIGRATION STATUS : LPR


NAME : OFELIA PALOMARES
ALIEN #  NONE
CITIZEN OF WHAT COUNTRY:  MEXICO
BIRTH DATE:   UNK
RELATIONSHIP:  SISTER
BIRTH PLACE:  DR. GONZALEZ, NL. MEXICO
CURRENT RESIDENCY: REYNOSA, MEXICO
IMMIGRATION STATUS: NONE


NAME : GENOVEVO PALOMARES
ALIEN #  NONE
CITIZEN OF WHAT COUNTRY:  MEXICO
BIRTH DATE:  07/18/1969
RELATIONSHIP:  BROTHER
BIRTH PLACE: DR. GONZALEZ, NL. MEXICO

NAME : GENOVEVO PALOMARES
ALIEN # NONE
CITIZEN OF WHAT COUNTRY: MEXICO
BIRTH DATE: 07/18/1969
RELATIONSHIP: BROTHER
BIRTH PLACE: DR. GONZALEZ, NL. MEXICO
CURRENT RESIDENCY: REYNOSA, MEXICO
IMMIGRATION STATUS : NONE


NAME : MARGARITA PALOMARES
ALIEN # NONE
CITIZEN OF WHAT COUNTRY: MEXICO
BIRTH DATE: UNK
RELATIONSHIP: SISTER
BIRTH PLACE: DR. GONZALEZ, NL. MEXICO
CURRENT RESIDENCY: REYNOSA, MX
IMMIGRATION STATUS : NONE

## CERTIFICATION OF SERVICE

I, Margarita Moreno  hereby certify that a copy of the  foregoing was hand Delivered to the Trial Attorney for the Bureau of Immigration and Custom Enforcement on <u>December 03. 2003</u> and that I am the Representative of Record having submitted the required Notice of Appearance.

Respectfully,

Margarita Moreno
**Accredited Representative**
**South Texas Immigration Council, Inc.**
**107 N. 3rd. St.**
**Harlingen, Texas 78550**
**(956) 425-6987**

**U.S. Department of Justice**
Executive Office for Immigration Review

Decision of the Board of Immigration Appeals

**Falls Church, Virginia 22041**

File:   A91-241-238 - LOS FRESNOS

Date:

MAR 2 2 2004

In re:  PALOMARES-PENA, ANSELMO

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT:  Waddle, Paula S.

ON BEHALF OF DHS:  Dyann Bernstein, Assistant Chief Counsel

ORDER:

   PER CURIAM. The Board affirms, without opinion, the results of the decision below. The decision below is, therefore, the final agency determination. *See* 8 C.F.R. § 1003.1(e)(4).

_____
FOR THE BOARD



EXHIBIT
D

NO. *2 /88 ?*

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
|---|---|---|
| VS. | § | FORT BEND COUNTY, TEXAS |
| *Anselmo Pena Palomares* | § | *268* TH JUDICIAL DISTRICT |

## JUDGMENT
### (Plea of Guilty or Nolo Contendere and Waiver of Jury Trial)
### (Deferred Adjudication)

Judge Presiding: *Brady Elliott*                Date of Judgment: *June 18, 1996*

Attorney for State: *Tom McAlister*              Attorney for Defendant: *Rosemary Galvan Schultz*

Offense for Which Deferred Adjudication was granted:

*Sexual Assault*                Degree: *2nd* /Date Offense Committed: *April 1, 1995*

Charging Instrument: ~~Indictment~~/Information          Plea: ~~Guilty~~ Nolo Contendere

Findings on use of Deadly Weapon: *NA*

Period of Probation: *10* years

Notice of Appeal: *NA*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Recitation of Judgment

On this day, the above entitled and numbered cause was regularly reached and called for trial. The State appeared by her District Attorney, named above, and the defendant, named above, appeared in person, with defendant's counsel, named above, also being present. Thereupon, the District Attorney and the defendant announced "ready" for trial, and represented to the Court that the defendant, defendant's counsel, and the State's attorney have agreed in writing in open court to waive a jury in the trial of this cause and to submit this cause to the Court. The Court having consented to the waiver of the jury herein, the defendant waived the reading of the indictment, stating he understood the charge against him, and the defendant being asked by the Court as to how the defendant pleaded, the defendant entered a plea as indicated above to the allegations relied on by the State. And the Court, having admonished the defendant as required by law, and the defendant, having received and understood the Court's written admonishments, and it appearing to the Court that the said defendant is mentally competent to stand trial, that the plea is freely and voluntarily made, and that the defendant is aware of the consequences of his plea, the said plea is received by the Court and is here now entered of the record in the minutes of the Court as the plea herein of the said defendant.

