AO 440 (Rev. 10/93) Summons in a Civil Action

B-04-CV-059

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

United States District Court
Southern District of Texas
FILED

JUN 16 2004

Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Received Certified receipt #7002 0860 0004 8095 8892 by Aaron Cabrera, Interim Deputy Field Office Director on June 2, 2004.

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 10, 2004       *[signature]*
                  Date           Signature of Server

SOUTH TEXAS IMMIGRATION COUNCIL
107 N. 3rd St.
Harlingen, Texas 78550
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

• AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | Texas |

ANSELMO-PALOMARES PENA

V.

GRACE A. WINFREY, Interim Field
Office Director for Detention and Removal,
Bureau of Immigration and Customs Enforcements
Department of Homeland Security
AARON CABRERA, Interim Deputy Field Office Director,
Port Isabel Service Processing Center, and
TOM RIDGE, Secretary Department of Homeland
Security

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **B-04-59**

TO: (Name and address of Defendant)

Aaron Cabrera
Interim Deputy Field Office Director
RT. 3 BOX 341
Los Fresnos, Texas 78566

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paula Waddle
107 N. 3rd. St.
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby
CLERK

[signature]
BY DEPUTY CLERK

DATE 4/5/04