United States District ⁓
Southern District ⁓
FIL⁓

AUG 2 0 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANSELMO PALOMARES-PENA<br>Petitioner,<br><br>v.<br><br>GRACE A. WINFREY, Interim Field<br>Office Director for Detention and<br>Removal, Bureau of Immigration and<br>Customs Enforcement, Department of<br>Homeland Security, AARON<br>CABRERA, Interim Deputy Field Office<br>Director, Port Isabel Service Processing<br>Center, TOM RIDGE, Secretary<br>Department of Homeland Security, and<br>JOHN ASHCROFT, Attorney General<br>of the United States,<br>Respondents | §§§§§§§§§§§§§§§ | Case No. B-04-059 |

**PETITIONER'S MOTION TO STRIKE RETURN/MOTION TO DISMISS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Petitioner **Anselmo Palomares-Pena**, prior to filing a responsive pleading to Respondents' "United States of America's Motion to Dismiss and/or Motion for Summary Judgment" (herein "Motion to Dismiss"), shows the court as follows:

1. This Motion is filed pursuant to F.R.C.P. 12 (f).

2. The Respondents filed their "United States of America's Motion to Dismiss and/or Motion for Summary Judgment" on or about August 2, 2004. This Motion is made prior to the filing of any response to the Motion to Dismiss.

4. The Petitioner alleges that the Court should strike the pleading "United States of America's Motion to Dismiss and/or Motion for Summary Judgment" for the following reason(s):

  a. The Motion to Dismiss contains factual allegations throughout its body. For example, Respondents claim that "Palomares-Pena has not even requested a stay from the Board or the Government"(Paragraph III), and they claim ..."Palomares-Pena has failed to exhaust his administrative remedies...(Paragraph III). The Respondents have failed to file the administrative record, they have provided no evidence to support any of these factual allegations, and/or they have provided no affidavits or other sworn testimony in support of any of these factual claims. Without waiving his claim that these assertions of Respondents are actually not factually correct, Petitioner alleges that the Motion to Dismiss consisting of purely unsubstantiated argument cannot serve as a basis for the Court's decision. Petitioner requests that the Motion to Dismiss be struck unless and until such time as the Respondents file relevant supporting evidence and/or the administrative record with this court.

  b. As an additional or alternative ground for the Motion to Strike, Petitioner alleges that the Motion to Dismiss contains references to facts which are not in evidence before this court, such as the allegation regarding Petitioner's failure to exhaust administrative remedies. Respondents also have filed no administrative record and they have filed no affidavits or other competent evidence supporting their claims. Because their claims are unsupported, Respondents have failed in the performance of a condition precedent for consideration of or ruling on this Motion. F.R. C. P. 9(c). Since the Motion is devoid of any supporting verified evidence or the administrative record, the Motion to Dismiss should be struck.

  Wherefore, premises considered, the Petitioner urges that the "United

States of America's Motion to Dismiss and/or Motion for Summary Judgment" be struck by the Court, and for such other and further relief as is just.

Respectfully submitted,

*[signature]*

Paula S. Waddle, Attorney in Charge
South Texas Immigration Council
107 N. 3rd
Harlingen, Texas 78550
(956)425.6987/(956) 425.7434(fax)
State Bar ID #20630400
Federal ID No. 5674

### CERTIFICATE OF SERVICE

I certify that, on August 19, 2004, I served a true copy of the *Petitioner's Response to the Motion to Dismiss* by first class mail, postage prepaid to Respondents' Counsel;

Mr. Steve Schemmel
Assistant United States Attorney for the Southern District of Texas
United States Attorney's Office
1701 W. Highway 83, Suite 600, TCB-Bentsen Tower
McAllen, Texas 78501

*[signature]*
Paula S. Waddle