IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANSELMO PALOMARES-PENA<br>Petitioner,<br><br>V.<br><br>GRACE A. WINFREY, Interim Field Office Director for Detention and Removal, Bureau of Immigration and Customs Enforcement, Department of Homeland Security, AARON CABRERA, Interim Deputy Field Office Director, Port Isabel Service Processing Center, TOM RIDGE, Secretary Department of Homeland Security, and JOHN ASHCROFT, Attorney General of the United States,<br>Respondents. | CIVIL NO. B-04-59 |

United States District Court
Southern District of Texas
ENTERED

AUG 3 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Chumrock

## ORDER

This court has considered the Agreed Order Granting Petitioner's Motion for More Definite Statement. IT IS HEREBY ORDERED that said motion is hereby denied as being moot.

Signed this 31st day of August, 2004.

Andrew S. Hanen
United States District Judge