U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
RECEIVED

2004 SEP 15 AM 8:08

M[...] CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 15 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANSELMO PALOMARES-PENA<br>Petitioner,<br><br>v.<br><br>GRACE A. WINFREY, Interim Field<br>Office Director for Detention and<br>Removal, Bureau of Immigration and<br>Customs Enforcement, Department of<br>Homeland Security, AARON<br>CABRERA, Interim Deputy Field Office<br>Director, Port Isabel Service Processing<br>Center, TOM RIDGE, Secretary<br>Department of Homeland Security, and<br>JOHN ASHCROFT, Attorney General<br>of the United States,<br>Respondents | Case No. B-04-059 |

## PETITIONER'S FIRST AMENDED MOTION TO STRIKE USA'S AMENDED MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Petitioner **Anselmo Palomares-Pena**, prior to filing a responsive pleading to Respondents' "United States of America's Amended Motion to Dismiss and/or Motion for Summary Judgment" filed on August 24, 2004 (herein " USA's Amended Motion"), shows the court as follows:

1. This First Amended Motion is filed pursuant to F.R.C.P. 12 (f).

2. The Respondents filed their "United States of America's Amended Motion to Dismiss and/or Motion for Summary Judgment" on or about August 24, 2004. Petitioner's Amended Motion to Strike is made prior to the filing of any response to the Respondents' Motion to Dismiss and/or to the Amended Motion to Dismiss,

and also prior to any response by the USA to Petitioner's (original, first) Motion to Strike filed on or about August 20, 2004.

3.     The Petitioner alleges that the Court should strike the pleading "United States of America's Amended Motion to Dismiss and/or Motion for Summary Judgment" for the following reasons:

   a. The USA's Amended Motion contains factual allegations throughout its body. For example, Respondents claim that "Palomares-Pena has not even requested a stay from the Board or the Government"(Paragraph III), and they claim ..."Palomares-Pena has failed to exhaust his administrative remedies...(Paragraph III). The Respondents have failed to file the administrative record, they have attached no evidence to support any of these factual allegations which is incorporated by reference into the document, and/or they have provided no affidavits or other sworn testimony in support of any of these alleged factual claims. Without waiving any claim that these assertions of Respondents are actually not factually correct, Petitioner alleges that the USA's Amended Motion consisting of purely unsubstantiated argument cannot serve as a basis for the Court's decision. Petitioner requests that the USA's Amended Motion to Dismiss be struck unless and until such time as the Respondents file relevant supporting evidence and/or the Administrative Record with this court.

   b. As an additional or alternative ground for the Motion to Strike, Petitioner alleges that the Motion to Dismiss contains references to facts which are not in evidence before this court, such as the allegation regarding Petitioner's failure to exhaust administrative remedies. Respondents also have filed no administrative record and they have filed no affidavits or other competent evidence supporting

their claims. Respondents have failed in the performance of a condition precedent for consideration of or ruling on the USA's Amended Motion. F.R.C.P. 9(c). Since the Respondents have failed in a condition precedent, the USA's Amended Motion to Dismiss should be struck.

    c.    As an additional or alternative ground for this Amended Motion to Strike, Petitioner requests that the USA's Amended Motion be struck because the Respondents have failed to provide the grounds which they argue merit dismissal and/or summary judgment against Petitioner. They have failed to state and/or allege these grounds "with particularity." FRCP 7(b)(1). Petitioner would further show that Respondents were given notice of these failures in Petitioner's Motion for A More Definite Statement filed under FRCP 12(f) on or about August 23, 2004, which pointed out with particularity the deficiencies in the USA's (original, first) Motion to Dismiss. The Respondents then filed USA's Amended Motion to Dismiss by agreement, but the claims stated therein continue to fail to provide notice of the basis for the USA's Amended Motion to Dismiss which are urged under Federal Rules of Civil Procedure 12(b) and 56. Further, Petitioner would show unto the court that said USA's Amended Motion is further deficient under the Court's local rules entitled "Civil Procedures" last updated on February 26, 2004, in that it fails to comply with Rule 5(H) thereof. These failures force Petitioner to reply to vague and unsubstantiated allegations without adequate notice of the exact charges leveled against his Petition for Writ, so that a full and substantive response which fairly meets the USA's Amended Motion is impossible.

Because the USA's Amended Motion continues to fail to provide fair notice

to Petitioner so that Petitioner may fully and fairly address same, Petitioner urges that said USA's Amended Motion be struck from this case.

Wherefore, premises considered, the Petitioner urges that the "United States of America's Amended Motion to Dismiss and/or Motion for Summary Judgment" be struck by the Court, and for such other and further relief as is just.

Respectfully submitted,

Paula S. Waddle, Attorney in Charge
South Texas Immigration Council
107 N. 3rd
Harlingen, Texas 78550
(956)425.6987/(956) 425.7434(fax)
State Bar ID #20630400
Federal ID No. 5674

### CERTIFICATE OF SERVICE

I certify that, on September 14, 2004, I served a true copy of the *Petitioner's Amended Motion to Strike the USA's Amended Motion to Dismiss* by first class mail, postage prepaid to Respondents' Counsel;

Mr. Steve Schemmel
Assistant United States Attorney for the Southern District of Texas
United States Attorney's Office
1701 W. Highway 83, Suite 600, TCB-Bentsen Tower
McAllen, Texas 78501

Paula S. Waddle