UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANSELMO PALOMARES-PENA § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> GRACE A. WINFREY, Interim Field § <br> Office Director for Detention and § <br> Removal, Bureau of Immigration and § <br> Customs Enforcement, Department of § <br> Homeland Security, AARON § <br> CABRERA, Deputy Field Office § <br> Director, Port Isabel Service Processing § <br> Center, and TOM RIDGE, Secretary § <br> Department of Homeland Security, and § <br> JOHN ASHCROFT, U.S. § <br> Attorney General, § <br> Respondents § | Case No. B-04-59 <br> DHS A No. 91 241 238 |

**ORDER DENYING RESPONDENTS' AMENDED MOTION TO DISMISS**

The Respondents' Amended Motion to Dismiss and/or Motion for Summary Judgment having come on for consideration along with the Petitioner's Response thereto and the Court having determined that the Amended Motion to Dismiss and/or Motion for Summary Judgment should be denied, it is

**Ordered** that the Respondents' Amended Motion to Dismiss and/or Motion for Summary Judgment be and hereby is denied in all things.

Dated: _____, 2004.

_____
**United States District Judge**