UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANSELMO PALOMARES-PENA §<br>§<br>Petitioner, §<br>§<br>v. §<br>§<br>GRACE A. WINFREY, Interim Field §<br>Office Director for Detention and §<br>Removal, Bureau of Immigration and §<br>Customs Enforcement, Department of §<br>Homeland Security, AARON CABRERA, §<br>Interim Deputy Field Office Director, §<br>Port Isabel Service Processing Center, §<br>TOM RIDGE, Secretary Department of §<br>Homeland Security, and §<br>JOHN ASHCROFT, Attorney General §<br>of the United States §<br>§<br>Respondents | Case No. B-04-59<br><br>DHS: A No. 91 241 238 |

PETITIONER'S PARTIALLY OPPOSED MOTION TO STAY AND TO ABATE

Petitioner, Anselmo Palomares-Peña, asks the court to stay his deportation and to abate the proceedings pending before this court, while continuing to urge his Motion for Preliminary Injunctive Relief seeking his release from detention, and shows as follows:

A. Introduction

1.  Petitioner filed, on or about April 2, 2004, his Petition for Writ of Habeas Corpus against Respondents alleging, among other claims, that the Order of Deferred Adjudication in this case does not constitute a conviction under 8 U.S.C. 1182 (a)(48), Sec. 101(a)(48) of the Immigration and Nationality Act. He also challenged the retroactive application of the law to his

situation. The Petition and a subsequent Petitioner's Motion for Preliminary Injunctive Relief seek release of the Petitioner from detention where he has been for the last year during the pendency of this court case.

B. Grounds for This Motion

1. *Motion for Abatement*

Pending at the time of this filing was a similar case, *Salazar-Regino v. Trominiski*, Case No.B-02-045 U.S. District for the Southern District of Texas, which is on appeal to the Fifth Circuit Court of Appeals. Because the issues in *Salazar-Regino* are similar to those in this instant proceeding, judicial economy would be promoted by the abatement of this cause of action. Petitioner continues to seek an Order granting release from detention (a grant of the request for preliminary injunctive relief filed with this court) pending the finality of the case. This Motion is unopposed by the U.S. government.

2. *Motion for Stay*

Petitioner also seeks a stay of Petitioner's deportation or removal, pending a final order of the Court on the matters raised in the Petition for Writ, and/or pending a further order of the Court (for example, in the event that the terms of the Petitioner's release were violated by the Petitioner prior to the related litigation reaching its final conclusion).

The requested Stay of the Petitioner's removal is not opposed by the U.S. Attorney's office, except to the extent that the Petitioner would be released from detention.

C. Prayer

1. Petitioner asks the court to grant Petitioner's motion to abate and to stay his removal from the U.S.; to grant the request for preliminary injunctive relief by granting Petitioner's release from detention according to such terms as are just, pending a final order in the case; and for such and further relief as is just.

Respectfully submitted,

*[signature]*

Paula S. Waddle, Attorney in Charge
State Bar No. 20630400
Federal I. D. No. 5674
107 N. 3rd
Harlingen, TX 78550
(956) 425.6987/(956) 425.7434 (fax)
Attorney for Petitioner

### Certificate Of Conference

Counsel for Petitioner requested by telephone conference the position of the U.S. government from the AUSA, Mr. Steve Schemmel, on September 16, 2004, sought confirmation of his position by fax on September 20, 2004, and personally spoke with him by telephone to confirm the wording in this Motion on September 21, 2004.

*[signature]*

Paula S. Waddle

### Certificate of Service

I certifiy that on September 21, 2004, I served a true copy of the Petitioner's Motion to Abate and for Stay of Removal by first class mail, postage prepaid, to Defendants' Counsel:

Mr. Steve Schemmel
Assistant US Attorney, US Attorney's office
1701 W. Highway 83, Suite 600, TCB-Bentsen Tower
McAllen, Texas 78501

*[signature]*

Paula S. Waddle