UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANSELMO PALOMARES-PENA § § § Petitioner, § § v. § § GRACE A. WINFREY, Interim Field § Office Director for Detention and § Removal, Bureau of Immigration and § Customs Enforcement, Department of § Homeland Security, AARON CABRERA, § Interim Deputy Field Office Director, § Port Isabel Service Processing Center, § TOM RIDGE, Secretary Department of § Homeland Security, and § JOHN ASHCROFT, Attorney General § of the United States § | Case No. B-04-59  DHS: A No. 91 241 238 |

**Respondents**

### ORDER ON PETITIONER'S MOTION TO ABATE AND TO STAY

On _____, 2004 the court considered Petitioner's Motion to Stay and to Abate. After considering the pleadings, the motion, and the nature of the opposition, the Court

GRANTS the motion, abates Petitioner's suit until the related case, *Salazar-Regino* No. B-02-045 is finally decided; following which the parties shall have

sixty (60) days to replead in conformity with that decision. It also stays the deportation of Petitioner, Anselmo Palomares-Pena.

SIGNED on _____, 200\_

                                                **Andrew Hanen**
                                                U.S. District Judge