# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| ANSELMO PALOMARES-PENA<br>    Petitioner,<br><br>        v.<br><br>GRACE A. WINFREY, Interim Field<br>Office Director for Detention and<br>Removal, Bureau of Immigration and<br>Customs Enforcement, Department of<br>Homeland Security, AARON<br>CABRERA, Interim Deputy Field Office<br>Director, Port Isabel Service Processing<br>Center, TOM RIDGE, Secretary<br>Department of Homeland Security<br>    Respondents | §<br>§<br>§<br>§<br>§<br>§    Case No. B-04-059<br>§    DHS A No. 91 241 238<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## APPENDIX

| DOCUMENT LETTER | DOCUMENT | PAGE NO. |
|---|---|---|
| A............. ....... .........| Copy of Federal Register/Vol. 69, No. 187/ Rules and Regulations.......................... | 1 to 10 |
| B..... .................. | Copy of Petitioner's The State of Texas Indictment....... ....................... | 11 |
| C.......................... | Copy of Petitioner's Plea of Guilty or Nolo Contendere............ ............... | 12 to 15 |
| D.......... ............ | Copy of Petitioner's Judgment........... ...... | 16 to 23 |
| E...................... | Copy of Notice to Appear........................ | 24 |
| F............................ | Copy of TEXAS PENAL CODE §22.001 Sexual Assault.. . ................... | 25 to 28 |