THE STATE OF TEXAS
VS.
ANSELMO PEÑA PALOMARES

| | |
|---|---|
| D.O.B.: 07/16/53 | SID NO.: 30479 |
| FELONY CHARGE: CT I. AGGRAVATED SEXUAL ASSAULT OF CHILD  CT II. AGGRAVATED SEXUAL ASSAULT OF CHILD  CT III. AGGRAVATED SEXUAL ASSAULT OF CHILD | DA ENTRY NO.: 95151019 |
| CAUSE NO.: 27,006 | ARREST DATE: N/A-GJ |
| DISTRICT COURT NO.: 268-B | DATE OF OFFENSE: April 1, 1995 |
| AGENCY: ROSENBERG | AGENCY NO.: 01957566 |
| BAIL AMOUNT: $25,000.00 | PRIOR CAUSE #: |
| RELATED CAUSE: | CO-DEF: |
| G.J. WITNESSES: | |

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Fort Bend County, Texas, presents in the District Court of Fort Bend County, Texas, that in Fort Bend County, Texas, ANSELMO PEÑA PALOMARES, hereafter styled the Defendant, heretofore on or about April 1, 1995, did

COUNT ONE

then and there intentionally and knowingly cause the penetration of the <u>anus</u> of <u>DOMINQUE VILLARREAL</u>, a child who was then and there younger than 14 years of age and not the spouse of the defendant, by <u>defendant's sexual organ</u>.

COUNT TWO

then and there intentionally and knowingly cause the penetration of the <u>female sexual organ</u> of <u>DOMINQUE VILLARREAL</u>, a child who was then and there younger than 14 years of age and not the spouse of the defendant, by <u>defendant's sexual organ</u>.

COUNT THREE

then and there intentionally and knowingly cause the penetration of the mouth of DOMINQUE VILLARREAL, a child who was then and there younger than 14 years of age and not the spouse of the defendant, by the defendant's sexual organ.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

FILED
95 JUN 19 PM 4:10

INDICTMENT (ORIGINAL/DA)

EXHIBIT B

000011