State's Exhibit Number 1.

NO. 27006

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | FORT BEND COUNTY, TEXAS |
| | § | |
| Anselmo Pena Palomares | § | 268 TH JUDICIAL DISTRICT |

## DEFENDANT'S PLEA OF GUILTY OR NOLO CONTENDERE- WRITTEN ADMONITIONS, WAIVER OF STATUTORY AND CONSTITUTIONAL RIGHTS, AND WRITTEN STIPULATION and JUDICIAL CONFESSION

### COURT'S WRITTEN ADMONISHMENTS

Pursuant to the Texas Code of Criminal Procedure and before accepting any plea, the Court gives you, the Defendant, the following admonitions and instructs you to **place your initials in the brackets beside each admonition only if you fully understand that admonition.** If you do not fully understand any admonition, do not initial it and the Court will orally explain that admonition to you. You are instructed to **READ THE FOLLOWING CAREFULLY:**

[ A.P ]. You are charged with the offense of

_Aggravated Sexual Assault_.
*Upon the State's Motion being granted, you will be tried for the lesser included offense of

_Sexual Assault_. The range of punishment for that offense is

_2 years to 20 years in Institutional Division & a fine not to exceed $10,000._

[ A.P ]. The recommendation of the prosecuting attorney, if any, as to punishment is not binding on the Court. However, the Court will inquire as to the existence of any plea bargaining agreements between yourself and the State, and in the event that such agreements exists, the Court shall inform whether it will follow or reject such agreement in open court and before any finding on your plea. Should this Court reject any such agreement between yourself and the State, you shall be permitted to withdraw your plea of guilty or nolo contendere.


EXHIBIT C

000012

[__A.P__]. If the punishment assessed by this Court does not exceed the punishment recommended by the State and agreed to by yourself and your attorney, that you must have the permission of this Court before you may prosecute an appeal on any matter in this case, except for those matters raised by written motions prior to trial.

[__A.P__]. If you are not a citizen of the United States of America, your plea of guilty or nolo contendere for the offense charged may result in deportation, the exclusion from admission to this country, or the denial of naturalization under federal law;

[__A.P__]. If the Court defers your adjudication in this matter and places you on probation, that on violation of an imposed condition of probation, you may be arrested and detained as provided by law; that you would be entitled to a hearing limited to the determination by the Court of whether to proceed with an adjudication of guilt on the original charge; that no appeal may be taken from that determination; that after adjudication of guilt, all proceedings, including assessment of punishment, pronouncement of sentence, granting of probation and appeal continue as if the adjudication of guilt had not been deferred.

## WAIVER OF STATUTORY and CONSTITUTIONAL RIGHTS

I, the Defendant, after consultation with my attorney sign this document to show that I waive the following rights. Further, I, as the Defendant, have placed my initials in the brackets beside each waiver to indicate my full understanding of each item, with said waivers as follows:

[__A.P__]. I waive the reading of the indictment;

[__A.P__]. I, in open court and prior to my plea, waive the right to trial by jury and request the consent and approval of the Court and the attorney for the State to such waiver;

[__A.P__]. I waive my right to remain silent and state that it is my desire to take the witness stand, knowing anything I say can be used against me, and further, that I am making a judicial confession of my guilt;

[__A.P__]. I waive the right to the appearance, confrontation and cross-examination of the witnesses and request the approval of the Court to the stipulation of the evidence and that it be used as evidence against me;

[__A·P__]. I <u>waive</u> the right to ten days to prepare for trial and any further time to prepare for trial to which I or my attorney may be entitled;

[__A·P__]. I <u>waive</u> the right to have a court reporter record my plea and all other proceedings in this cause.

### WRITTEN STIPULATION and JUDICIAL CONFESSION

I, the Defendant, after consultation with my attorney, sign this "Written Stipulation and Judicial Confession" and have placed my initials in the brackets beside each, to stipulate and confess to the following:

[__A·P__]. That in Fort Bend County, Texas, I (the same individual indicted in this cause) on ___April 1___, 19_95_, committed the acts alleged in the indictment in this cause, and that the evidence and testimony would prove beyond a reasonable doubt that that acts and allegations in the indictment in this cause are true and correct;

*[__A·P__] That in Fort Bend County, Texas, on ___April 1___, 19_95_,

I did then and there unlawfully _than 2 there intentionally and knowingly cause the penetration of the Mouth of Dominque Villarreal without the effective consent of Dominique Villarreal_, which is a lesser included offense of the indictment;*

[__A·P__]. That the attorney for the State will recommend to the Court that my punishment be assessed at the following:

_4yrs def + 100 fine + 240hrs + my not see her c/a_ . I agree and accept that recommendation and have entered into a "plea-bargain agreement" for such recommendation;

[__A·P__]. That I am mentally competent and I understand the charge or charges alleged against me;

[__A·P__]. That I understand all of the admonitions given to me by the Court and the consequences of my plea;

[__A·P__]. That I voluntarily enter my plea of ~~Guilty~~/Nolo Contendere

-3-

000014

to said offense, and my plea is not influenced by any fear, coercion, or duress, or any persuasion or any delusive hope of pardon. In making my plea, I am not relying on any advice, information or agreement not made known to the Court at this time;

[ A.P. ]. That I have consulted fully with my attorney before entering my plea and am satisfied that my attorney has properly represented me.

_____
Defendant

The above and foregoing document in its entirety was SWORN AND SUBSCRIBED before me by the said Defendant on this the ___18___ day of _____June_____, 19_96_.

FILED
JUN 18 1996
AT 10:52 A.M.
Clerk District Court, Fort Bend Co., TX

_____
District Clerk of Fort Bend County, Texas
By: _____
Deputy District Clerk

### ATTORNEY FOR THE DEFENDANT

I represent the Defendant in this case. I have consulted with him and advised him of his rights. I believe that the Defendant is mentally competent to stand trial, that he fully understands the Court's admonitions, and that he is fully aware of consequences of his plea and this document. The Defendant, in making this plea, is not relying on any advice, information or agreement not being made known to the Court. Additionally, after fully discussing it with the Defendant, I believe this document was knowingly and voluntarily executed by the Defendant. I waive any further time to prepare for trial to which I or the Defendant may be entitled.

_____
Attorney for the Defendant/ Date
Bar Number: 07598700

### ATTORNEY FOR THE STATE

Before the entry of the Defendant's plea, I hereby consent to and approve the waiver of trial by jury and the stipulations contained in this document.

_____  6-18-96
Assistant District Attorney/ Date

-4-

000015