THE STATE OF TEXAS § IN THE DISTRICT COURT OF

VS. § FORT BEND COUNTY, TEXAS

_Anselmo Pena Palomares_ § _268_ TH JUDICIAL DISTRICT

## JUDGMENT
(Plea of Guilty or Nolo Contendere and Waiver of Jury Trial)
(Deferred Adjudication)

Judge Presiding: _Brady Elliott_  Date of Judgment: _June 18, 1996_
Attorney for State: _Jim McMurty_  Attorney for Defendant: _Rosemary Galvan Schultz_
Offense for Which Deferred Adjudication was granted:
_Sexual Assault_  Degree: _2nd_  Date Offense Committed: _April 1, 1995_
Charging Instrument: Indictment/Information  Plea: Guilty / Nolo Contendere
Findings on use of Deadly Weapon: _NA_

Period of Probation: _10_ years

Notice of Appeal: _NA_

*************************************************************

### Recitation of Judgment

On this day, the above entitled and numbered cause was regularly reached and called for trial. The State appeared by her District Attorney, named above, and the defendant, named above, appeared in person, with defendant's counsel, named above, also being present. Thereupon, the District Attorney and the defendant announced "ready" for trial, and represented to the Court that the defendant, defendant's counsel, and the State's attorney have agreed in writing in open court to waive a jury in the trial of this cause and to submit this cause to the Court. The Court having consented to the waiver of the jury herein, the defendant waived the reading of the indictment, stating he understood the charge against him, and the defendant being asked by the Court as to how the defendant pleaded, the defendant entered a plea as indicated above to the allegations relied on by the State. And the Court, having admonished the defendant as required by law, and the defendant, having received and understood the Court's written admonishments, and it appearing to the Court that the said defendant is mentally competent to stand trial, that the plea is freely and voluntarily made, and that the defendant is aware of the consequences of his plea, the said plea is received by the Court and is here now entered of the record in the minutes of the Court as the plea herein of the said defendant.

The Court finds that the offense to which the defendant has plead was committed on the above indicated date. Furthermore, the Court makes its ruling in regard to a "deadly weapon finding", as is indicated above. The Court further finds that there was a "plea-bargaining-agreement" between the State and the defendant and that the punishment assessed does not exceed the punishment recommended as per the "plea-bargain-agreement".

However, the Court, after hearing the evidence and finding that it substantiates the defendant's guilt, is of the opinion, and so finds that the said defendant has never been convicted of a felony in this or any other state, and is otherwise eligible for probation under the provision of article 42.12 of the Texas Code of Criminal Procedure, and is further of the opinion, and so finds, that the ends of justice and the best interests of both the public and the defendant will be served by deferring further proceedings without entering an adjudication of guilt pursuant to Article 42.12 of the Texas Code of Criminal Procedure.

It is therefore **ORDERED, ADJUDGED and DECREED** that further proceedings in

-1-



000016

this cause shall be and are hereby deferred and the defendant is hereby placed on probation for the above indicated period from this date, under the supervision of is Court and the Adult Community Supervision and Corrections Office of Fort Bend County, Texas, subject to the conditions of probation set out in "Exhibit 'A'" attached hereto and incorporated herein for all purposes, the same as if fully-at-length verbatim herein.

All Findings, Orders, and notations set out in the foregoing "Standardized Commencement" are adopted in this "Recitation of Judgment" and are to be given full force and effect as if set out fully, and the entire document is to be considered the Court's "Judgment".

SIGNED this the ___18___ day of ___June___, 19_96_.

