U.S. Department of Justice
Immigration and Naturalization Service

# Notice to Appear

In removal proceedings under section 240 of the Immigration and Nationality Act

File No: _____ A91 241 238 _____

In the Matter of:

Respondent: _____ Anselmo PALOMARES Pena _____ currently residing at:
**Port Isabel Service Processing Center, Route 3, Box 341, Los Fresnos, TX 78566**    **(956) 547-1700**
(Number, street, city, state and ZIP code)      (Area code and phone number)

☒ 1. You are an arriving alien.
☐ 2. You are an alien present in the United States who has not been admitted or paroled.
☐ 3. You have been admitted to the United Sates, but are deportable for the reasons stated below.

The Service alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of Mexico and a citizen of Mexico;
3. You were, on 06/18/96 convicted in the District Court (at) Fort Bend County, Texas for the offense of Sexual Assault, in violation of Texas Law.
4. On September 28, 2003 you applied for admission at the Port of Entry at Pharr, Texas as a returning Resident.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision (s) of law:

**Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act, as amended, in that you are an alien who has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.**

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2) ☐ 8 CFR 235.3(b)(5)(iv)
YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
**EOIR, 201 E. Jackson Street, Harlingen, Texas 78550**
(Complete Address of Immigration Court, Including Room Number, if any)

on _____ T.B.S. _____ at _____ T.B.S. _____ to show why you should not be removed from the United States based on the
   (Date)          (Time)
charge(s) set forth above.

_____ Robert C. Adame _____
Supervisory Deportation Officer
(Signature and Title of Issuing Officer)

Date: October 9, 2003      Los Fresnos, Texas
                                                   (City and State)

See reverse for important information

Form I-862 (Rev. 4-1-97)

"SUPERSEDES NTA DATED SEPTEMBER 28, 2003"


EXHIBIT E

000024