UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ANSELMO PALOMARES-PENA | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Case No. B-04-59 |
| | § | |
| GRACE A. WINFREY, Interim Field | § | |
| | § | DHS A No. 91 241 238 |
| Office Director for Detention and | § | |
| Removal, Bureau of Immigration and | § | |
| Customs Enforcement, Department of | § | |
| Homeland Security, ARON | § | |
| CABRERA, Interim Deputy Field Office | § | |
| Director, Port Isabel Service Processing | § | |
| Center, and TOM RIDGE, Secretary | § | |
| Department of Homeland Security | § | |
| Respondents | § | |

## PETITIONER'S UNOPPOSED MOTION TO REMAND FOR 212(c) MERITS HEARING

Petitioner Mr. Palomares-Peña, through his undersigned attorney, submits this Unopposed Motion to Remand for 212(c) Merits Hearing, without waiving his claims in prior filings with this court, and shows to the court as follows:

1. The U.S. Department of Justice has issued its Final Regulations providing for an immigration waiver under "Sec 212(c) for Aliens with Certain Criminal Convictions Before April 1, 1997", published in the Federal Register at Vol. 69, No. 187, P. 57826, on September 28, 2004. This Administrative Remedy and regulations provide a 180-day deadline for filing of the Special Motion for 212(c) relief with the Board of Immigration Appeals. The 212(c) application was filed with the Immigration Judge prior to his pretermitting the case, and it is attached to the First Amended Petition for Writ of Habeas Corpus in this court. Petitioner alleges that he demonstrates prima facia eligibility for relief.

2. With a Deferred Adjudication Judgment of June 18, 1996, the Petitioner falls well within the date for eligibility for this relief.

3. A remand of the case to the Board of Immigration Appeals will allow Petitioner to exhaust this (new) remedy. Petitioner, who represents to this Court that he is prima facie eligible for relief, believes that since he has fully completed his probation in a timely manner, has no subsequent arrest or conviction and has substantial familial ties in the U.S. He would expect to prevail on the merits. In the event that he does not, this procedure would allow Petitioner the opportunity to preserve any grounds for appeal with the Board of Immigration Appeals, and then raise any such grounds with this court so that the case may be fully litigated, in a manner which would promote judicial efficiency.

4. Petitioner requests that this case be remanded to the Board of Immigration Appeals to allow Petitioner to file the Special Motion with the Board, so that the case may be timely considered by the Immigration Court on the merits.

## CONCLUSION

Petitioner requests that this case be remanded to the Board of Immigration Appeals for filing of the Special Motion, that this court order Petitioner's immediate release, and for such an further relief as is just.

Respectfully submitted,

Paula S. Waddle, Attorney in Charge
107 N. 3rd
Harlingen, TX 78550
(956) 425-6987
(956) 425-7434(fax)
Fed. I.D. No. 5674
State Bar No 26030400

## CERTIFICATE OF CONFERENCE

By telephone conference on October 4, 2004, Petitioner's counsel spoke with the attorney for Respondents, Mr. Steve Schemmel, AUSA who indicated he did not oppose the Motion.

*Paula S. Waddle*

Paula S. Waddle

## CERTIFICATE OF SERVICE

I, Paula S. Waddle, hereby certify that a copy of the foregoing was mailed FIRST CLASS MAIL to Mr. Steve Schemmel, AUSA, 1701 W. Highway 83, Suite 600, TCB-Bentsen Tower, at McAllen, Texas 78501, on the 12th day of October, 2004.

*Paula S. Waddle*

Paula S. Waddle

3