UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANSELMO PALOMARES-PENA | § § | |
| Petitioner, | § § | |
| v. | § § | Case No. B-04-59 |
| GRACE A. WINFREY, Interim Field Office Director for Detention and Removal, Bureau of Immigration and Customs Enforcement, Department of Homeland Security, ARON CABRERA, Interim Deputy Field Office Director, Port Isabel Service Processing Center, and TOM RIDGE, Secretary Department of Homeland Security Respondents | § § § § § § § § § § § § | DHS A No. 91 241 238 |

## UNOPPOSED ORDER GRANTING PETITIONER'S MOTION FOR REMAND TO BIA FOR FILING OF SPECIAL MOTION FOR 212(c) RELIEF

The Petitioner's Unopposed Motion for Remand to the Board of Immigration Appeals for 212(c) Merits hearing, for the purpose of the filing of a Special Motin for 212(c) relief in accord with the Final Rule published at Vol. 69, No. 187 of the Federal Register on September 28, 2004 having been duly filed in the above-entitled proceeding, it is

**Ordered** that the Petitioner's Motion for Remand to the Board of Immigration Appeals for filing of the Special Motion for a 212(c) Merits hearing is granted. This case is hereby remanded to the Board of Immigration Appeal for action in connection with the Final Rule published in the Federal Register at Vol. 69, No. 187 on September 28, 2004.

Dated: _____, 2004.

_____
Hon. Andrew Hanen
**United States District Judge**

Order approved as to form and content:

*/s/ Paula Waddle*
_____
Paula S. Waddle, Attorney in Charge
107 N. 3rd
Harlingen, Texas 78550
(956)425.6987/(956) 425.7434(fax)
State Bar ID #20630400
Federal ID No. 5674
Attorney for Petitioner, Anselmo Palomares-Peña


_____
Mr. Steve Schemmel
Assistant United States Attorney
United States Attorney's Office
1701 W. Highway 83, Suite 600, TCB-Bentsen Tower
McAllen, Texas 78501
Telephone: 956) 618-8010
Fax: (956) 618-8016
State Bar No. 24007990

_____
Hon. Andrew Hanen
United States District Judge


Order approved as to form and content:

_____
Paula S. Waddle, Attorney in Charge
107 N. 3rd
Harlingen, Texas 78550
(956)425.6987 / (956) 425.7434(fax)
State Bar ID #20630400
Federal ID No. 5674
Attorney for Petitioner, Anselmo Palomares-Peña

_____
Mr. Steve Schemmel
Assistant United States Attorney
United States Attorney's Office
1701 W. Highway 83, Suite 600, TCB-Bentsen Tower
McAllen, Texas 78501
Telephone: 956) 618-8010
Fax: (956) 618-8016
State Bar No. 24007390


Palomares-Pena/Unopp. Motion/212(c) Relief