United States District Court
Southern District of Texas
ENTERED

OCT 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ANSELMO PALOMARES-PENA<br>Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-059 |
| GRACE A. WINFREY, Interim Field<br>Office Director for Detention and Removal,<br>Bureau of Immigration and Customs<br>Enforcement, Department of Homeland<br>Security, AARON CABRERA, Interim<br>Deputy Field Office Director, Port Isabel<br>Service Processing Center, and TOM<br>RIDGE, Secretary Department of<br>Homeland Security<br>Respondents. | § § § § § § § § § § § | |

## ORDER

On October 26, 2004, this court granted Anselmo Palomares-Pena's ("Petitioner") Unopposed Motion to Remand for 212(c) Merits Hearing. *Docket No. 19*. Consequently, the court **DENIES as moot** the following motions filed by Petitioner: Motion for Preliminary Injunctive Relief (Docket No. 3); Motion to Strike Return/Motion to Dismiss (Docket No. 10); and Partially Opposed Motion to Stay and to Abate (Docket No. 17). The court also **DENIES as moot** the following motions filed by Respondents: Motion to Dismiss and/or Motion for Summary Judgment (Docket No. 9) and Amended Motion to Dismiss and/or Motion for Summary Judgment (Docket No. 12). Moreover, Petitioner filed an amended motion to strike on September 15, 2004. *Docket No. 14*. This motion is also **DENIED as moot**.

Finally, Petitioner's response to U.S.A.'s amended motion to dismiss and/or motion for summary judgment (Docket No. 12) was filed and entered on September 15, 2004. *Docket Nos. 15 & 16*. Even though Docket Nos. 15 and 16 are the same document, Docket No. 16 was mislabeled as a motion for summary judgment. Docket No. 16 should be re-labeled as a Response to Motion for Summary Judgment.

IT IS THEREFORE ORDERED that Docket Nos. 3, 9, 10, 12, 14 and 17 are **DENIED as moot** and that the clerk's office correct the label given to Docket No. 16.

Signed this 26th day of October, 2004.

                                                    Andrew S. Hanen
                                            United States District Judge