UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**ANSELMO PALOMARES-PENA,**       )
**v.**                            )   CA B-05-043
**GRACE WINFREY, ET AL,**         )
                                  )

### APPLICATION FOR TEMPORARY RESTRAINING ORDER

Anselmo Palomares-Pena hereby requests a Temporary Restraining Order, restraining and enjoining Respondents/Defendants from executing the Final Removal Order at issue herein. Respondents, have advised Paula Waddle, counsel for Petitioner, of their intention to deport him today, contrary to the spirit, if not the letter, of this Court's prior Orders herein. The application for §212(c) relief is currently pending before the BIA. No action has been taken with respect thereto.

### IV. CERTIFICATE OF CONSULTATION

Counsel for Ms. Saucedo has extensively discussed the case with Lisa Putnam, AUSA, attorney for Respondents, who stated that the Government is opposed to the requested stay.

Respectfully Submitted,

s/
Lisa S. Brodyaga
REFUGIO DEL RIO GRANDE
17891 Landrum Park Rd.
San Benito, TX 78586              Fed. ID:   1178
(956) 421-3226                    Texas Bar: 03052800

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served electronically on Lisa Putnam, AUSA, on March 28, 2005.

s/
_____