UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **ANSELMO PALOMARES-PENA,** ) | |
| v.  ) | CA B-04-059 |
| **ANSELMO PALOMARES-PENA, ET AL,** ) | |
|  ) | |

### (CORRECTED) APPLICATION FOR TEMPORARY RESTRAINING ORDER

Anselmo Palomaers-Pena, hereby requests a Temporary Restraining Order, restraining and enjoining Respondents/Defendants from executing the Final Removal Order at issue herein, and from relying on it for any purpose. Respondents advised Paula Waddle, counsel for Petitioner, of their intention to deport him today, contrary to the spirit, if not the letter, of this Court's prior Orders herein. The application for §212(c) relief is currently pending before the BIA.  No action has been taken with respect thereto.

### CERTIFICATE OF CONSULTATION

Counsel for Mr. Palomares has discussed the case with Lisa Putnam, AUSA, attorney for Respondents, who stated that the Government is opposed to the requested Temporary Restraining Order.

Respectfully Submitted,

s/
Lisa S. Brodyaga
REFUGIO DEL RIO GRANDE
17891 Landrum Park Rd.
San Benito, TX 78586                 Fed. ID:   1178
(956) 421-3226                       Texas Bar: 03052800

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served electronically on Lisa Putnam, AUSA, on March 28, 2005.

s/
_____