**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| **ANSELMO PALOMARES-PENA,** | ) |
| **v.** | ) CA B-04-059 |
| **GRACE WINFREY, ET AL,** | ) |

**TEMPORARY RESTRAINING ORDER**

Upon consideration of the application of Anselmo Palomares-Pena for a Temporary Restraining Order, restraining and enjoining Respondents/Defendants from executing the Final Removal Order at issue herein, it is hereby ORDERED that said application be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that Respondents shall not remove Petitioner from the United States, or otherwise change his custody status, for a period of ten (10) days from the date of this Order, and any extensions thereof which may be granted.

DONE this 28th day of March, 2005
at Brownsville, Texas.

_____
HON. ANDREW HANEN,
UNITED STATES DISTRICT JUDGE