IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANSELMO PALOMARES-PENA §<br>    Plaintiff §<br> §<br>v. §<br> §<br>GRACE A WINFREY, Interim Field §<br>    Office Director for Detention and, §<br>    Removal Bureau of Immigration §<br>    and Customs Enforcement, §<br>    Department of Homeland Security,§<br>ARRON L. CABRERA, §<br>    Officer-in-Charge, Port Isabel §<br>    Service and Processing Center, §<br>TOM RIDGE, Secretary Department of §<br>    Homeland Security, and the §<br>UNITED STATES OF AMERICA §<br>        Defendants. § | Civil Action B-04-059 |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendants', by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, files its notice advising the Court that the undersigned is substituting as attorney-in-charge for the Defendants in the above referenced cause in the stead of Assistant United States Attorney Steven T. Shcammel.

                                                          Respectfully submitted,

                                                          Michael T. Shelby
                                                          United States Attorney

                                 By:    /Rene Carlo Benavides
                                           Rene Carlo Benavides

        Assistant United States Attorney
        Attorney in Charge
        Texas Bar Number: 24025248
        Federal I.D.:     26215
        1701 W. Highway 83 # 600
        McAllen, Texas 78550
        Phone: (956) 618 - 8010
        Fax: (956) 618 - 8016

        Attorney for United States of America

## **CERTIFICATE OF SERVICE**

    This certifies that a true and correct copy of the foregoing instrument was served on March 28, 2005, by CMRRR, fax or email to counsel of record.:

Ms. Paula S. Waddle
South Texas Immigration Council
107 N. 3rd
Harlingen, Texas  78550


        /Rene Carlo Benavides
        Rene Carlo Benavides
        Assistant United States Attorney