United States District Court
Southern District of Texas
ENTERED

MAR 2 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANSELMO PALOMARES-PENA,                    )

v.                                          )    CA B-04-059

GRACE WINFREY, ET AL,                       )
_____)

## TEMPORARY RESTRAINING ORDER

Upon consideration of the application of Anselmo Palomares-Pena for
a Temporary Restraining Order, restraining and enjoining
Respondents/Defendants from executing the Final Removal Order at
issue herein, it is hereby ORDERED that said application be, and
the same hereby is, GRANTED. A hearing is set for March 29, 2005, at 9:30 a.m.,
before Judge Hanen.   INS is   ORDERED to produce the Petitioner for said hearing.
IT IS FURTHER ORDERED that Respondents shall not remove Petitioner
from the United States, or otherwise change his custody status, for
a period of ten (10) days from the date of this Order, and any
extensions thereof which may be granted.

DONE this 28th day of March, 2005
at Brownsville, Texas.

_____
HON. FELIX RECIO
UNITED STATES MAGISTRATE JUDGE