IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 2 9 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANSELMO PALOMARES-PENA<br>Petitioner,<br><br>V.<br><br>GRACE A. WINFREY, Interim Field<br>Office Director for Detention and Removal,<br>Bureau of Immigration and Customs<br>Enforcement, Department of Homeland<br>Security, AARON CABRERA, Interim<br>Deputy Field Office Director, Port Isabel<br>Service Processing Center, TOM RIDGE,<br>Secretary Department of Homeland<br>Security, and JOHN ASHCROFT,<br>Attorney General of the United States,<br>Respondents. | § § § § § § § § § § § § § § § § §  CIVIL NO. B-04-59 |

## ORDER

On March 29, 2005, this Court held a hearing addressing Petitioner's Amended Application for a Temporary Restraining Order (Docket No. 23) requesting that the Court enjoin Respondents from executing a Final Order of Removal against Petitioner. It is hereby **ORDERED** that Petitioner not be deported until a further order of this Court. Respondents are further **ORDERED** to review the status of Petitioner's detention.

Signed this 29th day of March, 2005.

Andrew S. Hanen
United States District Judge