DIVISION IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE

| | |
|---|---|
| ANSELMO PALOMARES-PENA §<br>    Petitioner, §<br>§<br>v. §<br>§<br>GRACE A. WINFREY, INTERIM FIELD §<br>    OFFICE DIRECTOR FOR §<br>    DETENTION AND REMOVAL, §<br>    BUREAU OF IMMIGRATION §<br>    AND CUSTOMS ENFORCEMENT §<br>    DEPARTMENT OF HOMELAND §<br>    SECURITY, §<br>AARON CABRERA, INTERIM DEPUTY §<br>    FIELD OFFICE DIRECTOR, §<br>    PORT ISABEL SERVICE §<br>    PROCESSING CENTER, §<br>TOM RIDGE, SECRETARY §<br>    DEPARTMENT OF HOMELAND §<br>    SECURITY, and §<br>JOHN ASHCROFT, ATTORNEY §<br>    GENERAL OF THE UNITED §<br>    STATES §<br>    Respondents. § | CIVIL ACTION NO.<br>B-04-59 |

## ORDER TO TRANSFER

The Defendants' opposed motion to transfer is GRANTED. This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, Section 106. The clerk shall transmit the file forthwith.

Signed on _____, 2005.

_____
United States District Judge