United States District Court
Southern District of Texas
ENTERED

JUL 1 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ANSELMO PALOMARES-PENA<br>  Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. B-04-59 |
| GRACE A. WINFREY, et al.<br>  Defendants. | § § § | |

# ORDER

On this day, the court hereby considered Petitioner's Unopposed Motion to Permit Briefing on the Impact of the Newly Enacted Real ID Act of 2005.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Petitioner's Unopposed Motion to Permit Briefing on the Impact of the Newly Enacted Real ID Act of 2005 is **GRANTED**. The petitioner has until August 12, 2005 to file their briefing as applied to this case, and the respondents have until August 26, 2005 to file their response.

Signed this 15th day of July, 2005.

Andrew S. Hanen
United States District Judge