## UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANSELMO PALOMARES-PENA | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Case No. B-04-59 |
| | § | |
| GRACE A. WINFREY, Interim Field | § | |
| | § | DHS A No. 91 241 238 |
| Office Director for Detention and | § | |
| Removal, Bureau of Immigration and | § | |
| Customs Enforcement, Department of | § | |
| Homeland Security, AARON | § | |
| CABRERA, Interim Deputy Field Office | § | |
| Director, Port Isabel Service Processing | § | |
| Center, and TOM RIDGE, Secretary | § | |
| Department of Homeland Security | § | |
| Respondents | § | |

### ORDER GRANTING SECOND MOTION FOR PRELIMINARY INJUNCTION

A verified Petition for Habeas Corpus and a Second Motion for Preliminary Injunction having been duly filed in the above-entitled proceeding on behalf of Anselmo Palomares-Pena seeking release from detention pending a final ruling on the Petition for Habeas Corpus in the above numbered and styled suit, and due notice of the Second Motion having been served upon the U.S. Department of Homeland Security and the Attorney General of the United States by serving the Assistant U.S. Attorney for the Southern District of Texas, Brownsville Division, as required by the federal rules; the Court having considered the Motion, and the Court having determined that the immediate release should be granted, it is **Ordered** that:

1.    The petition for writ of habeas corpus is partially granted, only with regard to the detention by Respondents of the Petitioner, Anselmo Palomares-Pena.

2.    The Respondents shall release Petitioner, Anselmo Palomares-Pena, forthwith, subject to reasonable conditions of supervision as determined in accordance

with applicable law and regulations;

3. Within _____(____) days from the date of this Order, the Respondents shall report to this Court the fact of Petitioner's release and any conditions imposed on such release.

Dated: _____, 2005.

_____
**United States District Judge**