UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANSELMO PALOMARES-PENA | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | |
| GRACE A. WINFREY, Interim Field | § | Case No. B-04-59 |
| | § | DHS A No. 91 241 238 |
| Office Director for Detention and | § | |
| Removal, Bureau of Immigration and | § | |
| Customs Enforcement, Department of | § | |
| Homeland Security, AARON | § | |
| CABRERA, Deputy Field Office | § | |
| Director, Port Isabel Service Processing | § | |
| Center, and TOM RIDGE, Secretary | § | |
| Department of Homeland Security, and | § | |
| JOHN ASHCROFT, U.S. | § | |
| Attorney General, | § | |
| Respondents | § | |

## ORDER GRANTING PARTIAL TRANSFER OF PETITION

Upon consideration of the Opposed Motion to Transfer Case to Fifth Circuit Court of Appeals Pursuant to Sec. 106(c) of the REAL ID Act of 2005, and the Petitioner's Opposition thereto, the Court finds that the Motion to Transfer should be granted in part and denied in part.

It is ordered that the portion of the case challenging the Order of Removal shall be transferred to the Court of Appeals for the Fifth Circuit. The Motion to Transfer shall be and is hereby denied with regard to the part of the instant Petition relating to challenges to the continued detention of the Petitioner.

The Petitioner's Counsel shall replead the Petition in conformity with this order within _____ (__) days from the date hereof.

Dated: _____, 2005.

_____
**United States District Judge**