

United States District Court
Southern District of Texas
ENTERED

AUG 1 2 2005

Michael N. Milby, Clerk of Co
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ANSELMO PALOMARES-PENA,<br>Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-059 |
| GRACE A. WINFREY, Interim Field<br>Office Director for Detention and Removal,<br>Bureau of Immigration and Customs<br>Enforcement, Department of Homeland<br>Security, AARON CABRERA, Interim<br>Deputy Field Office Director, Port Isabel<br>Service Processing Center, and TOM<br>RIDGE, Secretary Department of<br>Homeland Security,<br>Respondents. | § § § § § § § § § § § | |

## ORDER

Petitioner has filed a Second Motion for Preliminary Injunctive Relief seeking immediate release from detention. *Docket No. 30.* A Rule 16 conference is hereby scheduled for August 29, 2005, at 11:00 a.m. It is the Court's intention to discuss said motion and the parties' briefing on the impact of the Real ID Act of 2005 on this case. The respondents have until August 26, 2005, to file a response to Petitioner's motion for injunctive relief.

Signed in Brownsville, Texas, this 10th day of August, 2005.

Andrew S. Hanen
United States District Judge