U.S. Department of Justi                              Decision c      : Board of Immigration Appeals
Executive Office for Immigration Review

Falls Church, Virginia 22041

File:  A91 241 238 - Los Fresnos                      Date:    [JUL 2 8 2005

In re:  ANSELMO PALOMARES-PENA

IN REMOVAL PROCEEDINGS

MOTION

ON BEHALF OF RESPONDENT:    Paula Sue Waddle, Esquire

ON BEHALF OF DHS:         Thomas M. Bernstein
                          Assistant Chief Counsel

CHARGE:

    Notice:  Sec.   212(a)(2)(A)(i)(I), I&N Act [8 U.S.C. § 1182(a)(2)(A)(i)(I)] -
                    Crime involving moral turpitude

APPLICATION:  Section 212(c) waiver

    PER CURIAM. The respondent, in accordance with the recently enacted regulations relating to
waivers pursuant to section 212(c) of the Immigration and Nationality Act, 8 U.S.C. § 1182(c)
(repealed 1996), moves to reopen and remand his case to the Immigration Court, contending that he
is eligible to apply for a section 212(c) waiver. The Department of Homeland Security (the "DHS,"
formerly the Immigration and Naturalization Service) has opposed the motion, arguing that the
respondent was convicted, in June 1996, of an aggravated felony and is therefore ineligible for a
waiver under section 212(c) as the conviction was for sexual abuse of a minor. The record indicates
that the respondent was only charged and found inadmissible for a crime involving moral turpitude,
and is *prima facie* eligible for such relief. Accordingly, the motion is granted and the case is
remanded to the Immigration Court to allow the respondent the opportunity to pursue an application
for relief under section 212(c) of the Act.



_____
                FOR THE BOARD

EXHIBIT
A