United States District Court
Southern District of Texas
FILED

DEC 0 5 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANSELMO PALOMARES-PENA | § | |
| Petitioner, | § § § | |
| v. | § § | |
| GRACE A. WINFREY, Interim Field Office Director for Detention and Removal, Bureau of Immigration and Customs Enforcement, Department of Homeland Security, AARON CABRERA, Deputy Field Office Director, Port Isabel Service Processing Center, and TOM RIDGE, Secretary Department of Homeland Security, and JOHN ASHCROFT, U.S. Attorney General, Respondents | § § § § § § § § § § § § § § § | Case No. B-04-59 DHS A No. 91 241 238 |

## PETITIONER'S UNOPPOSED MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Counsel for Petitioner, **Anselmo Palomares-Pena**, files this unopposed Motion to Dismiss, and hereby shows the court as follows:

1. This Motion is filed pursuant to F.R.C.P. 41(a)(1).

2. Petitioner prevailed in his application for relief under Section 212(c) before Immigration Judge Howard Achtsam on November 17, 2005; and on November 23, 2005, he was released from detention at the Port Isabel Detention Center, Texas. No further matter appears to remain for resolution by this Honorable Court at this time.

3. Petitioner hereby files this notice of voluntary dismissal, and stipulates to withdrawal of

this action from the court at this time.

### Certificate of Conference

3.   By telephone conference this date, December 2, 2005, with Mr. Rene Benavides, AUSA, Counsel for the Respondents has indicated that the Respondents are unopposed to this motion.

Wherefore, premises considered, the Petitioner requests that the Petition for Writ of Habeas Corpus be dismissed by the Court without prejudice, and for such other and further relief as is just.

Respectfully submitted,

_____
Paula S. Waddle, Attorney in Charge
South Texas Immigration Council
4793 W. Expressway 83
Harlingen, Texas 78552
(956)425.6987/(956) 425.7434(fax)
State Bar ID #20630400
Federal ID No. 5674

### CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2005, a true and correct copy of the foregoing **Motion to Dismiss** has been served upon Rene Benavides, AUSA, 1701 W. Highway 83, Suite 600, TCB-Bentsen Tower, McAllen, Texas 78501 by first class mail.

_____
Paula S. Waddle