UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANSELMO PALOMARES-PENA § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> GRACE A. WINFREY, Interim Field § <br> § <br> Office Director for Detention and § <br> Removal, Bureau of Immigration and § <br> Customs Enforcement, Department of § <br> Homeland Security, ARON § <br> CABRERA, Interim Deputy Field Office § <br> Director, Port Isabel Service Processing § <br> Center, and TOM RIDGE, Secretary § <br> Department of Homeland Security § <br> Respondents § | Case No. B-04-59 <br><br> DHS A No. 91 241 238 |

## ORDER DISMISSING CASE

Petitioner, Mr. Anselmo Palomares-Peña, having filed his Unopposed Motion to Dismiss the Petition for Writ of Habeas Corpus without prejudice, and the Court having considered the Motion, it is

**Ordered** that Petitioner's Unopposed Motion to Dismiss without prejudice is hereby granted in all things, and the Petitioner is hereby dismissed.

Dated: _____, 2003.

_____
**United States District Judge**