# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| **ANSELMO PALOMARES-PENA,** | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-059 |
| | § | |
| **GRACE A. WINFREY**, Interim Field Office Director for Detention and Removal, Bureau of Immigration and Customs Enforcement, Department of Homeland Security, **AARON CABRERA**, Interim Deputy Field Office Director, Port Isabel Service Processing Center, and **TOM RIDGE**, Secretary Department of Homeland Security, | § | |
| Respondents. | § | |

## ORDER

Pending before the Court is Petitioner's Unopposed Motion to Dismiss the Petition for a Writ of Habeas Corpus Without Prejudice [Docket No. 35]. Said motion is hereby **GRANTED**. It is, therefore, **ORDERED** that the above-styled cause of action is **DISMISSED without prejudice**. It is further **ORDERED** that Respondents' Opposed Motion to Transfer Case to Fifth Circuit [Docket No. 27] is hereby **DENIED as moot**.

Signed in Brownsville, Texas, this 12th day of December, 2005.

_____
Andrew S. Hanen
United States District Judge