The Court finds that the offense to which the defendant has plead was committed on the above indicated date. Furthermore, the Court makes its ruling in regard to a "deadly weapon finding", as is indicated above. The Court further finds that there was a "plea-bargaining-agreement" between the State and the defendant and that the punishment assessed does not exceed the punishment recommended as per the "plea-bargain-agreement".

However, the Court, after hearing the evidence and finding that it substantiates the defendant's guilt, is of the opinion, and so finds that the said defendant has never been convicted of a felony in this or any other state, and is otherwise eligible for probation under the provision of article 42.12 of the Texas Code of Criminal Procedure, and is further of the opinion, and so finds, that the ends of justice and the best interests of both the public and the defendant will be served by deferring further proceedings without entering an adjudication of guilt pursuant to Article 42.12 of the Texas Code of Criminal Procedure.

It is therefore **ORDERED, ADJUDGED and DECREED** that further proceedings in

-1-


EXHIBIT
E

000066

this cause shall be and are her.. y deferred and the defendant is hereby p.. :d on probation for the above indicated period fr.. this date, under the supervision o.. .is Court and the Adult Community Supervision and Corrections Office of Fort Bend County, Texas, subject to the conditions of probation set out in "Exhibit 'A'" attached hereto and incorporated herein for all purposes, the same as if fully-at-length verbatim herein.

All Findings, Orders, and notations set out in the foregoing "Standardized Commencement" are adopted in this "Recitation of Judgment" and are to be given full force and effect as if set out fully, and the entire document is to be considered the Court's "Judgment".

SIGNED this the _18_ day of _June_ 19_96_.

Judge Presiding

FILED

JUN 18 1996

AT _10:52_ A..M.

Glory Hopkins
Clerk District Court, Fort Bend Co., TX

-2-

000067

STATE OF TEXAS
COUNTY OF CAMERON

# DECLARATION

I,   **Anselmo Palomares Pena,**   declare that I have personal knowledge of the matters stated herein and that they are true and correct.

1)   I became a legal permanent resident of the United States in 1988,   at the age of  thirty-three (33) years, although I have lived in the U.S. since 1976 when I was a young man, about 23 years old.

2)   Since coming to the United States, I worked for the same construction company for 25 years.  I have been married to the same legal permanent resident spouse, Maria Luisa, for 30 years, and have fathered three children, one of whom is a U.S. citizen and two of whom are legal permanent residents.  I am also raising my USC neice whose mother abandoned her when she was a baby.  I've bought and paid for a home in the town, Rosenberg, Texas,  in which I've lived for many, many years.

3)  In the early 1990's while still married and living with my wife, I started dating a woman who worked in a bar. I dated this woman for a few years.  She had a young  daughter who accused me of sexually assaulting her.   I have been arrested one time only, for this sexual assault charge.  I plead guilty and received deferred adjudication for a four year period.  I completed that period satisfactorily in June of 2000.

4) At the time I plead  guilty I understood that my immigration status would not be affected.   My lawyer told me that if I plead guilty and complied with all terms of the community supervision this would not be on my record and would not affect my life in the future.

5) I completed my probation as ordered by the court and have not been convicted or even arrested for anything since the 1996 guilty plea.

6) Now I've been arrested and have been detained at the Port Isabel Service Processing Center, Texas since September, 2003.  I have been told that I am not eligible to post bond and the DHS has refused a request to



EXHIBIT
F

parole me into the United States while proceedings pend. The U.S. government is trying to deport me. After having worked so many years to give my family security and a good life, I am facing deportation.

5) This has been translated into Spanish, my native language , and I understand what it says.

I declare upon penalty of perjury that the foregoing is true and correct. Further, Declarant sayeth not.

Anselmo Palomares-Pena

Executed on December _4_, 2003

STATE OF TEXAS

COUNTY OF CAMERON

### AFFIDAVIT   OF   FACT

I,   **Maria Luisa Palomares, A91 241 239**, am the wife of Anselmo Palomares-Pena, Respondent in the matter pending as *In the Matter of Anselmo Palomares-Pena, 91 241 238.*   I have never been arrested or convicted of any crime. I have personal knowledge of the matters stated herein and they are true and correct.