_____
Judge Presiding

FILED
JUN 18 1996
AT __10:52__ A.M.
Glory Hopkins
Clerk District Court, Fort Bend Co., TX

-2-

000017

NO. 27006

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
|---|---|---|
| VS. | § | FORT BEND COUNTY, TEXAS |
| Anselmo Pena Palomares | § | 268TH JUDICIAL DISTRICT |

## CONDITIONS OF PROBATION
## EXHIBIT "A"

A. Commit no offense against the laws of this State or of any other state or the United States;

B. Avoid injurious and vicious habits, including the use of dangerous drugs, controlled substances, marijuana, and alcoholic beverages;

C. Avoid persons or places of disreputable or harmful character (including frequenting or going about places where intoxicating beverages are sold);

D. Report, in person, to the Fort Bend County Community Supervision and Corrections Department during the normal working hours of the said department, and on today's date and on the same date of each month thereafter unless a different date, within one calender month, is agreed to by yourself and your Community Corrections officer; and obey all the rules and regulations of the Fort Bend County Community Supervision and Corrections Department;

E. Permit the Community Corrections officer to visit you at your home or elsewhere;

F. Work faithfully at suitable employment as far as possible;

G. Remain within the limits of the State of Texas unless you have received prior written permission from the Court through your Community Corrections Officer to leave the State. You are not permitted to change your place of residence unless you receive prior permission form the Court through your Community Corrections officer;

H. Pay to the Fort Bend County Community Supervision and Corrections Department a fee of $40.00 during the normal working hours of the Fort Bend County Community Supervision and Corrections Department on today's date and on the same date of each month thereafter during your term of probation;

I. Support your dependents, if any (this includes the payment of all Court ordered child support);

J. Notify your Community Corrections officer within 24 hours of any change

-3-

of employment:

K.  Submit an accurately completed and signed "Probationer's Monthly Report" to your Community Corrections officer;

L.  You are to submit to random breath test for alcohol and/or urinalysis by the Fort Bend County Community Supervision and Corrections Department. The fee for said test shall be paid by you to the Fort Bend County Community Supervision and Corrections Department within ten days (10) of the giving of a specimen;

M.  Pay your court costs in the amount of $ _104.50_ to the District Clerk of Fort Bend County, Texas on or before _July 30, 1996_;

N.  Pay your fine in the amount of $ _100_ to the District Clerk of Fort Bend County, Texas in equal monthly installments of $ _10_, with the first installment due on the _30th_ day of _August_, 19_96_, and a like installment due on the same day of each month thereafter until paid in full;

~~O.  Pay restitution in the amount of $_____ in equal installments of $_____, with the first payment due on the ___ day of _____, 19___, and a like installment due on the same day of each month thereafter until paid in full. Said payments will be made through the Fort Bend County Community Supervision and Corrections Department;~~

~~P.  Reimburse Fort Bend County for your court-appointed attorney's fees in the amount of $_____ through the District Clerk of Fort Bend County, Texas, payable as follows:_____;~~

Q.  The Defendant is to complete _240_ hours of Community Service Restitution for Fort Bend County as assigned by the Community Service Restitution Coordinator at a rate of not less than four hours per week starting by, but not later than, 30 days from the date of this order. The hours are to be completed by the _20th_ day of _December_, 19_97_;

R.  The Defendant is to complete within 30 days of this Order, a drug/alcohol evaluation through an agency which offers such services and which is approved by the Fort Bend County Community Supervision and Corrections Department. If the treatment is deemed necessary, the defendant shall abide by any and all treatment directives, comply with the rules and regulations of the approved agency and pay all costs incurred for such services. The defendant shall continue in said treatment until successfully completed as stated, in writing, by the Defendant's counselor and Community Corrections Officer;

S.  The Defendant is to complete within 30 days of this Order, a psychological evaluation through an agency which offers such services and which is approved by the Fort Bend County Community Supervision and Corrections Department. If

-4-

the treatment is deemed necessary, the defendant shall abide by any and all treatment directives, comply with the rules and regulations of the approved agency and pay all costs incurred for such services. The defendant shall continue in said treatment until successfully completed as stated, in writing, by the Defendant's counselor and Community Corrections Officer;