1) I have been married to Anselmo Palomares since September 1, 1973. Together we have three children:

a) Jorge, twenty-six(26) years of age, a U.S. citizen, and high school graduate,  who just had his first child, Isabela Marie born December 26, 2004;

b) Aida, twenty-eight (27) years of age, who is a legal permanent resident with three U.S. citizen children; and

c) Eduardo, a U.S. citizen ,who is twenty-three(23) years of age and the father of two children with another child due in April, 2004.

None of my children have criminal records or problems with the law. None of my children receive any government assistance; all are self-supporting.

2) In addition to these natural children of mine, my husband and I have raised since she was eight (8) months old, Sandy Reyes, who is now fourteen (14) years old and in the seventh (7th) grade.  Her mother abandoned her to us when she was a baby, never again seeing her or acting as a mother to her. Sandy knows only us as her parents as we raised her, see Exh. A hereto.  She calls us Mother and Father. Sandy makes very good grades, although her grades have fallen since her father has been in jail. She has been crying alot with her father locked up.

3) I have health problems. I've been diagnosed with arthritis in my leg and knee and also have high sugar.  In the last doctor visit the blood sugar reading was 440. I was diagnosed for the first time with diabetes. When I tested it at home about 3 days ago, it was 474, even with the injection and



medication from the doctor.  I need to have a followup appointment with the doctor but do not have the money to do so.  When I talked to the doctor about the  diabetes, he said that one reason why it might be so high is due to the stress and problems with my husband's detention for so many months,  and the significant financial problems I'm facing for Sandy and for me.

4)   Never have I had to ask for government help because my husband has been a good provided, except for a brief time in 1993 when my husband and I had marital problems.

5)     Now because he is detained, I have sold what I can,  in order to have money to live. His truck and our house furniture has been repossessed because I cannot pay for it.  I am applying for Medicaid so that I may see a doctor, especially about the arthritis and the diabetes.  If he is not released soon and if he is deported, I will be forced to apply for government aid for myself and for Sandy.

6)     If my husband is released I know that he will continue to go to court for hearings and he will work to provide a decent life for his family.  If my husband is deported, for Sandy  it will be a second abandonment.  She and I will lose everything and be on government assistance.

This Affidavit has been translated into spanish, my first language,  and I understand what it says and what it says is true and correct.

Further, Affiant sayeth not.


_____
**Maria Luisa Palomares**


Sworn to and subscribed before me by Maria Luisa Palomares on this the 2nd  day of April, 2004.


_____

MARGARITA MORENO
Notary Public
STATE OF TEXAS
Comm. Exp. 06-14-2005

000071

(George Jr. High School.

```
KCASTS                                                DSD           INQ
  ID: 122536   REYES SANDY SIUMARA            Y-I-S:  07   Counselor:
Name: Last:  REYES                 App:     1st:  SANDY      Mid:  SIUMARA
Family ID:              Homeroom/Tchr.:                   Standng: ENROLLED
 State ID:   S15453674              Operator.: EH   Last Update....: 03/04/2004
 Blkkey..:        House.:           Half House:
Address-1:  1703 FIFTH ST          Address-2:                 County.:  079
City.....:  ROSENBERG              State....:  TX  Zip Code...:  77471
 Phone...:                 Sex.:  F  Ethnic Code:   4
 Stu SSN..:                   Mailing Name:  M/M ANSELMO PALOMARES
        Auxiliary Mailing:          Name...:
        Address-1:                            Address-2:
        City..:             State.:    Zip:                 Cntry:
Guardn1:  PALOMARES ANSELMO      Guardn1 Phone:              Ext:
          Relationship..:  S             Employment Code....:
Guardn2:  PALOMARES MARIA        Guardn2 Phone:              Ext:
          Relationship..:  M             Employment Code....:  05
        Resides with.........:  B           Mail Type............:
     Birth Date....:  10/05/1990  Verification..:  B   State/Nation...:  TEX
     County..:  FTB   City.........:  RICHMOND         Location:
Emerg Name1:  MINVERA LOSOYA        Emerg Phone1:  (281)341-1880  Ext:
Emerg Name2:  CYNTHIA RAMON         Emerg Phone2:  (281)342-1174  Ext:
 Emerg Cdes:                              Trans Code:
DSD-I101: INQUIRY MODE
```