T. Complete within 30 days from the date of this Order, an evaluation through the Fort Bend County Community Supervision and Corrections Department's "Literacy Lab". If the average skill level required under Article 42.12, section 11(g) is not met, the Defendant is to participate in the literacy program until meeting the required skill level; furthermore, if the Defendant does not have a high school diploma, the Defendant will continue in said program until the Defendant obtains his G.E.D.;

U. ~~The Defendant is to make a one time payment of $50.00~~ to the local crime ~~stoppers program. Said~~ payment is due on _____;

[Sex Offender Caseload] The Defendant is to participate in the Fort Bend County Community Supervision and Corrections' [ ] "Mental Impairment", [ ] "Young Offender" or [X] "Intensive Supervision" program, for not less than one year nor more than two years, beginning on the 18th day of June, 19 96;

W. the defendant may not go within 100 yards of Dominique Villarreal, her residence, or school or employment.

Judge Presiding / Date

FILED
JUN 18 1996
10:52A
Glory Hopkins
Clerk District Court, Fort Bend Co., TX

-5-

000020

## ACKNOWLEDGEMENT

I, the defendant, hereby acknowledge that I have received a copy of the terms and conditions of probation set forth in "EXHIBIT A".

*(signed)* Imelda Palomo
Defendant/ Date

Defendant's Right thumbprint, taken by:

*(signed)* _____ /CLO / 6-18-96
Name/ Title/ Date

Your probation officer is _see Supervisor Robinson_.

-6-

Vol 53c  pg 494

000021

SEX OFFENDER SPECIAL CONDITIONS
ADDENDUM

**YOU SHALL COMPLY WITH THE FOLLOWING TERMS:**

AA  X  Register with your local municipal or county law enforcement agency as a sex offender within 7 days. If you move to a new residence, register with your local municipal or county law enforcement agency within seven days of moving to the new residence. The age of the victim of this offense is <u>11</u>.

BB  X  The defendant will be placed on the Specialized Caseload for Sex Offenders until released by the Community Supervision and Corrections Department.

CC  X  Attend and participate in a sex offender program and with a Registered Sex Offender Counselor approved by your Community Corrections Officer. Abide by all rules and regulations of the program and do not leave or withdraw from the program without the permission of your Community Corrections Officer and the treatment provider, and be responsible for any costs of the program.

DD  X  Have no unsupervised contact with children under the age of seventeen. Do no frequent, remain about, or enter any place where children under the age of seventeen congregate, except natural children of the defendant

EE  X  Do not reside in any household with children under the age of seventeen until such residence is approved in writing by the sex offender program therapist, the Court, and the Community Corrections Officer in charge of your case, except for natural children of the defendant.

FF  X  Do not reside in any building located within 1,000 feet of a school playground, or child care center.

GG  X  Do not accept any employment and do not participate in any volunteer activity requiring unsupervised contact with children under the age of seventeen.

HH  X  Have no contact, whether in person, by electronic communication, in writing, through a third party, or otherwise with <u>DOMINIQUE VILLARREAL</u>, unless under the direct supervision of an adult approved by the Department of Protective Services and your Community Corrections Officer in charge of your case.

II  X  The defendant must submit, within 30 days, a blood sample or other specimen to the Department of Public Safety for the purpose of creating a DNA record of the defendant (Article 42.12-11a.23.)

JJ  X  The defendant shall pay the actual cost of publishing notice of his/her conviction by the local law enforcement agency to the Community Supervision and Corrections Department within 60 days of receiving receipt of actual cost.

KK  X  The defendant shall pay a Sex Offender Supervision Fee of $5.00 per month during the term of supervision, payments to be made on or before the 15th day of each month, beginning payable through the Community Supervision and Corrections Department for remittance to

0000

the State Comptroller.

ll. **X** The defendant shall not view or possess any material defined as abscene by the Texas Penal Code or patronize sexually oriented businesses.

mm. **X** Child Protective Services is to provide investigation and progress reports to the Community Supervision and Corrections Department within 60 days of this order.

000023